

# STATEMENT OF ACCOUNT
## 05-Apr-06

Intelsat Global Sales and Marketing Ltd.
Building 3 Suite 214
Chiswick Park 566 Chiswick High Road
London W45YA United Kingdom
Telephone 44(0)208 899 6035
Fax 44(0)208 899 6194
VAT Number 678 767 556

## Community Of Yugoslav Ptt (#0109)

Attention: Finance / Accounting Department
Palmoticeva 2
Belgrade (Beograd), Yugoslavia

**Intelsat Credit Administrator:**
Adenike Carmichael
Phone: 441 294-1660
Fax: 441-292-9984
adenike.carmichael@intelsat.com

Wire Transfers Instruction:
Intelsat Global Sales and Marketing Ltd.
Citibank London
Account no.: 10265683
Sort Code: 18 50 08
Swift Code: CITIGB2L
IBAN Code: GB40 CITI 1850 0810 2656 83
Citibank N.A., Citibank House
336 Strand London
WC2R 1HB

| Transaction Type | Transaction Number | Invoice Date | Due Date | Original Transaction Amt | Balance Outstanding |
|---|---|---|---|---|---|
| NCBS-QAAct | B-1063367 | 01-Jan-05 | 17-Mar-05 | $272,401.75 | $226,459.17 |
| NCBS-QAAct | B-1074927 | 01-Apr-05 | 15-Jun-05 | $266,811.75 | $266,811.75 |
| LPI Chg. Invoice | I-77101 | 24-May-05 | 23-Jun-05 | $3,019.46 | $3,019.46 |
| NCBS-QAAct | B-1086878 | 01-Jul-05 | 14-Sep-05 | $269,606.75 | $269,606.75 |
| LPI Chg. Invoice | I-77299 | 31-Aug-05 | 30-Sep-05 | $6,576.94 | $6,576.94 |
| NCBS-QAAct | B-1099216 | 01-Oct-05 | 15-Dec-05 | $272,401.75 | $272,401.75 |
| LPI Chg. Invoice | 9000001647 | 01-Jan-06 | 31-Jan-06 | $13,803.73 | $13,803.73 |
| Termination | 9000001797 | 01-Feb-06 | 01-Feb-06 | $11,528,136.62 | $11,528,136.62 |
| NCBS-QAAct | 000109-010660-003468 | 01-Jan-06 | 02-Mar-06 | $272,401.75 | $272,401.75 |
| NCBS-QAAct | 000109-040660-005862 | 01-Apr-06 | 31-May-06 | ($23,547.03) | ($23,547.03) |

| Current Due | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Greater Than 90 Days | Total Due |
|---|---|---|---|---|---|
| ($23,547.03) | $0.00 | $272,401.75 | $11,541,940.35 | $1,044,875.82 | $12,835,670.89 |

If you have any questions regarding this statement please contact your Intelsat Credit Administrator (Adenike Carmichael).
This statement reflects all transactions posted to the abovementioned account as at 04/04/2006.