CO-386-online
10/03

# United States District Court
# For the District of Columbia

INTELSAT GLOBAL SALES AND MARKETING, LTD., )
)
)
Plaintiff )
vs )   Civil Action No. _____
)
COMMUNITY OF YUGOSLAV POSTS )
TELEGRAPHS AND TELEPHONES, )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __PLAINTIFF__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __INTELSAT GLOBAL SALES AND MARKEITING, LTD.__ which have any outstanding securities in the hands of the public:

INTELSAT SUBSIDIARIES HOLDING CO., LTD (BERMUDA); INTELSAT (BERMUDA) LTD.; INTELSAT, LTD. (BERMUDA);

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

422596
BAR IDENTIFICATION NO.

DAVID I. BLEDSOE
Print Name

601 KING STREET
Address

ALEXANDRIA   VA   22314
City   State   Zip Code

703 379 9424
Phone Number