IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., <br><br> Plaintiff, <br><br> v. <br><br> COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES <br><br> Defendant. | **Civil Action Number** <br> **1:06CV00897 (RWR)** <br><br> Hon. Richard W. Roberts, U.S.D.J. <br><br><br> APPEARANCE |

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Kevin B. Clark as counsel in this case for Defendant Community of Yugoslav Posts Telegraphs and Telephones.

Dated:  July 26, 2006

                                    Respectfully submitted,

                                    COMMUNITY OF YUGOSLAV POSTS
                                    TELEGRAPHS AND TELEPHONES

                                    By: /s/ Kevin B. Clark

                                    Kevin B. Clark, D.C. Bar No. 289421

                                    WILLKIE FARR & GALLAGHER LLP
                                    1875 K Street, N.W.
                                    Washington, D.C. 20006
                                    Tel.:   (202) 303-1000
                                    Fax:   (202) 303-2000

## CERTIFICATE OF SERVICE

I, Joseph G. Davis, a member of the Bar of this Court, hereby certify that on this 26th day of July, 2006, the foregoing Appearance was mailed by United States mail, first-class, postage prepaid, to Mr. David Bledsoe, counsel for Plaintiff Intelsat Global Sales and Marketing, Ltd., at the following address: 300 North Washington Street, Suite 700, Alexandria, VA 22314.

Dated: July 26, 2006

/s/Joseph G. Davis
Joseph G. Davis, D.C. Bar No. 441479
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.:   (202) 303-1000
Fax:   (202) 303-2000

*Counsel to Community of Yugoslav Posts Telegraphs and Telephones*