IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>　　　　　　　　　　Defendant. | **Civil Action Number**<br>**1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts, U.S.D.J. |

## UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME
## TO RESPOND TO THE COMPLAINT

Defendant Community of Yugoslav Posts Telegraphs and Telephones ("CYPTT") respectfully submits this unopposed motion to extend the time to file a response to the complaint filed by Plaintiff Intelsat Global Sales and Marketing, Ltd. ("Intelsat") in the above-captioned action. In support of this motion, CYPTT states as follows:

1. CYPTT is located in Belgrade, Republic of Serbia.

2. The complaint in this matter was delivered to an employee of CYPTT in Belgrade by Federal Express on May 29, 2006, pursuant to 28 U.S.C. § 1608.

3. Assuming, without conceding, that the transmittal of the complaint via Federal Express constituted effective service of process, CYPTT's response is currently due on July 28, 2006. 28 U.S.C. § 1608(d).

4. Counsel for Intelsat and CYPTT have had several discussions concerning the substance of the claims alleged in this matter. In order to permit further discussion, counsel for

1227926.1

Intelsat and CYPTT have agreed to extend CYPTT's time to respond to the complaint by two weeks, to and including August 11, 2006.

    5.     Plaintiff Intelsat does not oppose this motion.

For these reasons, Defendant CYPTT respectfully requests that the Court extend CYPTT's time to respond to the complaint to August 11, 2006.

Dated: July 26, 2006

Respectfully submitted,

COMMUNITY OF YUGOSLAV POSTS
TELEGRAPHS AND TELEPHONES

By: /s/Joseph G. Davis

Kevin B. Clark, D.C. Bar No. 289421
Joseph G. Davis, D.C. Bar No. 441479
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.:   (202) 303-1000
Fax:   (202) 303-2000

## CERTIFICATE OF SERVICE

I, Joseph G. Davis, a member of the Bar of this Court, hereby certify that on this 26th day of July, 2006, the foregoing Unopposed Motion to Extend Defendant's Time to Respond to the Complaint was mailed by United States mail, first-class, postage prepaid, to Mr. David Bledsoe, counsel for Plaintiff Intelsat Global Sales and Marketing, Ltd., at the following address: 300 North Washington Street, Suite 700, Alexandria, VA 22314.

Dated: July 26, 2006

/s/Joseph G. Davis
Joseph G. Davis, D.C. Bar No. 441479
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.:   (202) 303-1000
Fax:   (202) 303-2000

*Counsel to Community of Yugoslav Posts Telegraphs and Telephones*