IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>　　　　　　　　　Defendant. | **Civil Action Number**<br>**1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts, U.S.D.J. |

## UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT

Defendant Community of Yugoslav Posts Telegraphs and Telephones ("CYPTT") respectfully submits this unopposed motion to extend the time to file a response to the complaint filed by Plaintiff Intelsat Global Sales and Marketing, Ltd. ("Intelsat") in the above-captioned action. In support of this motion, CYPTT states as follows:

1.　　CYPTT is located in Belgrade, Republic of Serbia.

2.　　The complaint in this matter was delivered to an employee of CYPTT in Belgrade by Federal Express on May 29, 2006, pursuant to 28 U.S.C. § 1608.

3.　　Assuming, without conceding, that the Foreign Sovereign Immunities Act applies to this case, CYPTT's response was originally due on July 28, 2006. 28 U.S.C. § 1608(d).

4.　　On July 26, 2006, CYPTT filed its first unopposed motion to extend Defendant's time to respond to the complaint, which sought an extension to August 11, 2006.

1249020.1

5. On July 27, 2006, the Court signed an order extending Defendant's time to respond to the complaint to August 11, 2006.

6. On August 4, 2006, CYPTT filed its second unopposed motion to extend Defendant's time to respond to the complaint, which sought an extension to October 10, 2006.

7. On August 4, 2006, the Court signed an order extending Defendant's time to respond to the complaint to October 10, 2006.

8. Since CYPTT's second unopposed motion was filed, counsel for Intelsat and CYPTT have had several discussions concerning the claims alleged in this matter and have agreed to meet to discuss potential settlement of this dispute. In order to permit further settlement discussion, counsel for Intelsat and CYPTT have agreed to extend CYPTT's time to respond to the complaint by seven days, to and including October 17, 2006.

9. Plaintiff Intelsat does not oppose this motion.

For these reasons, Defendant CYPTT respectfully requests that the Court extend CYPTT's time to respond to the complaint to October 17, 2006.

Dated: September 29, 2006

Respectfully submitted,

COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES

By: _____
Kevin B. Clark, D.C. Bar No. 289421
Joseph G. Davis, D.C. Bar No. 441479
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.:   (202) 303-1000
Fax:   (202) 303-2000