IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., <br><br>                             Plaintiff, <br><br>          v. <br><br> COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES <br><br><br>                    Defendant. | **Civil Action Number 1:06CV00897 (RWR)** <br><br> Hon. Richard W. Roberts, U.S.D.J. |

**[PROPOSED] ORDER**

Upon consideration of the motion, it is hereby:

ORDERED that Defendant Community of Yugoslav Posts Telegraphs and Telephones'

time to respond to the complaint filed by Plaintiff Intelsat Global Sales and Marketing, Ltd. is

extended to October 17, 2006.

_____
United States District Court Judge

Dated: