IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>      Plaintiff,<br><br>  v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>      Defendant. | **Civil Action Number**<br>**1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts, U.S.D.J. |

**MOTION OF THE COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES TO DISMISS THE COMPLAINT, OR, IN THE ALTERNATIVE, COMPEL ARBITRATION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2), the doctrine of *forum non conveniens*, 9 U.S.C. § 1 et seq., and Local Civil Rule 7.1, Defendant the Community of Yugoslav Posts Telegraphs and Telephones ("CYPTT") hereby moves: 1) to dismiss the Complaint of Plaintiff Intelsat Global Sales and Marketing, Ltd. ("Intelsat") for lack of subject matter jurisdiction, lack of personal jurisdiction and *forum non conveniens*; or, in the alternative 2) to compel arbitration of this matter before the International Chamber of Commerce ("ICC") in Paris, France. For the reasons set forth in the Statement of Points and Authorities in Support of the Community of Yugoslav Posts Telegraphs and Telephones Motion to Dismiss the Complaint, or, in the Alternative, Compel Arbitration, CYPTT respectfully requests that this Court grant CYPTT's motion to dismiss the Complaint of Plaintiff Intelsat in its entirety, and with prejudice, or, in the alternative, compel arbitration of this matter before the ICC in Paris, France.

1258468.1

Dated: November 28, 2006                    Respectfully submitted,

                                            COMMUNITY OF YUGOSLAV POSTS
                                            TELEGRAPHS AND TELEPHONES

                                            By: _____
                                            Kevin B. Clark, D.C. Bar No. 289421
                                            Joseph G. Davis, D.C. Bar No. 441479
                                            WILLKIE FARR & GALLAGHER LLP
                                            1875 K Street, N.W.
                                            Washington, D.C. 20006
                                            Tel.:   (202) 303-1000
                                            Fax:    (202) 303-2000