IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>Defendant. | **Civil Action Number**<br>**1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts, U.S.D.J. |

## [PROPOSED] ORDER

Upon consideration of the Community of Yugoslav Posts Telegraphs and Telephones' Motion to Dismiss the Complaint, and such other evidence as the Court deems appropriate, it is hereby:

ORDERED that Plaintiff Intelsat Global Sales and Marketing, Ltd.'s Complaint is DISMISSED with prejudice.

_____
United States District Court Judge

Dated: