IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>Defendant. | **Civil Action Number**<br>**1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts, U.S.D.J. |

## [PROPOSED] ORDER

Upon consideration of the Community of Yugoslav Posts Telegraphs and Telephones' Motion to Compel Arbitration, and such other evidence as the Court deems appropriate, it is hereby:

ORDERED that Intelsat Global Sales and Marketing, Ltd. must submit this dispute to binding arbitration before the International Chamber of Commerce in Paris, France if it wishes to proceed with the claims set forth in the complaint, and that the Complaint is dismissed with prejudice.

_____
United States District Court Judge

Dated: