

ИЗВОД О РЕГИСТРАЦИЈИ ПРИВРЕДНОГ СУБЈЕКТА

Република Србија
Агенција за привредне регистре

**Пословно име привредног субјекта:**
Назив: ZAJEDNICA JUGOSLOVENSKIH POŠTA,
Правна форма: Пословно удружење

место
Седиште: Београд (град)
улица: Палмотићева    број: 2

Део пословног имена који ближе означава делатност:

Бр. рег. улошка: 1-1724-00
Трговински суд у Београду

Матични број: 07022913
ПИБ: 100246321

Бројеви рачуна у банкама:
160-150540-88
250-0000000000209-55

Пуно пословно име: ZAJEDNICA JUGOSLAVENSKIH POŠTA TELEGRAFA I TELEFONA BEOGRAD,
Скраћени назив: ZAJEDNICA JPTT

Претежна делатност:
91110    ДЕЛАТНОСТ ПОСЛОВНИХ УДРУЖЕЊА

Датум оснивања: 18.12.2002

Подаци о капиталу:
Уписани капитал  .
Уплаћени капитал  .

Регистрован за спољнотрговински промет: да
Регистрован за услуге у спољнотрговинском промету: да

АГЕНЦИЈА ЗА
ПРИВРЕДНЕ РЕГИСТРЕ

18 -07- 2006

БЕОГРАД

страна 1

ПОДАЦИ О ОСНИВАЧИМА - ЧЛАНОВИМА ДРУШТВА

Подаци о оснивачу:

| | | | | |
|---|---|---|---|---|
| Пословно име | JP PTT saobraćaja SRBIJA | Седиште | место: Београд (град) | држава: Србија |
| Матични број | 7461429 | | улица: Таковска | број: 2 |

Уписани капитал

Подаци о оснивачу:

| | | | | |
|---|---|---|---|---|
| Пословно име | POŠTA CRNE GORE DOO | Седиште | место: Подгорица | држава: Државна заједница |
| Матични број | 02289369 | | улица: Слободе | број: 1 |

Уписани капитал

Подаци о оснивачу:

| | | | | |
|---|---|---|---|---|
| Пословно име | PREDUZEĆE ZA TELEKOMUNIKACIJE 'TELEKOM SRBIJA' AKCIONARSKO DRUŠTVO, BEOGRAD, TAKOVSKA 2 | Седиште | место: Београд (Палилула) | држава: Србија |
| Матични број | 17162543 | | улица: Таковска | број: 2 |

Уписани капитал

Подаци о оснивачу:

| | | | | |
|---|---|---|---|---|
| Пословно име | TELEKOM CRNE GORE AD | Седиште | место: Подгорица | држава: Државна заједница |
| Матични број | 02289377 | | улица: Браће Златичанин | број: 2 |

Уписани капитал

Подаци о оснивачу:

| | | | | |
|---|---|---|---|---|
| Пословно име | POŠTANSKA ŠTEDIONICA A.D. BEOGRAD | Седиште | место: Београд (град) | држава: Србија |
| Матични број | 7004893 | | улица: 27. марта | број: 71 |

Уписани капитал

Подаци о оснивачу:

| | | | | |
|---|---|---|---|---|
| Пословно име | DRUŠTVENO PREDUZEĆE ZA PROIZVODNJU I PROMET POŠTANSKIH MARAKA I INFORMATIVNO-IZDAVAČKU DELATNOST JUGOMARKA BEOGRAD, PALMOTIĆEVA 2 | Седиште | место: Београд (Стари Град) | држава: Србија |
| Матични број | 07022930 | | улица: Палмотићева | број: 2 |

Уписани капитал

страна 2

АГЕНЦИЈА ЗА ПРИВРЕДНЕ РЕГИСТРЕ

1 8 -07- 2006

БЕОГРАД

ЕНО И / ИЛИ ПОСЛОВНО ИМЕ НА СТРАНОМ ЈЕЗИКУ

Скраћено пословно име привредног субјекта:

Назив: ZA DNICA JPTT

место: Београд (град)

Облик: Пословно удружење

## ПОДАЦИ О ДИРЕКТОРУ И / ИЛИ ЧЛАНОВИМА УПРАВНОГ ОДБОРА

Подаци о директору:

Име и презиме: Милан Јанковић

ЈМБГ: 0709950710313

## ПОДАЦИ О ДРУГИМ ЗАСТУПНИЦИМА

Заступник

Име и презиме: Милан Јанковић

ЈМБГ: 0709950710313

Функција у привредном субјекту: Директор

Овлашћења у промету:
- Овлашћења у унутрашњем промету неограничена
- Овлашћења у спољнотрговинском промету неограничена

Заступник

Име и презиме: Живојин Матејић

ЈМБГ: 2702943710300

Функција у привредном субјекту: Помоћник директора

Овлашћења у промету:
- Овлашћења у унутрашњем промету ограничена
- Нема овлашћења у унутрашњем промету
- Овлашћења у спољнотрговинском промету неограничена

АГЕНЦИЈА ЗА ПРИВРЕДНЕ РЕГИСТРЕ

1 8 -07- 2006

БЕОГРАД