| BUSINESS ENTITY REGISTRATION - EXCERPT | REPUBLIC OF SERBIA BUSINESS REGISTERS AGENCY |

**Business entity's name:**

Name: ZAJEDNICA JUGOSLOVENSKIH POŠTA,

Legal form: Business association

Seat: Belgrade (city) place

street: Palmotićeva   number: 2

Part of the business name that defines the activity

| Number of the file register | 1-1724-00 Commercial Court in Belgrade |

| Identification number: | 07022913 |
| Tax identification number: | 100246321 |

| Bank account numbers: | 160-150540-88 |
|  | 250-0000000000209-55 |

Full business name: ZAJEDNICA JUGOSLAVENSKIH POŠTA TELEGRAFA I TELEFONA BEOGRAD,

Abbreviated name:   ZAJEDNICA JPTT

Main activity:
   91110   ACTIVITY OF BUSINESS ASSOCIATIONS

Foundation date:   December 18, 2002

Capital data:
Subscribed capital:
Contributed capital:

Registered for foreign trade:   yes
Registered for foreign trade services:  yes

## DATA ON FOUNDERS – MEMBERS OF THE COMPANY
**Data on founder:**

| | | | | |
|---|---|---|---|---|
| Business name | JP PTT saobraćaja SRBIJA | Seat | place<br>Belgrade (city) | state<br>Serbia |
| Identification number | 7461429 | | street<br>Takovska | number<br>2 |
| **Subscribed capital** | | | | |

**Data on founder:**

| | | | | |
|---|---|---|---|---|
| Business name | POŠTA CRNE GORE DOO | Seat | place<br>Podgorica | state<br>State Union |
| Identification number | 02289369 | | street<br>Slobode | number<br>1 |
| **Subscribed capital** | | | | |

**Data on founder:**

| | | | | |
|---|---|---|---|---|
| Business name | PREDUZEĆE ZA TELEKOMUNIKACIJE 'TELEKOM SRBIJA' AKCIONARSKO DRUŠTVO, BEOGRAD, TAKOVSKA 2 | Seat | place<br>Belgrade (city) | state<br>Serbia |
| Identification number | 17162543 | | street<br>Takovska | number<br>2 |
| **Subscribed capital** | | | | |

**Data on founder:**

| | | | | |
|---|---|---|---|---|
| Business name | TELEKOM CRNE GORE AD | Seat | place<br>Podgorica | state<br>State Union |
| Identification number | 02289377 | | street<br>Braće Zlatičanin | number<br>2 |
| **Subscribed capital** | | | | |

**Data on founder:**

| | | | | |
|---|---|---|---|---|
| Business name | POŠTANSKA ŠTEDIONICA A.D. BEOGRAD | Seat | place<br>Belgrade (city) | state<br>Serbia |
| Identification number | 7004893 | | street<br>27. marta | number<br>71 |
| **Subscribed capital** | | | | |

**Data on founder:**

| | | | place | state |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Business name | DRUŠTVENO PREDUZEĆE ZA PROIZVODNJU I PROMET POŠTANSKIH MARAKA I INFORMATIVNO-IZDAVAČKU DELATNOST JUGOMARKA BEOGRAD, PALMOTIĆEVA 2 | Seat | Belgrade (Old City) | Serbia |
| | | | street Palmotićeva | number 2 |
| Identification number | 07022930 | | | |

**Subscribed capital**

## ABBREVIATED AND/OR BUSINESS NAME IN FOREIGN LANGUAGE

**Abbreviated business name of the business entity:**

Name:   ZAJEDNICA JPTT

place
Belgrade (city)

Form:   Business association

## DATA ON THE DIRECTOR AND/OR MEMBERS OF THE MANAGING BOARD

**Data on the director:**
Name:                                           Milan Janković
Personal identification number:    0709950710313

## DATA ON OTHER REPRESENTATIVES

**REPRESENTATIVE**
Name                                            Milan Janković
Personal identification number:    0709950710313

Function in the business entity:
  Director

Authorizations in the transactions
  Authorizations in the domestic trade transactions - unlimited
  Authorizations in the foreign trade transactions - unlimited

**REPRESENTATIVE**
Name                                            Živojin Matejić
Personal identification number:    2702943710300

Function in the business entity:
  Assistant Director

Authorizations in the transactions

| Authorizations in the domestic trade transactions - limited | No authorization in the domestic trade transactions |
|---|---|
| Authorizations in the foreign trade transactions - unlimited | |