

**Intelsat.**
inspiring connections

10 August 2001

Mr. Zivojin Matejic
Acting Assistant Director General
COMMUNITY OF YUGOSLAV POSTS,
TELEGRAPHS and TELEPHONES
Palmoticeva 2
11000 Belgrade
YUGOSLAVIA

SUBJECT:   **Executed Intelsat Novation Agreement**
COMPANY:  COMMUNITY OF YUGOSLAV PTT

Dear Mr. Matejic:

Please find enclosed your organization's copy of the executed Intelsat Novation Agreement. This binder includes:

- Executed Novation Agreement and its attachments
- Supplement to Attachment 1: Service Portfolio Update
- Supplement to Attachment 3: Appendix A Update
- Full Portfolio of Novated Services

The supplements referred to above itemize incremental changes to your novated service portfolio that have occurred between the date that your original Attachments 1 and 3 were generated and 18 July 2001, the final business day of INTELSAT, the inter-governmental organization. See the instructions behind Tab 1 for review and action on this material.

To streamline and assist your review process, we have also enclosed a Full Portfolio of Novated Services (behind Tab 7), which lists all active services and reservations as of 18 July 2001 (immediately prior to privatization). This alternate presentation of the data is provided for your reference only; you may find it helpful in your review of the supplemental portfolio data.



Mr. Matejic – TELYUG  10 August 2001
Page 2

    The Novation Agreement with its attachments and supplements constitutes the entire agreement between your organization and Intelsat Global Sales & Marketing Ltd. (formerly Intelsat U.K. Ltd.). In accordance with Article 3 of the Novation Agreement (see page 4 of the Novation Agreement, behind Tab 2), the supplement to Attachment 1 included in the enclosed binder will be considered final unless you identify any inaccuracies within 30 days of your receipt of this package.

    Please review these documents at your earliest convenience, particularly the supplements. If you discover any discrepancies in the service portfolio data presented, or you have any questions about the executed Novation Agreement, please contact the Intelsat Novation Office via email at: novation.office@intelsat.com, or fax your questions to us at: +1 202-295-3263 using the Customer Response Form (located behind Tab 1 in the binder) *within 30 days of your receipt of this package*.

    I thank you for your support throughout the novation process, and I look forward to a continuing business relationship between your organization and Intelsat Global Sales & Marketing Ltd.

                                  Sincerely,

                                  John Stanton
                                  President
                                  Intelsat Global Sales & Marketing Ltd.

Encl.   Executed Novation Agreement — Package Contents

# Executed Novation Agreement — Package Contents

| | |
|---|---|
| Tab 1 | Instructions—Instructions for review and action on your executed Novation Agreement and its Supplements<br>Customer Response Form—Response form to be returned to Intelsat with information required to complete the novation process |
| Tabs 2–6 | Novation Agreement, including its attachments |
| Tab 2 | Executed Novation Agreement—The Agreement under which your services have been novated to Intelsat Global Sales & Marketing Ltd. under the terms and conditions in the attachments described below |
| Tab 3 | Schedule 1: Contact and Payment Information—Contact information for notices and payments for all parties to the Novation Agreement |
| Tab 4 | Attachment 1: Service Portfolio—A list of your INTELSAT services (leases, channels, carriers, and occasional use TV) as of the date indicated on the Attachment pages. |
| Tab 4S | Supplement to Attachment 1: Service Portfolio Update—A list of incremental changes to your Attachment 1 service portfolio that have occurred between the date of your original Attachment 1 and 18 July 2001 |
| Tab 5 | Attachment 2: Service Terms and Conditions—Terms and Conditions under which novated services will be governed |
| Tab 6 | Attachment 3: LCO Contract—Lifeline Connectivity Obligation (LCO) protection contract, a listing of all services in your portfolio that were eligible for LCO protection as of the date indicated on the Attachment pages, and the LCO Pricing Index |
| Tab 6S | Supplement to Attachment 3: Appendix A Update—A list of incremental changes to your LCO-eligible services portfolio that have occurred between the date of your original Attachment 3, Appendix A and 18 July 2001 |
| Tab 7 | Full Portfolio of Novated Services—A list of all active services and reservations as of 18 July 2001. This is an alternate presentation of the service portfolio data, provided for your reference only, and to assist your review |