# Instructions

Intelsat Novation Office<br>
Phone: +1 202 944 7973<br>
Fax: +1 202 295 3263<br>
email: novation.office@intelsat.com

# Instructions for Final Review of Novation Agreement

When you executed the Novation Agreement on behalf of your organization, you completed the initial, and most significant phase of the novation process. The remaining task, covered in these instructions, is to review the supplemental Service Portfolio information included behind Tabs 4S and the supplemental LCO-Eligible Services information behind Tab 6S. Please see the detailed instructions that follow for action required on these materials. Contact us *within 30 days of receiving this package* if you have any specific corrections to the information presented in the supplements.

The Novation Agreement with its attachments and supplements (behind Tabs 2–6S) constitutes the entire agreement between your organization and Intelsat Global Sales & Marketing Ltd. In accordance with Article 3 of the Novation Agreement (see page 4 of the Novation Agreement, behind Tab 4), *if no issues are raised by you within 30 days of your receipt of this package*, the Novation Agreement and its attachments and supplements will be considered executed as presented.

To complete the Novation process, Intelsat requests that you do the following:

1. Review and approve the Supplement to Attachment 1: Service Portfolio Update (behind Tab 4S)
2. Review and approve the Supplement to Attachment 3: Appendix A Update (behind Tab 6S)
3. Elect or decline LCO protection for additional eligible services (behind Tab 6S)
4. Execute the LCO Contract, *if applicable* (behind Tab 6)
5. Provide Contact and Payment Information in Schedule 1, *if not previously provided* (behind Tab 3)
6. Provide Service of Process Agent information as requested in Article 10 of the Novation Agreement (see page 6 of the Novation Agreement, behind Tab 2)
7. Return both pages of the Customer Response Form (behind Tab 1, immediately following these instructions)

*Please turn the page for detailed instructions*

Intelsat Novation Agreement – Final Review Instructions

| 1. Review and approve the Supplement to Attachment 1: Service Portfolio Update | ⊃ See Supplement to Attachment 1: Service Portfolio Update (behind Tab 4S) |
|---|---|

This Supplement itemizes incremental changes to your novating service portfolio that have been processed between the date of your original Attachment 1 and 18 July 2001, the final business day of INTELSAT, the inter-governmental organization. These may include: new service activations, existing service renewals or extensions processed since the date of the original portfolio (for leases, these appear in the 'New Leases' section of the Summary), service terminations, modifications to service parameters, changes to participants in a lease service, and changes in a service's LCO eligibility. Any corrections resulting from discrepancies you brought to our attention regarding services that appeared in the original Attachment 1 are also reflected in this Supplement.

This Supplement to Attachment 1, combined with the original Attachment 1 represents Intelsat's record of your organization's services and commitments as of 18 July 2001. These services have been novated to Intelsat Global Sales & Marketing Ltd. As specified in the Novation Agreement Article 3 (see page 4 of the Novation Agreement, behind Tab 2), any *discrepancies in this data must be reported to Intelsat within 30 days of your receipt of this package;* otherwise, the Contract will stand as presented.

Ongoing Service Activity

The supplements are intended to capture the state of each customer's service portfolio at the time of novation, i.e., at the time of transfer to Intelsat Global Sales & Marketing Ltd. (close of business on 18 July 2001). Therefore, service activity processed after that date for any novated service (e.g., service terminations, modifications to service parameters, changes to participants in a lease service) are not reflected in the supplements.

Service Portfolio Discrepancies

If, within 30 days of receiving this package, you report a service portfolio discrepancy that results in a required correction to your organization's Supplement to Attachment 1 or Supplement to Attachment 3, Intelsat will make the correction and notify you accordingly.

Full Portfolio of Novated Services

You may find it helpful to review the Full Portfolio of Novated Services (behind Tab 7) to view your organization's portfolio at the time of transfer to Intelsat Global Sales & Marketing Ltd. This document has been included for your review and assistance only; no action is required.

✓ Customer Tasks

- Verify that the Supplement to Attachment 1 (behind Tab 4S), when combined with the original Attachment 1 (behind Tab 4), represents a complete and accurate listing of your Intelsat commitments and services as of 18 July 2001
- *If you are satisfied that the Supplement to Attachment 1 in combination with the original Attachment 1 represents your portfolio accurately, please mark this in the space provided on the Customer Response Form (behind Tab 1, immediately following these instructions)*
- If you notice a discrepancy in the Supplement to Attachment 1 (other than service activity processed after 18 July 2001), please use the Customer Response Form (behind

Intelsat Novation Agreement – Final Review Instructions

Tab 1, immediately following these instructions) to notify the Novation Office of the discrepancy *within 30 days of your receipt of this package:*
⇒ fax: +1 202 295 3263
⇒ email: novation.office@intelsat.com

---

**2. Review and approve the Supplement to Attachment 3: Appendix A Update**   ◌ See Supplement to Attachment 3: Appendix A Update (behind Tab 6S)

This Supplement itemizes incremental changes to your LCO-eligible services portfolio that have been processed between the date of your original Attachment 3 and 18 July 2001, the final business day of INTELSAT, the inter-governmental organization.

✓ Customer Tasks

- Verify that the Supplement to Attachment 3: Appendix A Update is complete as of 18 July 2001
    ⇒ If you notice an omission in your Appendix A Update, use the Customer Response Form to notify the Intelsat Novation Office of your concern, citing the specific service order number in question (as described in Step 1).

*If the Supplement to Attachment 3 does not list any additional (i.e., newly eligible) services, you may skip Step 3 of these instructions, and proceed to Step 4.*

---

**3. Elect or decline LCO protection for additional eligible services**   ◌ See Supplement to Attachment 3: Appendix A Update (behind Tab 6S) and Customer Response Form (behind Tab 1)

If your supplement to Attachment 3 (behind Tab 6S) includes any new or newly-eligible services, it may be necessary to execute the LCO Contract and to elect or decline LCO protection for those services. Please review the Customer Tasks below to determine what action, if any, is required in your case.

✓ Customer Tasks

If you have previously executed the LCO Contract, and you
- Accepted LCO protection for ALL of your eligible services
    ♦ No action is required; your election to protect these additional services has been assumed, unless you advise us to the contrary within 30 days
- Accepted LCO protection on SOME of your eligible services
    ♦ You must elect or decline protection for any additional eligible services
- Declined LCO protection for all of your eligible services
    ♦ You must elect or decline protection for any additional eligible services

Intelsat Novation Agreement – Final Review Instructions

Using the Customer Response Form (behind Tab 1, immediately following these instructions), please check one of the following LCO protection options for the additional services listed in the Supplement to Attachment 3 (behind Tab 6S):

    (i) \_\_\_\_\_ All

    (ii) \_\_\_\_\_ Specific Service Orders (list service order numbers for which you elect LCO protection)

    Or \_\_\_\_\_ LCO Protection Declined

*Mark your LCO election in the space provided on the Customer Response Form; do not mark it on this page*

## 4. Execute the LCO Contract, *if applicable*   ◉ See Attachment 3: LCO Contract (behind Tab 6)

If your supplement to Attachment 3 includes any new or newly-eligible services and you have not previously executed the LCO Contract, or if your original Attachment 3, Appendix A included LCO-eligible services and you did not execute the LCO Contract at that time, please complete the following tasks.

✓ Customer Tasks

If you have not previously executed the LCO Contract (behind Tab 6):

- To accept LCO protection for all or some of the eligible services (listed in Attachment 3, Appendix A (behind Tab 6) and in the Supplement to Attachment 3: Appendix A Update (behind Tab 6S):
  - Sign each of the three (3) signature pages of the Contract (page 9, three copies)
  - Indicate your LCO elections on page 2 of the Contract
    ⇒ Check one of the options:
      (i) \_\_\_\_\_ All
      (ii) \_\_\_\_\_ Specific Service Orders (list service order numbers for which you elect LCO protection)
- To decline LCO protection for all of your eligible services:
  - Sign each of the three (3) signature pages of the Contract (page 9, three copies)
  - Write 'LCO protection declined' on each of the three (3) signature pages of the Contract (page 9).

*Mark your LCO election in the space provided on page 2 of the LCO Contract; do not mark it on this page.*

- Return the executed LCO Contract to the Intelsat Novation Office along with your Customer Response Form, to the address provided in Step 7

*If neither your original Attachment 3, Appendix A, nor your Supplement to Attachment 3 includes any LCO-eligible services, then it is not necessary to execute the LCO Contract. You may skip Step 4 and proceed to Step 5.*

Intelsat Novation Agreement – Final Review Instructions

### 5. Provide Contact and Payment Information in Schedule 1, *if not previously provided*

○ See Schedule 1: Contact and Payment Information (behind Tab 3)

✓ Customer Tasks

- Provide contact and payment information for your organization by completing the Customer sections (two pages) of Schedule 1, if you have not already done so

*If you have already provided this information to Intelsat, you may skip Step 5 and proceed to Step 6*

### 6. Provide Service of Process Agent information as requested in Article 10 of the Novation Agreement

○ See Article 10 on page 6 of the Novation Agreement (behind Tab 2)

✓ Customer Tasks

- Provide Service of Process Agent information for your organization by entering the information in the space provided on the Customer Response Form

*Intelsat requests that all customers provide Service of Process Agent information for the Novation Agreement*

Intelsat Novation Agreement – Final Review Instructions

| 7. Return both pages of the Customer Response Form | ○ See Customer Response Form (behind Tab 1, immediately following these instructions) |

Please use the Customer Response Form to indicate your receipt of and response to the Executed Novation Agreement package

✓ Customer Tasks

○ Contact Intelsat *within 30 days of your receipt of this package* to report any discrepancy in your service portfolio data as presented in the Supplements to Attachment 1 and Attachment 3 (behind Tabs 4S and 6S, respectively)

○ Elect or decline LCO protection for any additional LCO-eligible services (behind Tab 6S)

○ Execute the LCO Contract, *if applicable* (behind Tab 6). Sign each of the three (3) signature pages and elect or decline protection for LCO-eligible services

○ Return Schedule 1 with your organization's Contact and Payment information, *if not previously provided* (behind Tab 3)

○ Provide Service of Process Agent information in the space provided on the Customer Response Form

○ Return both pages of the Customer Response Form and any additional pages (e.g., Schedule 1, LCO Contract) to Intelsat via

⇒ fax: +1 202 295 3263

⇒ courier:
   Intelsat Global Service Corporation
   Novation Office - Box 80
   3400 International Drive, NW
   Washington, DC 20008-3006 USA

## For Assistance

Please contact the Novation Office with any questions or concerns about these materials and the actions required to complete the novation process.
Intelsat Novation Office
Phone: +1 202 944 7973
Fax: +1 202 295 3263
email: novation.office@intelsat.com

# Novation Agreement — Customer Response Form

**TELYUG**
**COMMUNITY OF YUGOSLAV PTT**

### ✓ Customer Tasks

➲ Contact Intelsat within 30 days of your receipt of this package to report any discrepancy in your service portfolio data as presented in the Supplements to Attachment 1 and Attachment 3 (see Instructions Steps 1 and 2)

- ❏ I have reviewed the Supplements to Attachments 1 and 3; the data is complete and accurate
- ❏ I have reviewed the Supplements to Attachments 1 and 3, the data presented is inaccurate
    *List specific service order numbers, and describe issue for each (use additional sheets if necessary).*

_____
_____
_____
_____

➲ Elect or decline LCO protection for any additional LCO-eligible services (see Instructions Step 3)

- ❏ My Supplement to Attachment 3 does not include any additional LCO-eligible services
- ❏ My Supplement to Attachment 3 does include additional LCO-eligible service(s). For these additional service(s), I elect to accept LCO protection for
    - (i) _____ All services
    - (ii) _____ Specific Service Orders. *List service order numbers:*

    _____
    _____
    _____

    Or _____ LCO Protection Declined

➲ Execute the LCO Contract, *if applicable* (behind Tab 6). Sign each of the three (3) signature pages and elect or decline protection for LCO-eligible services (see Instructions Step 4)

- ❏ I have previously executed the LCO Contract
- ❏ Neither my original Attachment 3, nor my Supplement to Attachment 3 includes any LCO-eligible services
- ❏ My original Attachment 3 and/or my Supplement to Attachment 3 includes LCO-eligible services and I have not previously executed the LCO Contract (behind Tab 6)
    - Please sign all 3 (three) copies of the signature page (page 9, three copies)
    - Please indicate your LCO election on page 2, or write 'LCO Protection Declined' on each of the signature pages
    - Please return all pages of the LCO Contract to Intelsat with the Customer Response Form

## Novation Agreement — Customer Response Form

➲ Return Schedule 1 with your organization's Contact and Payment information, *if not previously provided* (see Instructions Step 5)

    ❏   I have previously provided Contact and Payment Information in Schedule 1
    ❏   I have provided additional Contact and Payment Information in Schedule 1
        • *Please return the Customer sections of Schedule 1 (two pages) with the Customer Response Form*

➲ Provide Service of Process Agent information in the space provided on the Customer Response Form (see Instructions Step 6)

    ❏  • *Please provide the name and address of your organization's Agent for Service of Process for the Novation Agreement:*

_____
_____
_____
_____
_____

*Intelsat requests that all customers provide Service of Process Agent information for the Novation Agreement*

➲ Return both pages of the Customer Response Form and any additional pages (e.g., Schedule 1, LCO Contract) to Intelsat (see Instructions Step 7)

    ◯   Return via fax: +1 202 295 3263
    ◯   Return via courier:
         Intelsat Global Service Corporation
         Novation Office - Box 80
         3400 International Drive, NW
         Washington, DC 20008-3006      USA

**TELYUG**
**COMMUNITY OF YUGOSLAV PTT**