# Novation Agreement
## Schedule 1:
## Contact and Payment Information

Tab 3

## SCHEDULE 1

**Contact Information for Notice Purposes and Payment Instructions**

1. <u>Notices Under Novation Agreement</u>.

For the purpose of the service of any notice under the Novation Agreement (other than under the Terms and Conditions covered under Section 3 below):

INTELSAT's addresses and fax numbers shall be:

International Telecommunications Satellite Organization (I.T.S.O.)
3400 International Drive NW
WASHINGTON, DC 20008-3098
USA

Attention:    Mr. Ahmed Toumi
              Director General

The Company's addresses and fax numbers for the service of any notice under this Agreement shall be:

Intelsat U.K., Ltd
Building 3, Chiswick Park
566 Chiswick High Road
LONDON W4 5YA
United Kingdom

Attention: President

Facsimile: +44 208 899 6200
Telephone: +44 208 899 6035

With a copy to:

Intelsat Services Corporation
3400 International Drive, N.W.
Washington, D.C., 20008-3098
USA

Attention: Office of the General Counsel

Facsimile: +1 202 295 5140
Telephone: +1 202 944 6969

The Customer's address and fax number for the service of any notice by the Company under this Agreement shall be:

> Community of Yugoslav PTT
> Palmotićeva 2
> 11000 Belgrade
> FR YUGOSLAVIA

Attention:
> Ž. MATEJIĆ

Facsimile:
> + 381 11 3210 233

Telephone:
> + 381 11 3210 164

2. <u>Payment Instructions Under Terms and Conditions</u>.

For the purpose of providing invoices and making payments in connection with Part I – Section 5.5 of the Terms and Conditions, the following shall be used:

For the Customer:
> Community of Yugoslav PTT

Attention:
> Mrs Milica Busarčević

Facsimile:
> + 381 11 3210 244

Telephone:
> + 381 11 3210 146

For the Company:
> Intelsat U.K. Ltd.
> Building 3, Chiswick Park
> 566 Chiswick High Road
> LONDON W4 5YA
> United Kingdom

| Attention: | The Cashier |
|---|---|
| Facsimile: | +44 208 899 6200 |
| Telephone: | +44 208 899 6035 |

Wire transfers should indicate clearly what is being paid, and should be remitted to the Company's account at:

~~Citibank London, U.K.~~
~~Account: 10265683~~
~~Sort Code: 18 50 08~~

Such payments shall be deemed to be made by delivery of cash, check drawn on the Customer's business account, certified cashier's check, or bank wire transfer. All payments between the Customer and the Company pursuant to this Agreement shall be made in U.S. dollars or such other currency as the Company may agree to.

3. Notices Under Terms and Conditions.

For the purposes of any notices, reports and other communications in connection with the Terms and Conditions, such notices, reports and other communications shall be in writing and shall be given by and two (2) of the following methods: hand, fax, international courier (such as TNT, DHL or Federal Express) or certified or registered mail to the fax number or address set forth below:

For the Customer:
Community of Yugoslav PTT
Palmotićeva 2
11000 Belgrade
FR YUGOSLAVIA

| Attention: | Ž. MATEJIĆ |
|---|---|
| Facsimile: | + 381 11 3210 233 |
| Telephone: | + 381 11 3210 164 |

| | |
|---|---|
| For the Company: | Intelsat U.K., Ltd<br>Building 3, Chiswick Park<br>566 Chiswick High Road<br>LONDON W4 5YA<br>United Kingdom |

Attention: President

Facsimile: +44 208 899 6200
Telephone: +44 208 899 6035

With a copy to:

Intelsat Services Corporation
3400 International Drive, N.W.
Washington, D.C., 20008-3098
USA

Attention: Office of the General Counsel

Facsimile: +1 202 295 5140
Telephone: +1 202 944 6969

Any such notice, report, or communication will be deemed to have been received on the calendar day following the transmission of the notice by fax, the day that it is delivered to the applicable address by hand or international courier or fifteen (15) calendar days after it has been dispatched by certified or registered mail.

Each of the Company and the Customer agrees to keep this information current at all times and to notify the other party promptly of any changes to the pertinent information related to invoicing, billing, utilization of the allotted capacity and general communications.