# Novation Agreement
# Attachment 1:
# Service Portfolio

Tab 4

## NOVATION AGREEMENT *Attachment 1*

### Statement of Invoice Procedures

**COMMUNITY OF YUGOSLAV PTT**

**Billing Cycle:**   Quarterly in Arrears

## NOVATION AGREEMENT *Attachment 1*
## Transponder Lease Summary as of 13 December 2000

**COMMUNITY OF YUGOSLAV PTT**

---

| No Transponder Leases for this Customer. |
|---|

**END of Report**
**Transponder Lease Summary**

Please find attached the detailed presentation of the above listed Leases.
\* See Attachment 3 for Designation for LCO Protection

## NOVATION AGREEMENT  Attachment 1
### Carriers & Commitments as of 8 December, 2000

**COMMUNITY OF YUGOSLAV PTT**

| Billable Customer | Commitment Information | | | | | Related Service Information | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ltc Term | Serv Type Ltc Ord | ESA Std CXR Size | Ltc Strt Dt Ltc End Dt | FEC Beam | Orb loc ESA Id | XPD Pair Center Freq | Service SOS | Cxr Designator | SO Number CHL Qty |
| | 15 | IDR 1040627 | 2MB | 01-Oct-2000 30-Sep-2015 | | | | | | |
| | | IDR | 2MB | | 3/4 H | 335.5 JGS-02A | 54/44 6246.7300 | 29-Jan-1995 | BEOGAD-WHITEP 30N001 | G3469 |

NOTE: All Digital Carrier Based LTC end dates are provided with 30 days grace period.

**END of Report**
**Carriers & Commitments**

**NOVATION AGREEMENT   Attachment 1**
**Channels & Commitments as of 8 December, 2000**

**COMMUNITY OF YUGOSLAV PTT**

| Billable Customer | Commitment Information | | | | | Related Service Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTC Term | Serv Type Ltc Ord Id | ESA Std Cxr Size | LTC Strt Dt LTC End Dt | FEC Beam | Orb Loc ESA Id | XPD Pair Center Freq | Service Sos | CXR Designator | SO Number CHL Qty | | |
| 15 | FDM 1019904 | A | 01-Oct-1997 30-Sep-2012 | | | | | | 110357 | | |
| | FDM | | | H | 60.0 JGS-01A | 14/24 6221.5000 | 01-Apr-1996 | JUGSVA-108C FDM CARRIER | 108 | | |
| | | | | | | | | Total pool of commitments as of effective date: | 250 | | |
| | | | | | | | | Total pool of channel allotments as of effective date | 108 | | |
| | | | | | | | | Total Pool of uncommited channels: | .142 | | |
| | SCPC | | | G | 335.5 JGS-02A | 36/36 | 01-Oct-1996 | AMMAN-BEOGRAD 306 | 141157 1 | | |
| | SCPC | | | G | 335.5 JGS-02A | 36/36 | 01-Oct-1996 | AMMAN-BEOGRAD 305 | 141155 1 | | |
| | SCPC | | | G | 335.5 JGS-02A | 36/36 | 01-Oct-1996 | AMMAN-BEOGRAD 304 | 141153 1 | | |
| | SCPC | | | G | 335.5 JGS-02A | 36/36 | 01-Oct-1996 | AMMAN-BEOGRAD 303 | 141151 1 | | |
| | SCPC | | | G | 335.5 JGS-02A | 36/36 | 01-Oct-1996 | AMMAN-BEOGRAD 302 | 141149 1 | | |
| | SCPC | | | G | 335.5 JGS-02A | 36/36 | 01-Oct-1996 | AMMAN-BEOGRAD 301 | 141147 1 | | |
| | | | | | | | | Total pool of commitments as of effective date: | 0 | | |
| | | | | | | | | Total pool of channel allotments as of effective date | 6 | | |
| | | | | | | | | Total Pool of uncommited channels: | 6 | | |

NOTE: SCPC, TDMA, and VISTA services have no related Center Freq Information.
END of Report
Channels & Commitments

# NOVATION AGREEMENT  *Attachment 1*

## Occasional Use TV Services after 18 July 2001, as of 8 December 2000

**COMMUNITY OF YUGOSLAV PTT**

No Occasional Use TV Services for this Customer.

**END of Report**
Occasional Use TV Services

---

Caveat for all services except those via IS-804@64 deg xD 88/88, which is already digital.

All analog occasional-use (OU) dedicated non-preemptible global transponders are scheduled for transition to a fully digital platform. This transition is currently scheduled to take place from 28 February 2001 through 11 December 2001. Any services booked during this time will have to convert to either an 18 MHz or 9 MHz digital resource vice 20 MHz analog resource as each transponder is converted or the service will be cancelled and the OUTV user will be assessed a cancellation charge as set forth in the rate tables. Reduction of carriers to 9 MHz will reduce the per minute tariff to US$9.00/minute (100%). An 18 MHz digital resource will also be available; if so the tariff for the resource would be US$13.00/minute (100%).

The current digitalization timetable is as follows:

Schedule:
* 28 Feb 2001:   No further analog services at 62°E
* 31 March 2001: No further analog services at 60°E
* 30 June 2001:  No further analog services at 332.5°E
* 31 July 2001:  No further analog services at 335.5°E
* 31 August 2001: No further analog services on channel 2 at 174°E and 176°E
* 30 September 2001: No further analog services at 352.5°E
* 30 November 2001: No further analog services on channel 1 at 174°E and 176°E
* 31 December 2001: No further analog services at 342°E

This timetable is subject to change based on operational requirements.