# Novation Agreement
# Supplement to Attachment 1:
# Service Portfolio Update

Tab 4S

## Supplement to Attachment 1 to the Novation Agreement
## Changes and/or Corrections to Transponder Leases
## For Period from 13 December 2000 through 18 July 2001 Close of Business

**COMMUNITY OF YUGOSLAV PTT**

| No Changes for Transponder Leases. |
|---|

### END of Report
### Supplement to Attachment 1 for Leases

Detailed presentation of new and changed leases follows.

Note: Changes in the LCO Eligibility status of services listed in the 13 December 2000 portfolio, if any, are detailed and explained in the supplement to attachment 3.

**SUPPLEMENT TO NOVA...N AGREEMENT** *Attachment 1*

Activity for Carriers & Commitments through 18 July 2001 Close of Business

**COMMUNITY OF YUGOSLAV PTT**

**Commitment Information**

| Billable Customer | Ltc Term | Serv Type Ltc Ord Id | ESA Std CXR Size | Ltc Strt Dt Ltc End Dt |
|---|---|---|---|---|
| | 15 | IDR 1040627 | 2MB | 01-Oct-2000 30-Sep-2015 |

**LTC-Service Allotment Association Changes**

**Related Service Information**

| FEC Beam | Orb loc ESA Id | XPD Pair Center Freq | Service SOS | Cxr Designator | SO Number CHL Qty |
|---|---|---|---|---|---|
| 3/4 H | 335.50 JGS-02A | 54/44 6246.7300 | 29-Jan-1995 | BEOGAD-WHITEP 30N001 | G3469 |

**END of Report**
Carriers & Commitments

# SUPPLEMENT TO NOVATION AGREEMENT Attachment 1
## Activity for Channels & Commitments through 18 July 2001 Close of Business

### COMMUNITY OF YUGOSLAV PTT

**Ended Channel Services and Commitments**

| Commitment Information | | | | | Related Service Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Billable Customer | Ltc Term | Serv Type Ltc Ord Id | ESA Std CXR Size | Ltc Strt Dt Ltc End Dt | FEC Beam | Orb loc ESA Id | XPD Pair Center Freq | Service SOS Chl End Date | Actual Ltc End Date Cxr Designator | SO Number CHL Qty |
| | | SCPC | | | G | 335.50 JGS-02A | 36/36 | 01-Oct-1996 31-Mar-2001 | AMMAN-BEOGRAD 301 | 141147 1 |
| | | SCPC | | | G | 335.50 JGS-02A | 36/36 | 01-Oct-1996 31-Mar-2001 | AMMAN-BEOGRAD 302 | 141149 1 |
| | | SCPC | | | G | 335.50 JGS-02A | 36/36 | 01-Oct-1996 31-Mar-2001 | AMMAN-BEOGRAD 303 | 141151 1 |
| | | SCPC | | | G | 335.50 JGS-02A | 36/36 | 01-Oct-1996 31-Mar-2001 | AMMAN-BEOGRAD 304 | 141153 1 |
| | | SCPC | | | G | 335.50 JGS-02A | 36/36 | 01-Oct-1996 31-Mar-2001 | AMMAN-BEOGRAD 305 | 141155 1 |
| | | SCPC | | | G | 335.50 JGS-02A | 36/36 | 01-Oct-1996 31-Mar-2001 | AMMAN-BEOGRAD 306 | 141157 1 |

NOTE: SCPC, TDMA, and VISTA services have no related Center Freq Information.

**END of Report**
**Channels and Commitments**

# SUPPLEMENT TO NOVATION AGREEMENT  Attachment 1
## Activity for Occasional Use TV Services through 18 July 2001 Close of Business

### COMMUNITY OF YUGOSLAV PTT

| Txmn ID | Start Date | Times | Total min. | ESA Mode | Orb Loc Id | Xpd | B/W | Billing Method | # Of RX Links | Rate/ Min | Proj. Cost | Discount | Adjusted Proj. Cost | Termination Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**No Changes in OUTV Services.**

### END of Report
### Occasional Use TV Services

Caveat for all services except those via IS-904@64 deg. xp 38/38K which is already digital:

All analog occasional-use (OU) dedicated non-preemptible global transponders are scheduled for transition to a fully digital platform. This transition is currently scheduled to take place from 28 February 2001 through 31 December 2001. Any services booked during this time will have to convert to either an 18 MHz or 9MHz digital resource vice 20MHz analog resource as each transponder is converted or the service will be cancelled and the OUTV user will be assessed a cancellation charge as set forth in the rate tables. Reduction of carriers to 9MHz will reduce the per minute tariff to US$9.00/minute (100%). An 18MHz digital resource will also be available; if so the tariff for the resource would be US$13.00/minute (100%).

The current digitization timetable is as follows:
Schedule:
* 28 Feb 2001:   No further analog services at 62°E - TRANSITION COMPLETED
* 31 March 2001:  No further analog services at 60°E - TRANSITION COMPLETED
* 30 June 2001:   No further analog services at 332.5°E - TRANSITION COMPLETED
* 31 July 2001:   No further analog services at 335.5°E - TRANSITION COMPLETED
* 31 August 2001:  No further analog services on Channel 2 at 174°E and 176°E
* 30 September 2001:  No further analog services at 352.5°E
* 30 November 2001:  No further analog services on Channel 1 at 174°E and 176°E
* 31 December 2001:  No further analog services at 342°E

This timetable is subject to change based on operational requirements.