charges in proportion to the Committing Participants' respective shares of the commitment.

(f)     For non-preemptible leases, the Committing Participants may satisfy payment of quarterly space segment charges by remitting a single Lump-Sum payment. The Lump-Sum payment would be equal to the net present value of the stream of quarterly payments for the remaining term of the lease, using the approved discount rate for the up-front payment at the time the Lump-Sum payment option is exercised. The approved discount rate is detailed in Annex 1 – "Discount Rates for Lump-Sum Payment of Full-time Non-preemptible Transponder Lease Services" to these Terms and Conditions. The Lump-Sum payment option is available before, as well as during, the allotment period. Selection of this option must be unanimous among the Committing Participants.

2.5     Use of Capacity.

(a)     Earth stations of various characteristics may be used, subject to prior notification and approval by the Company.

(b)     There is no limitation on the nature of the service applications accommodated under an allotment, as long as operation of the capacity is at all times in conformance with a transmission plan meeting the technical and operational conditions specified in applicable IESS module and approved by the Company.

2.6     Amendments and One-time Extensions to Leases.

(a)     Amendments.

Subject to the provisions of paragraph (b) below, the terms and conditions applicable to any lease or the services provided pursuant to such lease may be amended (including to extend the term thereof) at any time, subject to the mutual written agreement of the Company and all Participants in such lease. In determining whether to consent to any such amendment requested by a Customer (which consent shall not be unreasonably withheld), the Company shall consider, among other things, (i) the net present value ("NPV"), calculated in U.S. Dollars on the date of such request as set forth below, of the amended services as compared to the NPV of the services currently provided under the lease, (ii) the effect of such amendments on the overall efficiency of the Company's Space Segment and (iii) the effect of such amendments on the overall financial benefit of such services to the Company. Any such amended leases will be governed by the terms and conditions (including service rates) as are agreed to between the

Participants and the Company in connection with such
amendments.

The "net present value" or "NPV" as of any determination date
means the aggregate of the future payments for service charges to
be made in respect of the applicable Novated Contract, each
discounted from its scheduled due date to present value on such
determination date using a rate of 14% per annum, compounded
quarterly. For purposes of the preceding definition, the scheduled
due date for payments of service charges will be determined
assuming that such charges are billed on a quarterly in arrears
billing cycle.

(b)    One-time Extensions.

At any time prior to the fifth-year anniversary of the Closing Date,
the Customer may request that a lease under a Novated Contract be
amended to extend the term of the lease for a period no longer than
the original term of the lease (a "one-time extension"). Any such
one-time extension will be subject to the agreement of each of the
Participants in such lease, and will be subject to the availability of
capacity. During such extended term of the lease, these Terms and
Conditions (including the service rates reflected in the Novated
Service Rate Schedule) will remain in effect until the first to occur
of (i) the expiration of such extended term and (ii) the fifth-year
anniversary of the Closing Date. If such extended term extends
beyond the fifth-year anniversary of the Closing Date, the terms
and conditions (including service rates) shall be agreed among the
Company and the applicable Participants at the time of such
extension. With respect to any lease which has not been extended
prior to the fifth-year anniversary of the Closing Date, the
Customer may elect to amend such lease following such date to
extend the term thereof, and the terms and conditions that will
apply during such extension shall be the terms and conditions for
leases for services of the Company to be negotiated at the time
such extension request is made.

2.7    Management of Lease Continuity.

(a)    A written request not to extend or amend a lease (i.e., to terminate
at the scheduled end of service date) from any individual
Committing Participant in an international lease will be notified by
the Company to all other Participants. Following notice by the
Company that one Committing Participant has submitted a written
request not to extend or amend the lease, the other Committing
Participants will retain all rights to the lease, including the one-
month extension referred to in paragraph (b) below, automatic

FRR rights as set forth in Part II – A – Section 5.4, and the rights to extend the lease pursuant to Part II – A – Section 2.6(b).

(b)    In the case where no direction to extend, amend or terminate the lease is received from any Participant prior to the end of service, the following will apply: absent any notice from the Customer and if there is no competing requirement made known to the Company for the leased capacity during the six (6) month period prior to the end of service, an automatic one-month extension will apply at the existing charge. During such one-month extension, the Customer shall be entitled to exercise its rights pursuant to Part II – A – Section 2.6(b) to make a one-time extension. The Participants will be billed accordingly. At the conclusion of the default one-month extension, the existing lease terms and conditions will be regarded as having expired.  The Company shall have no further obligation to make such capacity available after the extension period has ended.

(i)    If there are competing requests (e.g., first refusal reservations ("FRRs") in queue) which are known to the Company prior to the end of service, the Company reserves the right either to end the existing lease at its scheduled end of service date, or to limit the extension to less than one month, depending on the particulars of the competing request, and will so advise the existing lease participants.

(ii)    If, at the end of either the automatic one-month extension referred to in Part II – A – Section 2.7(b), the Company has not received any notification from the committing lease Participants regarding either cancellation or the one-time extension referred to in Part II – A – Section 2.6(b), and there are no competing requirements, the existing leaseholders will be charged at the one-week rate in the Novated Service Rate Schedule. In addition, the lease will be subject to preemption with one week's notice at the Company's discretion.

2.8    <u>Allowance for Interruption</u>

(a)    Allowances for interruption in availability are made only when the interruption is for one hour or more and, as determined by the Company, the interruption is attributable to the Company's Space Segment.  In such cases, the leaseholder(s) will be credited for the interruption in an amount equal to the proportionate part of the applicable charge, in one hour multiples for each hour, or major fraction thereof.

      (b)      No allowance or credit is provided for any interruption that is not caused by the Company.

2.9     Transfer of Existing Leases from Standard to Premium Capacity.

      (a)      The designation of standard and premium capacity on the Company's Satellites is identified in Annex 2 – "Standard and Premium Capacity" to these Terms and Conditions.

      (b)      Any non-preemptible or preemptible lease on standard capacity which is subsequently assigned to premium capacity by the Company will not be subject to the additional charges attributable to the premium capacity through the end of the existing lease term.

      (c)      Any GR or FRR for a non-preemptible or preemptible lease, which is accepted by the Company for standard capacity but is subsequently assigned by the Company to premium capacity will not be subject to the additional charges attributable to the premium capacity through the end of the existing lease term.

2.10    Leaseback Arrangements.

      (a)      In circumstances where no other capacity exists to meet a short-term lease requirement, the Company may make arrangements with the Customer, as the original leaseholder, based on mutually agreed terms and conditions to lease back capacity held under long-term Allotments by the Customer, as the original leaseholder, to provide temporary service to another customer.

      (b)      The following terms and conditions apply:

            (i)      Charges for the temporary utilization of the capacity will be those agreed by the applicable new customer and the Company at the time of the request for temporary utilization.

            (ii)     For all leaseback use, transmission plans meeting the applicable IESS module specifications must be submitted by the applicable new customer to and approved by the Company prior to the start of service. The Customer, as original leaseholder, will not be responsible for compliance with the Terms and Conditions, but will retain financial liability, related to the service during the leaseback period. The applicable new customer will be liable for compliance with all Terms and Conditions during the leaseback period.

3.    **FULL-TIME NON-PREEMPTIBLE TRANSPONDER LEASE SERVICES**

3.1    <u>Long-term and Short-term Lease Offerings.</u>

Full time non-preemptible lease offerings are divided into two categories: "long-term" (1 to 15 years duration) and "short-term" (less than 1 year duration).

3.2    <u>Cancellation Policy.</u>

(a)    Non-preemptible leases are not cancelable by any of the Participants or by the Company; <u>provided</u> that in the event of capacity malfunction or a satellite redeployment where replacement capacity is not available or is inferior to the minimum specifications for the IESS module applicable to the original service, the lease Participants, acting unanimously, have the option to terminate the lease without penalty.

(b)    For cancellation resulting from any of the above conditions, Committing Participants that have exercised the Lump-Sum payment option (as described in Part II – A – Section 2 above) will be refunded a prorated portion of the Lump-Sum payment, based on the period of the lease term remaining at the time of termination and the discount rate for the up-front payment used at the time the Lump-Sum payment was exercised.

3.3    <u>Service Restoration for Non-preemptible Leases.</u>

(a)    Restoration of non-preemptible service is on a best efforts basis. Preemption of services will be in accordance with the provisions of Part I – Section 6 of the Terms and Conditions.

(b)    At the time of a space segment failure of the capacity occupied by a non-preemptible service, and subject to the availability of restoration capacity, restoration of non-preemptible service will be offered on either the spacecraft to which the service is presently assigned or on another spacecraft where appropriate capacity is available. Capacity for restoration, where offered, will be provided by either the redeployment of a sparing spacecraft to the failed location, or at other locations in suitable spare capacity, or in capacity made vacant by the interruption of preemptible services.

3.4    <u>Recommitments.</u>

(a)    Non-preemptible leases with a service term of five years or longer shall receive a 15% annual "recommitment" discount for the remainder of such service term, <u>provided</u> that the Customer had

elected to recommit such lease in each of 1999 and 2000 if such lease was in effect at that time.

(b)     A non-preemptible lease of five (5) years or longer starting between January 1, 1999 and March 31, 2000 must have recommitted each year on its anniversary date prior to the Closing Date in order to receive the 15% annual discount for the remainder of the term. Those non-preemptible leases of five (5) years or longer starting between April 1, 2000 and December 31, 2000 will automatically receive the 15% annual discount for the bandwidth activated between these two dates for the term of the contract. Those non-preemptible leases of five (5) years and longer starting between January 1, 2001 and the Closing Date will only receive the 15% annual discount for the first twelve (12) months following the start of service, and then will be charged the undiscounted rate for the remainder of the lease term.

## 4.     FULL-TIME PREEMPTIBLE TRANSPONDER LEASE SERVICES

4.1     Long-term and Short-term Lease Offerings.

(a)     Full-time preemptible lease offerings are divided into two categories: "long-term" (1 to 10 years duration) and "short-term" (less than a 1-year duration).

(b)     Allotments may be used to provide any international or domestic service except international public switched telephony services and IBS.

4.2     Preemption.

(a)     An operational preemptible service or a guaranteed reservation for a preemptible service can only be preempted when capacity is required in case of a partial or total satellite failure for the restoration of either non-preemptible or higher priority preemptible services. This determination is based on the priority list described in Part I – Section 6 of these Terms and Conditions.

4.3     Capacity Available for Preemptible Lease Services.

(a)     The capacity that can be used for long-term preemptible leases in each ocean region is limited and may vary with time. In the IOR and POR, the amount of such capacity will not exceed the capacity of the largest satellite operating in a given region. In the AOR, the capacity available for long-term preemptible leases will not exceed 1.5 times the capacity of the largest spacecraft in the AOR, with 1.0 times this capacity being allocated to the sparing spacecraft (currently the INTELSAT 605 at 332.5°E). The amount of

preemptible capacity is assumed to be what would be required for the full restoration of services in each ocean region in the case of a catastrophic satellite failure. The limited capacity described herein does not take into account designated inclined orbit capacity, which may also be used for long-term leases.

(b)     Capacity that can be leased on a long-term preemptible basis in each ocean region is subject to coverage and connectivity constraints associated with each region, as well as the Company's assessment of the long-term availability of such capacity.

(c)     In each ocean region, unused capacity on all satellites will be available for provision of short-term preemptible leases of less than one year, subject to the Company's assessment of the operational implications of each lease allocation.

4.4     <u>Company Right to Move Preemptible Lease.</u>

(a)     The Company retains the right to move preemptible leases at any time to alternative capacity that provides at least equal performance to a required coverage area. In the event that the Company exercises this right, the Customer would have the option to cancel its lease without penalty within 30 days of the move.

(b)     In the event of capacity malfunction or satellite redeployment and the preemption of services due to such causes, if the replacement capacity is not available or is inferior to minimum specifications for the IESS module applicable to the original service, the committing participants will have the option to terminate the lease without penalty.

4.5     <u>Cancellation Policy.</u>

Allotments are cancelable by the Committing Participants, acting unanimously, subject to a cancellation penalty as set forth below. For leases of less than or equal to two years duration, if the Committing Participants decide to cancel the lease prior to its scheduled termination date, they would be liable for the charges applicable to that lease for its full term inclusive of the amounts already received by the Company. For leases of greater than two years duration, if the Committing Participants decide to cancel the lease prior to its scheduled termination date, they would be liable for the charges applicable for two full years, inclusive of the amounts already received by the Company, plus an additional charge of 25 percent of the Space Segment charges for the balance of the scheduled lease period.

4.6    Special Terms and Conditions for APR-2 Leases.

The terms and condition of this Part II – A – Section 4.6 apply to lease services for capacity on INTELSAT's APR-2 satellite ("APR-2 Capacity") at 110.5°E, also referred to as SINOSAT-1 ("APR-2 Leases"). Except as set forth below, the terms and conditions set forth in Part I and this Part II – A will apply to APR-2 Leases.

(a)    Leases.

   (i)    Capacity Increments: Requests for APR-2 Capacity must be for increments of 9 MHz; provided that multiple requests for other increments may be made if all such requests made at the same time are for a total increment that is divisible by 9 MHz (i.e., request for leases of 12 MHz and 6 MHz each of capacity).

   (ii)    Lease Duration: The term of any APR-2 Lease must be no less than six (6) months and no more than five (5) years, and must be in a monthly increment.

   (iii)    Amendments: No amendments to APR-2 Leases may be made that reduce the capacity increment or the lease duration.

(b)    No Transfer.

   (i)    Services provided other than pursuant to an APR-2 Lease may not be transferred to an APR-2 Lease.

   (ii)    Services pursuant to an APR-2 Lease may be transferred to other Satellites as permitted by the Company on a case-by-case basis. The Company will not permit such transfer to occur unless (1) another customer has requested to use such capacity or (2) the Company's right to continue providing service on the applicable transponder is expected to terminate shortly after such request was made, and the Company otherwise agrees with the terms of such transfer.

(c)    Reservations.

   (i)    All requests for reservations for APR-2 Leases must be for GRs and must otherwise comply with Part II – A – Section 5 hereof.

   (ii)    The Company will not offer FRRs for APR-2 Capacity.

    (d)    <u>Continuity</u>.

The Company does not guarantee continuity of service for APR-2 Leases.

## 5.    LEASE RESERVATION POLICY

5.1    <u>Applicability</u>.

The Customer acknowledges and agrees that this Agreement and the lease reservation policy set forth in this Part II – A – Section 5 does not create any right of the Customer to order services from the Company, except such right as may be expressly set forth in these Terms and Conditions. The lease reservation policy set forth in this Part II – A – Section 5 is intended to define the terms and conditions of GRs and FRRs, if any, included among Customer's Novated Contracts.

The following lease reservation policy applies only to lease reservations approved on or after December 6, 1999. This lease reservation policy does not apply to services offered on a carrier, channel or bit rate basis.

5.2    <u>Definitions</u>.

    (a)    "Operational Capacity" shall mean (i) capacity that is currently operational at a specific orbital location; and (ii) capacity (either procured or not yet procured) which will replace an existing satellite at a specific orbital location and which has the same or similar characteristics as the capacity it is replacing. Operational Capacity would not include replacement capacity at a specific orbital location which offers technical characteristics significantly different from those previously available at that location (e.g., transponders in new frequency bands, premium capacity with higher power, different beam coverage capabilities, new transponder connectivities, new or enhanced transponder and/or beam switching or steerability, etc.).

    (b)    "Non-operational Capacity" shall mean either: (i) capacity on a satellite at a new orbital location or (ii) capacity on a future satellite at an existing orbital location which offers technical characteristics significantly different from those previously available at that location, as determined by the Company.

5.3    <u>Guaranteed Reservations and First Rights of Refusal</u>

    (a)    <u>Guaranteed Reservations (GRs) for Operational Capacity</u>.

        (i)    <u>Start Date</u>: Except as provided for below, each request for reservation must specify a fixed start date for the initiation

of service not to exceed six (6) months from the date of the reservation request acceptance by the Company if the duration of the lease is less than three (3) years and not to exceed one year if the duration of the lease is three (3) years or more. In situations where multi-transponder packages are received in which one or more leases have a lead time which exceeds the periods stated above, the Company shall have discretion to waive the GR lead time rules on a case-by-case basis. Multi-transponder packages may either be on the same satellite or apply to transponders on various satellites.

(ii)  <u>Payment</u>: Except as provided for below, upon reservation approval, the Customer(s) shall assume full responsibility for the payment of all lease charges for the full term of the lease, whether or not service has commenced, or for payment of applicable early termination charges for the given lease.

(iii)  <u>Reservation Fee</u>: No reservation fee is required from the Customer for GRs.

(iv)  <u>Collateral Requirements</u>: In order to enable a GR to be approved, a Customer which has not achieved full creditworthiness status, as determined by the Company, is required to make the following payments:

(A)  <u>Services Yielding Annual Revenue in Excess of $200,000</u>

(1)  payment, in cash, of an initial deposit of $50,000 at the time the GR request is submitted; and

(2)  payment of the remaining collateral/ reservation fee required by the Company (normally, a value of nine (9) months' worth of service) six (6) months prior to the start of service.

(B)  <u>Services Yielding Annual Revenue of Up to $200,000</u>

(1)  payment, in cash, of 25 percent of the annual revenue value of the service at the time the GR is submitted; and

(2)    payment of an additional 50 percent (i.e., a total of 75 percent) of the annual revenue value no later than six (6) months prior to the start of service.

In either of the above cases, when the Customer pays the initial deposit, the GR can be accepted on a conditional basis. The effect of this would be to block the capacity for that Customer.

Should the Customer, having paid the initial deposit, subsequently default on its obligation to pay the balance of the collateral by the predetermined due date, the GR would be voided and the Company, at its discretion, may:

(A)    keep any initial deposit it had received;

(C)    be immediately released from any obligation to the defaulting Customer so that efforts to find another customer for this capacity could commence immediately; and

(D)    pursue collection from the original Customer for the full value of the lease. Should an alternative customer be found for the capacity, the obligation of the original, defaulting Customer may be reduced.

(v)    <u>Preemption/Priority</u>: In all matters related to preemption, and in all matters related to priority and precedence discussed below, approved GRs shall be treated on an identical basis as capacity in operation.

(vi)    <u>Subsequent Request for Capacity</u>: Space segment allotments approved under this alternative are reserved for the requesting Customer(s), and no subsequent request(s) for the reserved capacity may be considered.

(b)    <u>First Refusal Reservations (FRRs) For Operational Capacity</u>.

(i)    <u>Start Date</u>: Except as provided for below, each request for reservation must specify a fixed start date for the initiation of service not to exceed six (6) months from the date of the reservation request acceptance by the Company.

(ii)    <u>FRR Fee</u>: Except as provided for below, a FRR fee is required for each FRR.

(A)    For FRRs submitted with a start of service date no more than three (3) months in the future, the FRR fee is equal to 2.5 percent of the associated annual lease charges. The minimum FRR fee is $12,500. The FRR fee is refundable if the FRR is upgraded to a GR or an operational service prior to the scheduled start of service date.

(B)    For FRRs submitted with a start of service date more than three (3) months but not more than six (6) months in the future, the FRR fee is equal to 5 percent of the associated annual lease charges. The minimum FRR fee is $25,000. The fee is refundable if the FRR is upgraded to a GR or an operational service prior to the scheduled start of service date.

(iii)    Fee Forfeiture: Except as provided for below, the FRR fee described above will be applied toward the lease charges if and when service begins unless otherwise directed by the requesting Customer(s). Except as otherwise provided for herein, should the Customer(s) holding the FRR fail to either implement service or enter into a GR on or before the approved start date, the reservation fee will be forfeited. Such conversion to a GR must be in conformance with the provisions set forth in Part II – A – Section 5.4(d) below.

(iv)    Upgrade to GR: In cases where an FRR is upgraded to a GR, the Customer may submit a scheduled start date that is up to six (6) months following the date the GR upgrade request is submitted if the duration of the lease is less than three (3) years. If the lease duration is at least three (3) years, the Customer may submit a scheduled start date that is up to one (1) year following the date the GR upgrade request is submitted. Services provided under any such lease shall be charged service rates in accordance with the Novated Service Rate Schedule.

(v)    FRR Challenge: Upon receipt by the Company of a GR application from another customer, or from another set of customers, for the reserved capacity, and subject to it being established that the new service proposed in the GR application cannot satisfactorily be accommodated by another means, the Company will notify the Customer(s) currently holding the FRR that such Customer(s) will have thirty (30) days to exercise one of the following options:

(A)    enter into a GR, in compliance with the provisions of Part II – A – Section 5.3(a) above, that is of equal or greater financial benefit to the Company than that offered by the other customer(s). In calculating the relative financial benefit to the Company of conflicting reservations, the net present value of the total lease revenues expected during the respective lease terms, taking into consideration lease termination options and liabilities, will be the determining factor;

(B)    request that their FRR be transferred to alternative available capacity; or

(C)    relinquish their FRR and receive a refund of the FRR fee.

(vi)    In the event that either option in Part II – A – Section 5.3(b)(v)(B) or the option in Part II – A – Section 5.3(b)(v)(C) above is selected or no option is selected within the thirty (30) day period, the GR requested by the GR applicant referred to in Part II – A – Section 5.3(b)(v) will automatically become effective. In the event no option is selected by the FRR holder in the thirty (30) day period, it is automatically assumed that option in Part II – A – Section 5.3(b)(v)(C) has been chosen.

(vii)    Neither a single customer nor a group of customers holding a FRR may initiate a challenge to that reservation by applying for a GR against any portion of the capacity held under the FRR in question, although they may upgrade to a GR commencing within six (6) months if the GR is less than three (3) years in duration, or commencing within one (1) year if the lease is three (3) years or longer in duration.

5.4    General Provisions.

The following general provisions shall apply to GRs and FRRs on both Operational and Non-operational Capacity:

(a)    Effective Date: The effective date of a reservation relating to a proposed preemptible or non-preemptible lease service shall be the date on which the corresponding reservation request is complete, as determined by the Company, even though the Company may not be in a position to accept or approve such request until some time later. In this regard, however, the following should be noted:

Both FRR and GR requests shall be approved by the Company subject to a determination that the requisite Satellite Capacities are projected to be available.

(b)  Lease Parameters:  An approved reservation shall be defined by the following six basic lease parameters that must be specified in the original reservation request:  (1) the start date, (2) the duration of the lease, (3) the amount of capacity leased, (4) the type of capacity leased (e.g., hemi, global), (5) the preemptibility status of the lease, and (6) whether the lease is subject to standard or premium rates.

(c)  Amendments:  Amendments to either type of reservation will be accepted without penalty by the Company, provided that (a) provisions set forth in Part II – A – Section 2.6 relating to amendments are complied with, (b) the amendments do not alter any of the lease parameters specified in Part II – A – Section 5.4(b) above in a manner that diminishes the overall anticipated financial benefit to the Company, and (c) the start of service date is not delayed, except when a FRR is upgraded to a GR.

(d)  Conversions:  Conversion of a FRR to a GR will be accepted without penalty by the Company, provided that, with the exception of start date, the lease parameters specified in Part II – A – Section 5.4(b) above are not altered in a manner that diminishes the anticipated financial benefit to the Company, and provided that the conditions of Part II – A – Section 5.3(a) and (b) for Operational Capacity and Part II – A – Section 5.5(c) for Non-operational Capacity (e.g. start date restrictions) are satisfied.  The only exception which will be permitted is when the FRR is under challenge by a GR, as outlined in Part II – A – Section 5.3(b)(v)(A) above.

(e)  Liabilities:  If for any reason forfeit or termination liability become payable by  the Customer(s) under the terms set forth herein, all customers participating in the reservation will be held jointly responsible for such forfeit or termination liability.  Absent prior notification from the involved customers, liability will be allocated 50 percent to the customer at the transmit end of the proposed lease and 50 percent to the customer at the receive end.

(f)  Service Continuity:

(i)  All in-service long-term leases will be considered to be under an "automatic" FRR by the current lease Participants, such leases being deemed to be subject to an FRR to extend such lease without the need for those lease Participants to

make application to, or place a reservation fee on deposit with, the Company. The lease parameters for such automatic FRRs are as follows: (A) the size and type of allotment associated with the renewed lease will be identical to those of the existing lease; (B) commencement of the renewed lease will coincide with the expiration of the existing service; and (C) the term of the renewed lease will be the same as that of the existing lease. Should the lease Participants desire any exception(s) to these parameters, they must submit their reservation request(s) in accordance with Part II – A – Section 5.3 (a) or (b) above. If one or more of the lease Participants decides not to renew the lease, the automatic FRR would still be retained by the other lease Participants (s).

(ii)     Lease Participants at any time may convert their automatic FRRs for lease renewal to GR status provided that the assumed lease parameters set forth in clauses (A) and (B) of paragraph (i) above are not changed.

(iii)    In the case of an in–service long-term lease which has not yet been renewed on a GR basis, the relevant leaseholder(s) will be notified by the Company, no less than nine (9) months prior to the expiration date of the lease, that the automatic FRR would become subject to challenge by other potential customers on a date exactly six (6) months before the lease expiration date, in accordance with Part II – Section 5.3 (b)(v) above.

5.5     Special Provisions.

Services requiring special treatment under the foregoing provisions are addressed below:

(a)     Short-term Leases:  The reservation of capacity for short-term leases having an allotment period of at least one week but less than one year can be accomplished only on a GR basis, and will be confirmed no more than six (6) months in advance of the start date. Reservations for short-term leases of at least one day but less than one week will be confirmed no more than sixty (60) days in advance of the start date; provided that the short-term lease services, which are required for World Cup and Olympic Events, will be accepted up to two (2) years prior to the planned commencement of service.  In addition, in instances where INTELSAT or the Company has already approved a GR for a short-term or long-term lease, subsequent requests for short-term leases of less than one week for such capacity will be confirmed

for up to six (6) months prior to the scheduled start date of the short-term lease, provided the service terminates prior to the scheduled start date of the GR, and subject to capacity availability. Short-term leases of at least one week in duration may be delayed one time for a period of up to one month. The start date for leases of less than one week may be delayed one time for a period of one day.

(b)  Steerable Spot Beams:  The Company will have the flexibility to establish beam pointing for steerable spot beams based on indicated demand and revenue potential.  Once the transfer of a GR or an operational lease to a spot beam has been approved by the Company, the pointing of that particular spot beam will have been established.  Any potential adjustment to the beam pointing after that point in time which affects the performance of these services would only be considered following consultation and agreement of the affected users.

(c)  Non-operational Capacity: Subject to the definition for Non-operational Capacity, GRs and FRRs for Non-operational Capacity shall be accomplished in accordance with the procedures set forth in Part II – A – Section 5.3(a) and 5.3(b) respectively, as well as the provisions in Part II – A – Section 5.4, except that:

(i)  Non-operational Capacity – Not Procured:  GRs and FRRs on Non-operational Capacity in which the satellite has not yet been procured by the Company may be accepted up to three (3) years in advance of the planned date for capacity availability in accordance with the nominal satellite deployment plan in effect at the time of the reservation. GRs and FRRs on Non-operational Capacity, made with a lead time longer than the lead time allowed for Operational Capacity, must commence upon the date of expected capacity availability.  In addition, the GRs and FRRs must be for an amount of bandwidth and duration of service, that when combined are not less than 90 MHz-years (i.e., 36 MHz for three years exceeds 90 MHz).  Honoring such reservations will be conditional on the Company's decisions on the procurement of new capacity and placing it at a suitable location.  Capacity offered at locations not agreed for procurement action in the two–failure deployment plan may not materialize in the event of launch failures, and thus, will be dealt with as Non-operational capacity.

If the Company decides against procuring capacity, or has not made a decision to procure and deploy a satellite with technical characteristics which meet the requirements of the

reservation at the location in question within two (2) years of the originally planned deployment date, the reservation holder will have the option to terminate the reservation without penalty. In the case of FRRs with a lead time of three (3) years or less, the fee would be refunded along with accrued interest at the six (6)-month London Inter-Bank Offered Rate (LIBOR). In the case of FRRs with a lead time of more than three (3) years but not more than five (5) years, the fee would be refunded along with accrued interest equal to $5,000 per year per 36 MHz or fraction thereof.

(ii)    <u>Reservation Fees</u>:  Special reservation fees apply to Non-operational Capacity as set forth below:

    (A)    <u>Lead time of 6 months or less</u>:

| | |
|---|---|
| 0.1–9 MHz: | $12,500 |
| 9.1–36 MHz: | $25,000 |
| 36.1–72 MHz: | $50,000 |

    (B)    <u>Lead time of more than 6 months, but not more than 5 years</u>:

| | |
|---|---|
| 0.1–9 MHz: | $ 50,000 |
| 9.1–36 MHz: | $100,000 |
| 36.1–72 MHz: | $200,000 |

(iii)    No Customer holding a FRR may initiate a challenge to that reservation by applying for a GR against any portion of the capacity held under the FRR in question, although they may upgrade to a GR within one year of the new proposed start date, in accordance with Part II – A – Section 5.3.

(iv)    <u>Non-Operational Capacity - Procured</u>:  FRR upgrades to GRs on Non-operational Capacity which have already been procured will be accepted up to 3 years in advance. When such upgrades are GRs and FRRs for Non-operational Capacity, made with a lead time longer than the lead time allowed for Operational Capacity, GRs must commence upon the date of expected capacity availability. In addition, the GRs must be for an amount of bandwidth and duration of service, that when combined are not less than 90 MHz-years (i.e., 36 MHz for 3 years exceeds 90 MHz).

(v)    <u>Interest on Fees</u>:  For FRRs placed on Non-operational capacity with a lead time of more than three (3) years but not more than five (5) years, the FRR fee, as specified in

Part II – A – Section 5.5(c)(i), will accrue interest equal to $5,000 per year. When the FRR is upgraded to a GR, the Customer will have the option of one of the following: (a) reimbursement of the reservation fee as well as interest accrued up to that point; (b) have the reservation fee as well as interest accrued up to that point applied to other service billings; or (c) continue to have the reservation fee accrue interest at $5,000 per year until the start date of the lease, at which point the reservation fee and accrued interest will be applied to future service billings. If a FRR is canceled by the Customer, the reservation fee will be forfeited and no interest will be paid.

(vi)  Capacity of less than 90 MHz-years: GRs for capacity of less than 90 MHz-years may be approved by the Company up to six (6) months or one year prior to the date of expected capacity availability depending on the lease duration, as set forth in Part II – A – Section 5.3(a) above.

FRRs for capacity of less than 90 MHz-years may be approved by the Company up to six (6) months prior to the date of expected capacity availability, as set forth in Part II – A – Section 5.3(b) above.

(vii)  Notice: The Company shall provide prior notification to all Customers of the earliest date for which reservation requests for Non-operational Capacity will be accepted. In addition, for the purpose of taking into account misdirected message transmissions, as well as logistical difficulties posed by civic and religious observances, the Company may, at its discretion, treat requests received within 72 hours after the earliest acceptance date as if they were actually received on that date. The Company shall keep all Customers advised of revisions to the date of expected capacity availability.

(d)  Delayed Availability: In the event of a delay in the projected availability date of either Operational or Non-operational Capacity, which may result in the delayed implementation of a lease service by more than six (6) months, the reserving Customer(s) shall have the right to cancel the reservation in question within 45 days of the Company's delivery of notice of such delay. Failure by the reserving Customer(s) to inform the Company of such cancellation within the allotted 45-day period shall be construed as agreement by the reserving Customer(s) to the revised start date. Reservation fees associated with an approved FRR that has been canceled under this provision shall be promptly refunded. Such refund of

the reservation fee for FRRs with a lead time of up to three (3) years will include accrued interest at the six (6)-month London Inter-Bank Offered Rate (LIBOR) effective on the original date of receipt and calculated from the original date of receipt of the reservation fee through the date of refund. For FRRs with a lead time of more than three (3) years but not more than five (5) years, refunds of the reservation fee will include accrued interest equal to $5,000 per year per 36 MHz or fraction thereof from the original date of receipt of the reservation fee through the date of refund.

(e)   FRRs for Leases of 9 MHz or Less: The following set of procedures are applied to approved FRRs for leases of 9 MHz or less:

(i)    activation of any portion of the capacity (in 100 kHz increments) is permitted at any time between the acceptance of the FRR by the Company and the approved start date unless it is not available due to other commitments. Segments of reserved capacity which are not activated during this interim period would still be subject to challenge in accordance with Part III – A – Section 5.3(b)(v) above. If the entirety of the originally-reserved capacity is not activated or converted into a GR by the approved start date, the Customer(s) would forfeit the reservation fee;

(ii)   between the time of acceptance of the FRR by the Company and the approved start date, the activated portion of capacity may be increased, up to the total amount of capacity stipulated in the FRR. Any increase in capacity beyond the original allotment would require an additional reservation;

(iii)  between the time of acceptance of the FRR by the Company and the approved start date, the Customer(s) will be billed for the activated portion of capacity in accordance with the Novated Service Rate Schedule; and

(iv)   the reservation fee will not be credited to the Customer(s) between the time of acceptance of the FRR by the Company and the approved start date unless the entire capacity requested in the FRR has been activated.

5.6    Reservations in Queue.

The following provisions shall apply to the maintenance of GRs and FRRs requests already in queue on any capacity (i.e., Operational and Non-operational, procured and not yet procured) as of the Closing Date:

(a)    Queuing Process: Upon receipt by the Company of a reservation request which cannot be promptly acted upon because the requisite capacity is already being held under an operational service, the Company shall offer to the requesting Customer(s), subject to receipt of a queuing fee, the option of having the request placed in queue for possible later approval. GRs placed in queue for leases with durations of less than three (3) years will be accepted no more than six (6) months prior to the scheduled start of service date. GRs placed in queue for leases of at least three (3) years will be accepted no more than one (1) year prior to the start of service date. The reservation fee for GRs in queue will be the same as for FRRs except GRs made between six (6) months and one year in advance would have the same fee as FRRs made six (6) months in advance. For existing GRs in queue, the fee is refundable if (a) capacity is not available by the scheduled start of service date; or (b) capacity becomes available and the GR in queue is upgraded to GR status or an operational service prior to the scheduled start of service date.

FRRs placed in queue will be accepted no more than six (6) months prior to the scheduled start of service date. The fee schedule for FRRs in queue is the same as for FRRs. The fee for an FRR queued reservation is refundable if (a) capacity is not available by the scheduled start of service date; or (b) capacity becomes available and is upgraded to a GR or an operational service prior to the scheduled start of service date.

(b)    Distinctions: Consistent with the provisions of Part II – A – Section 5.3(a) and Part II – A – Section 5.3(b) above, a GR request held in queue has the potential for posing a challenge to an existing FRR, whereas a FRR request held in queue cannot pose such a challenge. Further, if suitable capacity becomes available, a GR request standing first in queue for a specific capacity shall be immediately approved.

(c)    Precedence: Requests shall be placed in queue in the order that the queuing option mentioned in Part II – A – Section 5.6(a) above is exercised, and earlier placement in queue determines higher precedence. Two or more requests in queue against an existing FRR are not precluded. However, consistent with the provisions of Part II – A – Section 5.6(a) above, queued requests with lower

precedence will not be allotted capacity that could meet the needs of queued requests with higher precedence until the challenges involving such higher–precedence requests have been resolved.

(d)    <u>Amendments and Conversions</u>:  Amendments to requests, or their conversion from FRR to GR status, will be permitted without loss of precedence provided that (a) the lease parameters specified in Part II – A – Section 5.4(b) above are not altered in a manner that diminishes the overall anticipated financial benefit to the Company, and (b) the start of service date is not delayed, except when a FRR is upgraded to a GR.  Otherwise, amendments or conversions will result in the request being placed at the end of the queue.  If an amendment or conversion results in an increase in the requested bandwidth, it may be subject to payment of an additional queuing fee as provided for in Part II – A – Section 5.6(a) above.

(e)    <u>Fee Disposition</u>:  When a queued FRR request is approved, the associated queuing fee will become the applicable reservation fee referred to in Part II – A – Section 5.3(b)(ii) above.  When a queued GR request is approved, the fee will be credited against the space segment charge liabilities assumed by the requesting Customer(s) unless otherwise directed by the requesting Customer(s).

(f)    <u>Withdrawals</u>:  The requesting Customer(s) may withdraw a request from queue at any time with the consequent forfeiture of the queuing fee held on deposit by the Company.  However, if the Company is unable to accommodate the request prior to the specified service commencement date, the request will be removed from queue and the queuing fee refunded to the requesting Customer(s), except that the Company will allow such a request to remain in queue without loss of precedence should the requesting Customer(s), when notified of this circumstance, specify a later commencement date.

(g)    <u>Unavailability of Non–Procured Capacity</u>:  If a reservation is already in queue for Non-operational Capacity which has not yet been procured, and subsequently if the Company decides against such procurement, or if the Company has not made a decision to procure and deploy a satellite with technical characteristics which meet the requirements of the reservation at the location in question within two (2) years of the originally planned deployment date, the reservation holder will have the option to withdraw the reservation from the queue and the queuing fee will be refunded.  For reservations of three (3) years or less, such refund will include accrued interest at the six (6)-month London Inter-Bank Offered Rate (LIBOR) effective on the original date of receipt and

calculated from the original date of receipt of the queuing fee through the date of refund. For FRRs with a lead time of more than three (3) years but not more than five (5) years, such refund will include accrued interest equal to $5,000 per year per 36 MHz or fraction thereof from the original date of receipt of the queuing fee through the date of refund.

(h)     Notices: The Company shall provide immediate notice to the affected requesting Customer(s) when the precedence ranking of a request in queue is changed (e.g., the withdrawal of a request having higher precedence).

6.      **LEASE RESERVATION POLICY FOR RESERVATIONS APPROVED ON OR BEFORE DECEMBER 6, 1999**

6.1     Applicability.

The following lease reservation policy elements apply only to Novated Contracts approved on or before December 6, 1999. Unless otherwise provided for below, the lease reservation elements of all such Novated Contracts shall be in accordance with the Lease Reservation Policy set forth in Part II – A – Section 5.

6.2     New Guaranteed Reservations for Operational Capacity.

(a)     Except as provided for in Part II – A – Section 5.5(c), each request for reservation must specify a fixed start date for the initiation of service not to exceed one year from the date of reservation request acceptance by the Company.

6.3     First Refusal Reservations For Operational Capacity.

Except as provided for in Part II – A – Section 5.5(c):

(a)     Each request for reservation must specify a fixed start date for the initiation of service not to exceed 3 years from the date of the reservation request acceptance by the Company.

(b)     A first refusal reservation fee is required for each first refusal reservation. The amount of fee payable for operational capacity is given below:

(i)     Lead time of 6 months or less:

| | |
|---|---|
| 0.1–9 MHz | $ 12,500 |
| 9.1–36 MHz | $ 25,000 |
| 36.1–72 MHz | $ 50,000 |

(ii)  Lead time of more than 6 months, but not more than 2 years:

|  |  |
|---|---|
| 0.1–9 MHz: | $  50,000 |
| 9.1–36 MHz: | $100,000 |
| 36.1–72 MHz: | $200,000 |

(iii)  Lead time of more than 2 years, but not more than 3 years:

|  |  |
|---|---|
| 0.1–9 MHz: | $  75,000 |
| 9.1–36 MHz: | $150,000 |
| 36.1–72 MHz: | $300,000 |

(c)  No Customer holding a FRR may initiate a challenge to that reservation by applying for a GR against any portion of the capacity held under the FRR in question, although they may upgrade to a GR within one year of the new proposed start date, in accordance with Part II – A – Section 5.3.

(d)  The following provisions shall apply to the placement and maintenance of GR and FRR requests in queue on any capacity (i.e., Operational and Non-operational, procured and not yet procured):

(iv)  Eligibility:  Upon receipt by the Company of a reservation request that cannot be acted upon promptly, a GR or a FRR, the Company shall offer to the requesting Customer, subject to receipt of a queuing fee, the option of having the request placed in queue for possible later approval.  GRs may be placed in queue up to 3 years in advance and FRRs may be placed into the queue up to 5 years in advance of the requested start date.  The start of service date for reservations in queue for Non-operational capacity does not have to be the same as the satellite's date of service availability and does not have to meet the 90 MHz years requirement.  The amount of fee payable for GRs and FRRs of up to 3 years shall be equal to that specified in Part II – A – Section 5.3(b)(ii) above.  For FRRs with a lead time of more than 3 years but not more than five years, the reservation fee is equal to that specified in Part II – A – Section 5.5(c)(ii).  The fees for FRRs made with a lead time of more than three years will accrue interest in accordance with Section Part II – A – 5.5(c)(v).

## 7.    LEASE SERVICE RATES

### SHORT-TERM NON-PREEMPTIBLE TRANSPONDER LEASE TARIFFS ON NON-CONNECTIVITY STANDARD CAPACITY (US$ THOUSANDS)[1]

| STANDARD TRANSPONDER CAPACITY | | | | | |
|---|---|---|---|---|---|
| Allotment Period | | | | | |
| Downlink Beam | Lease Unit (MHz) | Charge Per Allotment Period | | | |
| | | 1 Day | 1 Week | 1 Month | 3 Months |
| C-Band Hemi/Zone/Spot[3] | 0.1 | 0.1 | 0.4 | 1.4 | 3.2 |
| | 1 | 0.5 | 3.4 | 11.9 | 26.6 |
| | 5 | 2.4 | 14.7 | 52.2 | 116.0 |
| | 9 | 3.7 | 23.0 | 81.0 | 180.0 |
| | 18 | 7.4 | 46.0 | 164.0 | 364.0 |
| | 24 | 9.1 | 57.0 | 203.0 | 451.0 |
| | 36 | 13.1 | 82.0 | 292.0 | 649.0 |
| | 72[4] | 21.9 | 137.0 | 488.0 | 1084.0 |
| C-Band Global | 0.1 | 0.1 | 0.6 | 2.2 | 4.7 |
| | 1 | 0.9 | 5.4 | 18.8 | 43.1 |
| | 5 | 3.8 | 23.5 | 82.2 | 189.0 |
| | 9 | 5.8 | 36.0 | 128.0 | 293.0 |
| | 18 | 11.8 | 74.0 | 258.0 | 591.0 |
| | 24 | 14.6 | 91.0 | 319.0 | 733.0 |
| | 36[5] | 21.0 | 131.0 | 460.0 | 1054.0 |
| | 72[4] | 35.0 | 219.0 | 768.0 | 1761.0 |
| Ku-Band Spot[6] | 0.1 | 0.1 | 0.4 | 1.4 | 3.2 |
| | 1 | 0.5 | 3.4 | 12.1 | 27.0 |
| | 5 | 2.4 | 14.9 | 53.0 | 118.0 |
| | 9 | 3.7 | 23.0 | 82.0 | 183.0 |
| | 18 | 7.5 | 47.0 | 166.0 | 370.0 |
| | 24 | 9.3 | 58.0 | 206.0 | 458.0 |
| | 36 | 13.3 | 83.0 | 296.0 | 659.0 |
| | 72[7] | 22.2 | 139.0 | 495.0 | 1101.0 |
| | 112[8] | 22.2 | 139.0 | 495.0 | 1101.0 |
| | 150[9] | 39.0 | 244.0 | 869.0 | 1931.0 |

## LONG TERM NON-PREEMPTIBLE TRANSPONDER LEASE TARIFFS
## ON NON-CONNECTIVITY STANDARD CAPACITY (US$ THOUSANDS)[1]

| Downlink Beam | Lease Unit (MHz) | Charge Per Year[2] | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 Year | 2 Years | 3 Years | 5 Years | 7 Years | 10 Years | 15 Years |
| C-Band Hemi/Zone/Spot[3] | 0.1 | 7.8 | 7.4 | 7.2 | 6.9 | 6.5 | 5.8 | 5.1 |
| | 1 | 66.7 | 63.4 | 61.0 | 58.6 | 54.9 | 49.3 | 43.4 |
| | 5 | 315.1 | 299.3 | 278.7 | 258.0 | 246.6 | 229.6 | 201.6 |
| | 9 | 510.0 | 485.0 | 445.0 | 410.0 | 380.0 | 340.0 | 300.0 |
| | 18 | 980.0 | 930.0 | 855.0 | 780.0 | 730.0 | 650.0 | 575.0 |
| | 24 | 1265.0 | 1200.0 | 1105.0 | 1015.0 | 945.0 | 845.0 | 745.0 |
| | 36 | 1780.0 | 1690.0 | 1565.0 | 1440.0 | 1345.0 | 1200.0 | 1050.0 |
| | 72[4] | 2860.0 | 2715.0 | 2545.0 | 2375.0 | 2220.0 | 1985.0 | 1705.0 |
| C-Band Global | 0.1 | 9.3 | 8.8 | 8.5 | 8.1 | 7.7 | 7.0 | 6.1 |
| | 1 | 93.1 | 87.5 | 94.7 | 80.8 | 76.4 | 69.8 | 60.7 |
| | 5 | 460.0 | 437.0 | 418.7 | 400.3 | 378.2 | 345.1 | 300.1 |
| | 9 | 805.0 | 765.0 | 735. | 705.0 | 66.0 | 605.0 | 525.0 |
| | 18 | 1540.0 | 1465.0 | 1405.0 | 1350.0 | 1270.0 | 1155.0 | 1005.0 |
| | 24 | 1990.0 | 1890.0 | 1815.0 | 1745.0 | 1645.0 | 1495.0 | 1300.0 |
| | 36[5] | 2800.0 | 2660.0 | 2555.0 | 2455.0 | 2315.0 | 2110.0 | 1825.0 |
| | 72[4] | 4505.0 | 4280.0 | 4110.0 | 3945.0 | 3715.0 | 3370.0 | 2930.0 |
| Ku-Band Spot[6] | 0.1 | 7.8 | 7.4 | 7.2 | 6.9 | 6.5 | 5.8 | 5.1 |
| | 1 | 66.7 | 63.4 | 61.0 | 58.6 | 54.9 | 49.3 | 43.4 |
| | 5 | 330.1 | 313.6 | 301.8 | 290.1 | 272.1 | 245.2 | 215.2 |
| | 9 | 580.0 | 550.0 | 530.0 | 510.0 | 480.0 | 435.0 | 380.0 |
| | 18 | 1110.0 | 1055.0 | 1010.0 | 970.0 | 915.0 | 830.0 | 725.0 |
| | 24 | 1435.0 | 1365.0 | 1310.0 | 1255.0 | 1185.0 | 1075.0 | 935.0 |
| | 36 | 2020.0 | 1920.0 | 1845.0 | 1665.0 | 1665.0 | 1510.0 | 1315.0 |
| | 72[7] | 3240.0 | 3080.0 | 2960.0 | 2840.0 | 2675.0 | 2425.0 | 2110.0 |
| | 112[8] | 3240.0 | 3080.0 | 2960.0 | 2840.0 | 2675.0 | 2425.0 | 2110.0 |
| | 150[9] | 5700.0 | 5415.0 | 5205.0 | 5000.0 | 4700.0 | 4250.0 | 3700.0 |

*Table header rows: STANDARD TRANSPONDER CAPACITY / Allotment Period*

NOTES:

(1)    Intermediate lease periods between 1 day and 15 years are available as are intermediate allotment sizes from 0.1 to 72 MHz. Charges for intermediate terms are based on the applicable tariff for the next shorter service increment (e.g., a 4-year lease has the same annual charge as a 3-year lease). Intermediate sizes are based on the applicable charge for the next smaller size (e.g., a 26 MHz lease is charged 26/24 multiplied by the 24 MHz rate). Currently non-connectivity capacity is considered to be all hemi/zone capacity (except at 60°E, 174°E and 335.5°E); C-band spot capacity; and all Ku-band spot capacity (except at 174°E, 307°E and 335.5°E). Connectivity and non-connectivity status is subject to review by the Company in determining the current and future total service needs of the system, and capacity may be reclassified as necessary.

(2)    For leases of 5 years or longer, a 15% rate reduction may apply in accordance with Part II – A – Section 3.4.

(3)    Allotments for C-band spot transponder will be made only if such capacity is not required for global beam coverage.

(4)    Service rate applies to 72 MHz physical transponders.

(5)    Service rate applies to 36 MHz and 41 MHz physical transponders. In the case of 41 MHz transponders, 36 MHz of bandwidth is allocated to the customer along with the full power of the transponder.

(6)    Service rate shown for leases of 36 MHz or less apply if capacity is provided within a 72 MHz physical transponder. Within a 241 MHz physical transponder, the corresponding lease units are determined by dividing by 2 (e.g., a 36 MHz lease in a 241 MHz transponder is charged the same rate as an 18 MHz lease within a 72 MHz physical transponder).

(7)    Service rate applies to 72, 77 and 241 MHz physical transponders only. In the case of 77 MHz transponders, 72 MHz is allocated to the customer along with the full power of the transponder.

(8)    Service rate applies to 112 MHz wideband transponders on INTELSAT VII/VIIA standard capacity. In the case of the 112 MHz transponders, 72 MHz is allocated to the customer along with full power of the transponder.

(9)    Service rate applies to 150 MHz physical transponder on INTELSAT VI.

## SHORT-TERM NON-PREEMPTIBLE TRANSPONDER LEASE TARIFFS ON NON-CONNECTIVITY PREMIUM CAPACITY (US$ THOUSANDS)[1]

| PREMIUM TRANSPONDER CAPACITY | | | | | |
|---|---|---|---|---|---|
| Allotment Period | | | | | |
| Downlink Beam | Lease Unit (MHz) | Charge Per Allotment Period | | | |
| | | 1 Day | 1 Week | 1 Month | 3 Months |
| C-Band Hemi/Zone/Spot[3] | 0.1 | 0.1 | 0.6 | 2.1 | 4.7 |
| | 1 | 0.8 | 5.0 | 17.9 | 39.8 |
| | 5 | 3.5 | 22.0 | 78.4 | 174.0 |
| | 9 | 5.4 | 34.0 | 122.0 | 270.0 |
| | 18 | 11.0 | 69.0 | 246.0 | 546.0 |
| | 24 | 13.8 | 86.0 | 304.0 | 676.0 |
| | 36 | 19.7 | 123.0 | 438.0 | 973.0 |
| C-Band Global[4] | 0.1 | 0.2 | 1.0 | 3.3 | 7.1 |
| | 1 | 1.3 | 8.1 | 28.2 | 64.7 |
| | 5 | 5.6 | 35.2 | 123.0 | 283.0 |
| | 9 | 8.8 | 55.0 | 191.0 | 439.0 |
| | 18 | 17.6 | 110.0 | 387.0 | 887.0 |
| | 24 | 21.9 | 137.0 | 479.0 | 1099.0 |
| | 36 | 31.5 | 197.0 | 689.0 | 1581.0 |
| Ku-Band Spot[5] | 0.1 | 0.1 | 0.5 | 1.8 | 4.0 |
| | 1 | 0.7 | 4.3 | 15.2 | 33.7 |
| | 5 | 3.0 | 18.6 | 66.3 | 147.5 |
| | 9 | 4.6 | 28.8 | 102.5 | 228.8 |
| | 18 | 9.3 | 58.7 | 207.5 | 462.5 |
| | 24 | 11.6 | 72.5 | 257.5 | 572.5 |
| | 36 | 16.6 | 103.8 | 370.0 | 823.8 |

## LONG TERM NON-PREEMPTIBLE TRANSPONDER LEASE TARIFFS
## ON NON-CONNECTIVITY PREMIUM CAPACITY (US$ THOUSANDS)[1]

| Downlink Beam | Lease Unit (MHz) | Charge Per Year[2] | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 Year | 2 Years | 3 Years | 5 Years | 7 Years | 10 Years | 15 Years |
| C-Band Hemi/Zone/Spot[3] | 0.1 | 11.7 | 11.1 | 10.8 | 10.4 | 9.7 | 8.7 | 7.7 |
| | 1 | 100.1 | 95.1 | 91.5 | 87.9 | 82.3 | 74.0 | 65.1 |
| | 5 | 472.7 | 449.1 | 418.1 | 387.0 | 370.0 | 344.4 | 302.4 |
| | 9 | 765.0 | 725.0 | 670.0 | 615.0 | 575.0 | 510.0 | 450.0 |
| | 18 | 1470.0 | 1395.0 | 1280.0 | 1170.0 | 1090.0 | 975.0 | 865.0 |
| | 24 | 1900.0 | 1805.0 | 1685.0 | 1525.0 | 1425.0 | 1270.0 | 1120.0 |
| | 36 | 2670.0 | 2535.0 | 2345.0 | 2160.0 | 2015.0 | 1800.0 | 1575.0 |
| C-Band Global[4] | 0.1 | 14.0 | 13.3 | 12.7 | 12.2 | 11.5 | 10.5 | 9.2 |
| | 1 | 139.7 | 132.7 | 127.0 | 121.2 | 114.6 | 104.7 | 91.1 |
| | 5 | 690.0 | 655.5 | 628.0 | 600.5 | 567.4 | 517.7 | 450.2 |
| | 9 | 1210.0 | 1150.0 | 1105.0 | 1060.0 | 1000.0 | 910.0 | 790.0 |
| | 18 | 2310.0 | 2195.0 | 2110.0 | 2025.0 | 1910.0 | 1735.0 | 1510.0 |
| | 24 | 2985.0 | 2835.0 | 2725.0 | 2620.0 | 2470.0 | 2245.0 | 1950.0 |
| | 36 | 4200.0 | 3990.0 | 3835.0 | 3685.0 | 3475.0 | 3165.0 | 2740.0 |
| Ku-Band Spot[5] | 0.1 | 9.8 | 9.3 | 9 | 8.6 | 8.1 | 7.3 | 6.4 |
| | 1 | 83.4 | 79.2 | 76.2 | 73.3 | 68.6 | 61.6 | 54.3 |
| | 5 | 412.6 | 392.0 | 377.3 | 362.6 | 340.2 | 306.5 | 269.0 |
| | 9 | 725.0 | 687.5 | 662.5 | 637.5 | 600.0 | 543.8 | 475.0 |
| | 18 | 1387.5 | 1318.8 | 1262.5 | 1212.5 | 1143.8 | 1037.5 | 906.3 |
| | 24 | 1793.8 | 1706.3 | 1637.5 | 1568.8 | 1481.3 | 1343.8 | 1168.8 |
| | 36 | 2525.0 | 2400.0 | 2306.3 | 2212.5 | 2081.3 | 1887.5 | 1643.8 |

Table spanning headers: PREMIUM TRANSPONDER CAPACITY / Allotment Period

NOTES:

(1)    Intermediate lease periods between 1 day and 15 years are available as are intermediate allotment sizes from 0.1 to 72 MHz. Charges for intermediate terms are based on the applicable tariff for the next shorter service increment (e.g., a 4-year lease has the same annual charge as a 3-year lease). Intermediate sizes are based on the applicable charge for the next smaller size (e.g., a 26 MHz lease is charged 26/24 multiplied by the 24 MHz rate). Currently non-connectivity capacity is considered to be all hemi/zone capacity (except at 60°E, 174°E and 335.5°E); C-band spot capacity; and all Ku-band spot capacity (except at 174°E, 307°E and 335.5°E). Connectivity and non-connectivity status is subject to review by the Company in determining the current and future total service needs of the system, and capacity may be reclassified as necessary.

(2)    For leases of 5 years or longer, a 15% rate reduction may apply in accordance with Part II – A – Section 3.4.

(3)    Service rate applies to high power C-band spot transponders and 36 MHz physical hemi/zone transponders on INTELSAT VII, VII-A, VIII, VIII-A and IX satellites. Allotments for C-band spot transponders will be made only if such capacity is not required for global beam coverage.

(4)    Service rate applies to high-power C-band global transponders (including 41 MHz transponders) on INTELSAT VII and VII-A, as well as all global transponders on INTELSAT VIII and IX satellites. In the case of 41 MHz transponders, 36 MHz of bandwidth is allocated to the customer along with the full power of the transponder.

(5)    Service rates apply to the physical 36 MHz Ku-band transponders on INTELSAT IX satellites.

## SHORT-TERM PREEMPTIBLE TRANSPONDER LEASE
## TARIFFS ON STANDARD CAPACITY
## (U.S. $ THOUSANDS)[1]

| Downlink Beam | Lease Unit (MHz) | Charge for Short-Term Allotments | | | | |
|---|---|---|---|---|---|---|
| | | 1 Day | 1 Week | 1 Month | 3 Months | 6 Months |
| C-Band Hemi/Spot[2] | 0.1 | 0.1 | 0.4 | 1.2 | 2.3 | 3.7 |
| | 1 | 0.5 | 3.1 | 10.2 | 19.1 | 31.2 |
| | 5 | 2.2 | 13.5 | 45.0 | 84.2 | 139.0 |
| | 9 | 3.4 | 21.0 | 70.0 | 130.0 | 220.0 |
| | 18 | 6.6 | 41.0 | 135.0 | 255.0 | 425.0 |
| | 24 | 8.5 | 53.0 | 175.0 | 330.0 | 550.0 |
| | 36 | 12.0 | 75.0 | 250.0 | 470.0 | 775.0 |
| | 72 | 20.0 | 125.0 | 415.0 | 775.0 | 1275.0 |
| C-Band Zone | 0.1 | 0.1 | 0.3 | 1.1 | 2.1 | 3.3 |
| | 1 | 0.5 | 2.9 | 9.4 | 17.5 | 28.5 |
| | 5 | 2.0 | 12.6 | 41.1 | 76.9 | 127.0 |
| | 9 | 3.2 | 20.0 | 65.0 | 120.0 | 200.0 |
| | 18 | 6.1 | 38.0 | 125.0 | 235.0 | 390.0 |
| | 24 | 7.8 | 49.0 | 160.0 | 300.0 | 500.0 |
| | 36 | 11.4 | 71.0 | 230.0 | 430.0 | 710.0 |
| | 72 | 18.7 | 117.0 | 380.0 | 710.0 | 1165.0 |
| C-Band Global | 0.1 | 0.1 | 0.4 | 1.3 | 2.7 | 4.4 |
| | 1 | 0.6 | 3.9 | 13.3 | 26.7 | 43.7 |
| | 5 | 3.1 | 19.2 | 65.9 | 132.0 | 216.0 |
| | 9 | 5.4 | 34.0 | 117.0 | 235.0 | 380.0 |
| | 18 | 10.2 | 64.0 | 222.0 | 445.0 | 720.0 |
| | 24 | 13.4 | 84.0 | 289.0 | 580.0 | 940.0 |
| | 36[3] | 18.7 | 117.0 | 403.0 | 810.0 | 1315.0 |
| | 72[4] | 30.2 | 189.0 | 650.0 | 1305.0 | 215.0 |
| Ku-Band Spot[5] | 0.1 | 0.1 | 0.4 | 1.3 | 2.9 | 4.8 |
| | 1 | 0.5 | 3.2 | 10.9 | 24.3 | 40.7 |
| | 5 | 2.3 | 14.1 | 48.2 | 107.0 | 179.0 |
| | 9 | 3.5 | 22.0 | 75.0 | 167.0 | 279.0 |
| | 18 | 6.7 | 42.0 | 145.0 | 321.0 | 538.0 |
| | 24 | 8.8 | 55.0 | 188.0 | 416.0 | 698.0 |
| | 36 | 12.6 | 79.0 | 268.0 | 595.0 | 996.0 |
| | 72[6] | 20.8 | 130.0 | 445.0 | 987.0 | 1654.0 |
| | 112[7] | 33.8 | 130.0 | 445.0 | 987.0 | 1645.0 |
| | 150[8] | 33.8 | 211.0 | 720.0 | 1598.0 | 2678.0 |

## LONG TERM PREEMPTIBLE TRANSPONDER
## LEASE TARIFFS ON STANDARD CAPACITY
## (U.S. $ THOUSANDS)[1]

| Downlink Beam | Lease Unit (MHz) | Annual Charge for Long-Term Allotments | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 Year | 2 Years | 3 Years | 5 Years | 7 Years | 10 Years |
| C-Band Hemi/Spot[2] | 0.1 | 4.4 | 4.3 | 4.1 | 3.9 | 3.6 | 3.3 |
| | 1 | 37.5 | 36.4 | 34.7 | 33.0 | 30.9 | 27.7 |
| | 5 | 177.2 | 169.2 | 157.1 | 145.1 | 138.7 | 129.2 |
| | 9 | 285.0 | 275.0 | 250.0 | 230.0 | 215.0 | 190.0 |
| | 18 | 550.0 | 525.0 | 480.0 | 440.0 | 410.0 | 365.0 |
| | 24 | 710.0 | 675.0 | 620.0 | 570.0 | 535.0 | 475.0 |
| | 36 | 1000.0 | 955.0 | 880.0 | 810.0 | 755.0 | 675.0 |
| | 72 | 1610.0 | 140.0 | 1435.0 | 1335.0 | 1250.0 | 1115.0 |
| C-Band Zone | 0.1 | 4.0 | 3.9 | 3.8 | 3.6 | 3.3 | 3.0 |
| | 1 | 34.3 | 33.2 | 31.6 | 30.1 | 28.2 | 25.3 |
| | 5 | 161.9 | 154.5 | 143.5 | 132.6 | 126.7 | 118.0 |
| | 9 | 260.0 | 250.0 | 230.0 | 210.0 | 195.0 | 175.0 |
| | 18 | 500.0 | 480.0 | 440.0 | 400.0 | 375.0 | 335.0 |
| | 24 | 650.0 | 620.0 | 570.0 | 520.0 | 485.0 | 435.0 |
| | 36 | 915.0 | 870.0 | 805.0 | 740.0 | 690.0 | 615.0 |
| | 72 | 1470.0 | 1410.0 | 1315.0 | 1220.0 | 1140.0 | 1020.0 |
| C-Band Global | 0.1 | 5.3 | 5.1 | 4.9 | 4.6 | 4.4 | 4.0 |
| | 1 | 53.1 | 51.3 | 48.7 | 46.1 | 43.6 | 39.8 |
| | 5 | 262.2 | 253.7 | 240.9 | 228.2 | 215.6 | 196.7 |
| | 9 | 460.0 | 445.0 | 420.0 | 400.0 | 380.0 | 345.0 |
| | 18 | 880.0 | 850.0 | 810.0 | 770.0 | 725.0 | 660.0 |
| | 24 | 1135.0 | 1100.0 | 1045.0 | 995.0 | 940.0 | 850.0 |
| | 36[3] | 1595.0 | 1545.0 | 1470.0 | 1400.0 | 1320.0 | 1205.0 |
| | 72[4] | 2570.0 | 2500.0 | 2375.0 | 2250.0 | 2120.0 | 1920.0 |
| Ku-Band Spot[5] | 0.1 | 5.7 | 5.6 | 5.4 | 5.1 | 4.7 | 4.3 |
| | 1 | 49.0 | 47.5 | 45.2 | 43.0 | 40.3 | 36.2 |
| | 5 | 242.4 | 235.1 | 224.1 | 213.1 | 199.9 | 180.1 |
| | 9 | 425.0 | 415.0 | 395.0 | 375.0 | 350.0 | 320.0 |
| | 18 | 815.0 | 790.0 | 750.0 | 715.0 | 675.0 | 610.0 |
| | 24 | 1055.0 | 1020.0 | 970.0 | 920.0 | 870.0 | 790.0 |
| | 36 | 1485.0 | 1440.0 | 1370.0 | 1300.0 | 1225.0 | 1110.0 |
| | 72[6] | 2380.0 | 2310.0 | 2195.0 | 2085.0 | 1965.0 | 1785.0 |
| | 112[7] | 2380.0 | 2310.0 | 2195.0 | 2085.0 | 1965.0 | 1785.0 |
| | 150[8] | 3865.0 | 3745.0 | 3565.0 | 3385.0 | 3190.0 | 2890.0 |

NOTES:

(1)     Preemptible leases are available for any intermediate period between 1 day and 10 years. Charges for intermediate terms are based on the applicable tariff for the next shorter service increment (e.g., a 4-year lease has the same annual charge as a 3-year lease). Intermediate sizes are based on the applicable charge for the next smaller size (e.g., a 26 MHz lease is charged 26/24 multiplied by the 24 MHz rate).

(2)     Allotments for C-band spot transponders will be made only if such capacity is not required for global beam coverage.

(3)     Service rate applies to 36 MHz and 41 MHz physical transponders. In the case of 41 MHz transponders, 36 MHz of bandwidth is allocated to the customer along with the full power of the transponder.

(4)     Service rate applies only to 72 MHz physical transponders.

(5)     Service rates shown for leases of 36 MHz or less apply if capacity is provided within a 72 MHz physical transponder. Within a 241 MHz physical transponder, the corresponding lease units are determined by dividing by 2 (e.g., a 36 MHz lease in a 241 MHz transponder is charged the same rate as an 18 MHz lease within a 72 MHz physical transponder).

(6)     Service rate applies to 72, 77 and 241 MHz physical transponders only. In the case of the 77 MHz transponders, 72 MHz of bandwidth is allocated to the customer along with the full power of the transponder.

(7)     Service rate applies to 112 MHz wideband transponders on INTELSAT VII/VIIA standard capacity. In the case of the 112 MHz transponders, 72 MHz of bandwidth is allocated to the customer along with full power of the transponder.

(8)     Service rate applies to 150 MHz physical transponders on INTELSAT VI.

## SHORT-TERM PREEMPTIBLE TRANSPONDER LEASE TARIFFS
## ON PREMIUM CAPACITY (US$ THOUSANDS)[1]

| Downlink Beam | Lease Unit (MHz) | Charge Per Allotment Period | | | | |
|---|---|---|---|---|---|---|
| PREMIUM TRANSPONDER CAPACITY | | | | | | |
| ALLOTMENT PERIOD | | | | | | |
| | | 1 Day | 1 Week | 1 Month | 3 Months | 6 Months |
| C-Band Hemi/Spot[2] | 0.1 | 0.1 | 0.5 | 1.8 | 3.4 | 5.5 |
| | 1 | 0.7 | 4.6 | 15.4 | 28.7 | 46.8 |
| | 5 | 3.2 | 20.3 | 67.5 | 126.0 | 208.0 |
| | 9 | 5.1 | 32.0 | 105.0 | 200.0 | 330.0 |
| | 18 | 9.8 | 61.0 | 205.0 | 385.0 | 635.0 |
| | 24 | 12.6 | 79.0 | 265.0 | 500.0 | 825.0 |
| | 36 | 18.1 | 113.0 | 375.0 | 705.0 | 1165.0 |
| C-Band Zone | 0.1 | 0.1 | 0.5 | 1.6 | 3.1 | 5.0 |
| | 1 | 0.7 | 4.3 | 14.0 | 26.2 | 42.7 |
| | 5 | 3.0 | 19.0 | 61.6 | 115.0 | 190.0 |
| | 9 | 4.8 | 30.0 | 95.0 | 180.0 | 300.0 |
| | 18 | 9.3 | 58.0 | 185.0 | 350.0 | 580.0 |
| | 24 | 11.8 | 74.0 | 245.0 | 455.0 | 755.0 |
| | 36[3] | 17.0 | 106.0 | 345.0 | 645.0 | 1065.0 |
| C-Band Global | 0.1 | 0.1 | 0.6 | 2.0 | 4.0 | 6.6 |
| | 1 | 0.9 | 5.8 | 19.9 | 40.1 | 65.5 |
| | 5 | 4.6 | 28.7 | 98.9 | 199.0 | 324.0 |
| | 9 | 8.2 | 51.0 | 176.0 | 350.0 | 570.0 |
| | 18 | 15.5 | 97.0 | 332.0 | 665.0 | 1090.0 |
| | 24 | 20.2 | 126.0 | 433.0 | 870.0 | 1415.0 |
| | 36[4] | 28.2 | 176.0 | 605.0 | 1220.0 | 1990.0 |
| Ku-Band Spot[5] | 0.1 | 0.1 | 0.5 | 1.6 | 3.6 | 6.0 |
| | 1 | 0.6 | 4.0 | 13.6 | 30.4 | 50.9 |
| | 5 | 2.9 | 17.7 | 60.2 | 133.8 | 223.8 |
| | 9 | 4.4 | 27.5 | 93.8 | 208.8 | 348.8 |
| | 18 | 8.4 | 52.5 | 181.0 | 401.3 | 672.5 |
| | 24 | 11.0 | 68.8 | 235.0 | 520.0 | 872.5 |
| | 36 | 15.8 | 98.8 | 335.0 | 743.8 | 1245.0 |

## LONG-TERM PREEMPTIBLE TRANSPONDER LEASE TARIFFS
## ON PREMIUM CAPACITY (US$ THOUSANDS)[1]

| PREMIUM TRANSPONDER CAPACITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| Downlink Beam | Lease Unit (MHz) | Annual Charge for Long Term Allotments | | | | | |
| | | 1 Year | 2 Years | 3 Years | 5 Years | 7 Years | 10 Years |
| C-Band Hemi/Spot[2] | 0.1 | 6.6 | 6.4 | 6.1 | 5.8 | 5.5 | 4.9 |
| | 1 | 56.3 | 54.6 | 52.0 | 49.4 | 46.3 | 41.6 |
| | 5 | 265.9 | 253.8 | 235.7 | 217.7 | 208.1 | 193.7 |
| | 9 | 430.0 | 410.0 | 375.0 | 345.0 | 320.0 | 285.0 |
| | 18 | 825.0 | 785.0 | 720.0 | 660.0 | 615.0 | 550.0 |
| | 24 | 1065.0 | 1015.0 | 935.0 | 855.0 | 800.0 | 715.0 |
| | 36 | 1500.0 | 1430.0 | 1320.0 | 1215.0 | 1135.0 | 1015.0 |
| C-Band Zone | 0.1 | 6.0 | 5.8 | 5.6 | 5.3 | 5.0 | 4.5 |
| | 1 | 51.4 | 49.8 | 47.4 | 45.1 | 42.3 | 38.0 |
| | 5 | 242.7 | 231.8 | 215.2 | 198.7 | 190.1 | 176.8 |
| | 9 | 395.0 | 375.0 | 345.0 | 315.0 | 295.0 | 260.0 |
| | 18 | 755.0 | 715.0 | 655.0 | 600.0 | 560.0 | 500.0 |
| | 24 | 975.0 | 925.0 | 850.0 | 780.0 | 730.0 | 650.0 |
| | 36[3] | 1370.0 | 1305.0 | 1205.0 | 1110.0 | 1035.0 | 925.0 |
| C-Band Global | 0.1 | 8.0 | 7.7 | 7.4 | 7.0 | 6.6 | 6.0 |
| | 1 | 79.6 | 77.0 | 73.0 | 69.1 | 65.3 | 59.7 |
| | 5 | 393.3 | 380.5 | 361.4 | 342.3 | 323.4 | 295.1 |
| | 9 | 690.0 | 665.0 | 635.0 | 605.0 | 570.0 | 515.0 |
| | 18 | 1315.0 | 1275.0 | 1215.0 | 1155.0 | 1090.0 | 990.0 |
| | 24 | 1700.0 | 1650.0 | 1570.0 | 1490.0 | 1405.0 | 1280.0 |
| | 36[4] | 2395.0 | 2320.0 | 2210.0 | 2100.0 | 1980.0 | 1805.0 |
| Ku-Band Spot[5] | 0.1 | 7.1 | 7.0 | 6.8 | 6.4 | 5.8 | 5.4 |
| | 1 | 61.3 | 59.4 | 56.5 | 53.8 | 50.4 | 45.3 |
| | 5 | 303.0 | 293.9 | 280.1 | 266.4 | 249.9 | 225.1 |
| | 9 | 531.3 | 518.8 | 493.8 | 468.8 | 437.5 | 400.0 |
| | 18 | 1018.8 | 987.6 | 937.5 | 893.8 | 843.8 | 762.5 |
| | 24 | 1318.8 | 1275.0 | 1212.5 | 1150.0 | 1087.5 | 987.5 |
| | 36 | 1856.3 | 1800.0 | 1712.5 | 1625.0 | 1531.3 | 1387.5 |

NOTES:

(1)     Preemptible leases are available for any intermediate period between 1 day and 10 years.  Charges for intermediate terms are based on the applicable tariff for the next shorter service increment (e.g., a 4-year lease has the same annual charge as a 3-year lease).  Intermediate sizes are based on the applicable charge for the next smaller size (e.g., a 26 MHz lease is charged 26/24 multiplied by the 24 MHz rate).

(2)     Service rate applies to high-power C-band spot transponder and 36 MHz physical hemi/transponders on INTELSAT VII, VII-A, VIII, VIII-A and IX.  Allotments for C-band spot transponders will be made only if such capacity is not required for global beam coverage.

(3)     Service rate applies to 36 MHz physical zone transponders on INTELSAT VII, VII-A, VIII and IX satellites.

(4)     Service rate applies to high-power C-band global transponders (including 41 MHz transponders) on INTELSAT VII and VII-A, as well as to all global transponders on INTELSAT VIII and IX satellites.  In the case of 41 MHz transponders, 36 MHz of bandwidth is allocated to the customer along with the full power of the transponder.

(5)     Service rate applies to the physical 36 MHz Ku-band transponders on INTELSAT IX satellites.

## INTELSAT RATES FOR APR-2 (SINOSAT-1)

### INTELSAT Rates for SINOSAT-1 Capacity
### (Rates in US$ Thousands)
### (Rates are per annum, except for the 6-months rate)

| Lease Unit (MHz) | 6 months rate | Annual Charge for Long-Term Leases | | | |
|---|---|---|---|---|---|
| | | 1 Year | 2 Years | 3 Years | 5 Years |
| 9 MHz | .330 | .430 | .410 | .375 | .345 |
| 18 MHz | .635 | .825 | .785 | .720 | .660 |
| 27 MHz | .930 | 1.200 | 1.140 | 1.050 | .960 |
| 36 MHz | 1.165 | 1.500 | 1.430 | 1.320 | 1.215 |

## DISCOUNTS FOR LEASES MOVING FROM INCLINED
## ORBIT CAPACITY TO STATION-KEPT CAPACITY

- A 12.5% discount is applied, during the first year of operation on station-kept capacity, to leases on designated inclined orbit operation capacity which are transferred to station-kept capacity when the latter replaces the inclined orbit satellite. The following conditions apply:

    - the lease is on inclined orbit capacity for at least 1 year prior to the expected transition to station-kept capacity, and will be on station-kept capacity for at least 5 years following the transition.

    - the leaseholders notify the Company at least 6 months in advance of the planned replacement of inclined orbit capacity with the station-kept capacity.

- Once the decision has been made to take advantage of the discount, the option to cancel the lease on the designated inclined orbit capacity without penalty, at the time the inclined orbit capacity is replaced with station-kept capacity, will be automatically waived.



- If a cancelable lease is terminated after a decision has been made to take advantage of the 12.5% discount, the leaseholder would be responsible for all cancellation fees based on the expected amount of time the lease is scheduled to be on inclined orbit capacity and station-kept capacity. Besides the normal cancellation fees, the leaseholder will also be required to reimburse the Company for any savings already realized or which would be potentially realized from the 12.5% discount.



## UNUSED CAPACITY PRICING TERMS AND CONDITIONS

1.  A promotional 25% annual discount is offered for leases of one year or longer placed on eligible unused transponder capacity contained on the connectivity list approved by the Company. "Unused transponder capacity" refers to capacity on Company spacecraft which has been unused or unreserved for at least 12 months, and which has been placed on the Company's list of connectivities which are eligible for the unused transponder capacity discounted service rate.

2.  Discounts are for reservations received prior to the Closing Date.

3.  Discounts apply to new leases or reservations on eligible capacity. Discounts also apply to existing leases or reservations that are transferred from hemi or global downlinks to eligible bandwidth on one of the zone downlink connectivities contained on the list. Transferred services must be re-started with a net present value (NPV) greater or equal to the remaining NPV of the hemi/global lease.

4.  Discounts do not apply to renewals, extensions or amendments or existing leases or reservations except for transfers from hemi or global transponders to eligible bandwidth.

5.  Discounts on INTELSAT VI capacity are not applied to leases following to transfer to INTELSAT IX capacity. Discounts also do not apply to renewals or extensions of such leases.

6.  Discounts on INTELSAT VII and VIII capacity apply for the lesser of the life of the lease or the arrival at that location of follow-on capacity, which has characteristics different from that on which the original commitment was made. Discounts do not apply to renewals or extensions of such leases.

7.  Discounts on spot beams are based on the existing locations of the spot beam. If the Company decides to move the spot beam to another location, the discounts would not be applicable to new leases at the new location. However, existing discounted leases on the spot beam which move to the new beam location will continue to be eligible for the discount.

8.  Discounts will apply if the Customer makes use of an alternate uplink beam in the same channel bank (if available and electrically possible) to connect to the discounted downlink beam capacity (e.g., SE/SE changed to NW/SE).

9.  The Customer can turn on an unused Ku-Band tube provided that it is in the same channel bank and can be electrically connected. The discount will apply to the now active transponder in lieu of the transponder in the same channel bank originally offered at a discount.

**DISCOUNTS FOR THE INTELSAT 805 EXTENDED C-BAND TRANSPONDERS**

- A discount of 25% will apply to premium hemi transponders 3' to 7' on both the Hemi A and B beams of the INTELSAT 805 satellite. These 10 transponders are located in extended frequencies of 6449-6645 MHz uplink and 3424-3620 MHz downlink.

- This discount is offered in recognition of the limited attractiveness of this capacity due to (a) the necessity for the Customer to procure supplemental equipment to access the extended band; and (b) the transponders' restricted coverage due to the Company's sharing of the frequency with domestic service applications such as wireless local loop, radar and terrestrial microwave.

- The 25% discount would apply for the duration of the applicable lease. In the event a customer takes a non-preemptible lease of 5 years or longer, the 25% discount will be combined with the 12-month 15% sign-up or re-commitment discount.

**DISCOUNTS FOR THE APR-1 EXTENDED BAND TRANSPONDERS**

- A discount of 25% will apply to five premium zonal transponders on the APR-1 (INSAT-2E) satellite at 83°E. These 5 transponders (L1 through L5) are located in extended frequencies of 6425-6650 MHz uplink and 3400-3625 MHz downlink.

- This discount is offered in recognition of the limited attractiveness of this capacity due to the lack of equipment in existing earth stations for these frequency ranges.

- The 25% discount would apply for the duration of the applicable lease.



## INCENTIVES FOR THE NORTHEAST ZONE BEAM TRANSPONDERS
## ON INTELSAT 601

- A discount of 50% will apply to the nominal tariffs for the Northeast Zone (Zone 3) beam transponders on INTELSAT 601. This discount is offered in recognition of the limited attractiveness of this capacity as well as the technical problems inhibiting the use of the capacity for up to 30 minutes at a predetermined time, approximately once every 2 weeks, during the North-South station-keeping maneuvers of the satellite.

- For leases of 1 year or longer, if at any time during the life of the lease further technical deterioration of the transponders cause the lease resources (as specified in IESS-410) to be less than those agreed upon in the approved transmission plan, the Company will refund the previous year's payment and will undertake, on a best-endeavor basis, to make suitable replacement capacity available for the remainder of the lease term at the nominal rate for the replacement capacity.

## INCENTIVES FOR IMPAIRED TRANSPONDER CAPACITY ON
## INTELSAT 603 AND 602

- A discount of 25% will apply to the nominal tariffs for impaired transponder capacity on INTELSAT 603 at 335.5°E and INTELSAT 602 at 62°E. Specifically, the discount will apply to transponders with impaired TWTAs in connectivities 15/15, 25/15 and 35/35 on INTELSAT 603, and on INTELSAT 602 connectivities using transponder 21 as the downlink.

- The impairment causes the TWTA output to drop to zero for approximately 15 minutes each day during the twice yearly eclipse period (i.e., 90 days per year).

- Short-term leases (less than one year) occurring outside the anomaly periods would be charged at the standard service rates.

- In the event the above capacity further degrades or fails after the user has leased it, if there is alternative capacity available, it would be offered to the customer at standard service rates, terms and conditions. If no alternative capacity could be found, then the Company has the right to terminate the contract.