- The following rates apply for Ku-band downlinks:

| Minimum Earth Station G/T (dB/K) | Use IDR Rate for the Following Standard Earth Station |
|---|---|
| 37.0 or better | C |
| 34.0 – 36.9 | E-3 |
| 29.0 – 33.9 | E-2 |
| 21.0 – 28.9 | 10 times the Standard C charge |

- Any fraction of a day will be billed as a full day.

B-35                    Attachment 2, Part II – B

**IBS**

## TABLE 1
## IBS CARRIER SERVICE RATES
## C-BAND HEMI/ZONE & KU-BAND SPOT – RATE 3/4 FEC
## (US$/month)
(one end of a two-way service)

| SERVICE CATEGORIES | | EARTH STATION TYPE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | F3 | F2 | F1 | C | E3 | E2 | E1 |
| 64 kbit/s | Uncommitted | 480 | 480 | 565 | 740 | 1,300 | 480 | 505 | 805 | 1,605 |
| | 1-yr | 370 | 370 | 435 | 570 | 1,000 | 370 | 390 | 620 | 1,235 |
| | 2-yr | 350 | 350 | 415 | 540 | 950 | 350 | 370 | 590 | 1,175 |
| | 3-yr | 320 | 320 | 380 | 495 | 870 | 320 | 340 | 540 | 1,075 |
| | 5-yr | 295 | 295 | 350 | 455 | 800 | 295 | 310 | 495 | 990 |
| | 7-yr | 265 | 265 | 315 | 410 | 720 | 265 | 280 | 445 | 890 |
| | 10-yr | 250 | 250 | 295 | 390 | 680 | 250 | 265 | 420 | 840 |
| | 15-yr | 240 | 240 | 280 | 365 | 640 | 240 | 250 | 395 | 790 |
| 512 kbit/s | Uncommitted | 3,705 | 3,705 | 4,405 | 5,745 | 9,945 | 3,705 | 3,920 | 6,175 | 12,350 |
| | 1-yr | 2,850 | 2,850 | 3,390 | 4,420 | 7,650 | 2,850 | 3,015 | 4,750 | 9,500 |
| | 2-yr | 2,705 | 2,705 | 3,220 | 4,200 | 7,265 | 2,705 | 2,865 | 4,510 | 9,025 |
| | 3-yr | 2,480 | 2,480 | 2,950 | 3,845 | 6,655 | 2,480 | 2,625 | 4,130 | 8,265 |
| | 5-yr | 2,280 | 2,280 | 2,710 | 3,535 | 6,120 | 2,280 | 2,410 | 3,800 | 7,600 |
| | 7-yr | 2,050 | 2,050 | 2,440 | 3,180 | 5,510 | 2,050 | 2,170 | 3,420 | 6,840 |
| | 10-yr | 1,940 | 1,940 | 2,305 | 3,005 | 5,200 | 1,940 | 2,050 | 3,230 | 6,460 |
| | 15-yr | 1,805 | 1,805 | 2,140 | 2,790 | 4,855 | 1,805 | 1,910 | 3,010 | 6,015 |
| 1.024 Mbit/s | Uncommitted | 6,790 | 6,790 | 8,000 | 10,430 | 18,240 | 6,790 | 7,165 | 11,325 | 22,640 |
| | 1-yr | 5,225 | 5,225 | 6,155 | 8,025 | 14,030 | 5,225 | 5,510 | 8,710 | 17,415 |
| | 2-yr | 4,965 | 4,965 | 5,845 | 7,625 | 13,330 | 4,965 | 5,235 | 8,275 | 16,545 |
| | 3-yr | 4,545 | 4,545 | 5,355 | 6,980 | 12,205 | 4,545 | 4,795 | 7,580 | 15,150 |
| | 5-yr | 4,180 | 4,180 | 4,925 | 6,420 | 11,225 | 4,180 | 4,410 | 6,970 | 13,930 |
| | 7-yr | 3,760 | 3,760 | 4,430 | 5,780 | 10,100 | 3,760 | 3,965 | 6,270 | 12,540 |
| | 10-yr | 3,555 | 3,555 | 4,185 | 5,455 | 9,540 | 3,555 | 3,745 | 5,925 | 11,840 |
| | 15-yr | 3,325 | 3,325 | 3,925 | 5,120 | 8,910 | 3,325 | 3,530 | 5,540 | 11,085 |
| 1.544 Mbit/s | Uncommitted | 10,375 | 10,375 | 12,290 | 16,030 | 27,840 | 10,375 | 10,895 | 17,290 | 34,580 |
| | 1-yr | 7,980 | 7,980 | 9,455 | 12,330 | 21,415 | 7,980 | 8,380 | 13,300 | 26,600 |
| | 2-yr | 7,580 | 7,580 | 8,980 | 11,715 | 20,345 | 7,580 | 7,960 | 12,635 | 25,270 |
| | 3-yr | 6,945 | 6,945 | 8,225 | 10,725 | 18,630 | 6,945 | 7,290 | 11,570 | 23,140 |
| | 5-yr | 6,270 | 6,270 | 7,400 | 9,655 | 16,825 | 6,270 | 6,615 | 10,450 | 20,900 |
| | 7-yr | 5,745 | 5,745 | 6,810 | 8,880 | 15,420 | 5,745 | 6,035 | 9,575 | 19,150 |
| | 10-yr | 5,425 | 5,425 | 6,430 | 8,385 | 14,560 | 5,425 | 5,700 | 9,045 | 18,090 |
| | 15-yr | 4,750 | 4,750 | 5,620 | 7,330 | 12,770 | 4,750 | 4,995 | 7,915 | 15,835 |

**TABLE 1 (CONT'D)**
**IBS CARRIER SERVICE RATES**
**C-BAND HEMI/ZONE & KU-BAND SPOT – RATE 3/4 FEC**
(US$/month)
(one end of a two-way service)

| SERVICE CATEGORIES | | EARTH STATION TYPE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | F3 | F2 | F1 | C | E3 | E2 | E1 |
| 2.048 Mbit/s | Uncommitted | 12,965 | 12,965 | 15,420 | 20,110 | 34,755 | 12,965 | 13,665 | 21,610 | 43,225 |
| | 1-yr | 9,975 | 9,975 | 11,860 | 15,470 | 26,735 | 9,975 | 10,510 | 16,625 | 33,250 |
| | 2-yr | 9,475 | 9,475 | 11,265 | 14,695 | 25,400 | 9,475 | 9,985 | 15,795 | 31,585 |
| | 3-yr | 8,680 | 8,680 | 10,320 | 13,460 | 23,260 | 8,680 | 9,145 | 14,465 | 28,925 |
| | 5-yr | 7,790 | 7,790 | 9,275 | 12,100 | 20,880 | 7,790 | 8,230 | 12,985 | 25,965 |
| | 7-yr | 7,180 | 7,180 | 8,540 | 11,140 | 19,250 | 7,180 | 7,565 | 11,970 | 23,940 |
| | 10-yr | 6,785 | 6,785 | 8,065 | 10,520 | 18,180 | 6,785 | 7,145 | 11,305 | 22,610 |
| | 15-yr | 5,985 | 5,985 | 7,135 | 9,305 | 16,025 | 5,985 | 6,320 | 9,975 | 19,950 |
| 6.312 Mbit/s | Uncommitted | 37,545 | 37,545 | 44,220 | 57,675 | 101,095 | 37,545 | 39,560 | 62,575 | 125,145 |
| | 1-yr | 28,880 | 28,880 | 34,015 | 44,365 | 77,765 | 28,880 | 30,430 | 48,135 | 96,265 |
| | 2-yr | 27,435 | 27,435 | 32,315 | 42,145 | 73,875 | 27,435 | 28,910 | 45,730 | 91,450 |
| | 3-yr | 25,125 | 25,125 | 29,595 | 38,600 | 67,655 | 25,125 | 26,475 | 41,875 | 83,750 |
| | 5-yr | 22,500 | 22,500 | 26,780 | 34,930 | 60,585 | 22,500 | 23,645 | 37,505 | 75,005 |
| | 7-yr | 20,795 | 20,795 | 24,490 | 31,945 | 55,990 | 20,795 | 21,910 | 34,655 | 69,310 |
| | 10-yr | 19,580 | 19,580 | 23,130 | 30,170 | 52,710 | 19,580 | 20,630 | 32,630 | 65,260 |
| | 15-yr | 17,010 | 17,010 | 20,210 | 26,360 | 45,765 | 17,010 | 17,885 | 28,350 | 56,695 |
| 8.448 Mbit/s | Uncommitted | 50,390 | 50,390 | 59,710 | 77,885 | 135,640 | 50,390 | 53,020 | 83,980 | 167,960 |
| | 1-yr | 38,760 | 38,760 | 45,930 | 59,910 | 104,340 | 38,760 | 40,785 | 64,600 | 129,200 |
| | 2-yr | 36,820 | 36,820 | 43,635 | 56,915 | 99,125 | 36,820 | 38,745 | 61,370 | 122,740 |
| | 3-yr | 33,720 | 33,720 | 39,960 | 52,120 | 90,775 | 33,720 | 35,485 | 56,200 | 112,405 |
| | 5-yr | 30,210 | 30,210 | 35,940 | 46,880 | 81,330 | 30,210 | 31,820 | 50,350 | 100,700 |
| | 7-yr | 27,905 | 27,905 | 33,070 | 43,135 | 75,125 | 27,905 | 29,365 | 46,510 | 93,025 |
| | 10-yr | 26,220 | 26,220 | 31,215 | 40,715 | 70,625 | 26,220 | 27,560 | 43,700 | 87,400 |
| | 15-yr | 22,800 | 22,800 | 27,110 | 35,365 | 61,380 | 22,800 | 23,960 | 38,000 | 76,000 |

Notes to Table 1:

1   For Long-Term Commitments of at least five years, a 15% rate reduction may apply in accordance with Part II – B – Section 2.9.

2   Uncommitted rates are for services of at least three months.

3   Charges for intermediate sizes are determined by prorating the applicable charge for the next smaller size. For example, the charge for 128 kbit/s is two times the 64 kbit/s charge. Similarly the charge for 768 kbit/s is 1.5 times the charge for 512 kbit/s.

4   Due to operational constraints, the use of standard F1 and E1 earth stations for IBS carriers will only be possible in a limited number of cases.

**TABLE 2**
**IBS CARRIER SERVICE RATES**
**C-BAND HEMI/ZONE & KU-BAND SPOT – RATE 1/2 FEC**
**(US$/month)**
(one end of a two-way service)

| SERVICE CATEGORIES | | EARTH STATION TYPE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | F3 | F2 | F1 | C | E3 | E2 | E1 |
| 64 kbit/s | Uncommitted | 715 | 715 | 715 | 715 | 910 | 715 | 715 | 810 | 945 |
| | 1-yr | 550 | 550 | 550 | 550 | 700 | 550 | 550 | 625 | 730 |
| | 2-yr | 520 | 520 | 520 | 520 | 665 | 520 | 520 | 595 | 690 |
| | 3-yr | 480 | 480 | 480 | 480 | 610 | 480 | 480 | 545 | 635 |
| | 5-yr | 440 | 440 | 440 | 440 | 560 | 440 | 440 | 500 | 580 |
| | 7-yr | 395 | 395 | 395 | 395 | 505 | 395 | 395 | 450 | 525 |
| | 10-yr | 375 | 375 | 375 | 375 | 475 | 375 | 375 | 425 | 495 |
| | 15-yr | 355 | 355 | 355 | 355 | 445 | 355 | 355 | 400 | 465 |
| 512 kbit/s | Uncommitted | 5,510 | 5,510 | 5,510 | 5,510 | 6,960 | 5,510 | 5,510 | 6,270 | 7,270 |
| | 1-yr | 4,240 | 4,240 | 4,240 | 4,240 | 5,355 | 4,240 | 4,240 | 4,825 | 5,590 |
| | 2-yr | 4,030 | 4,030 | 4,030 | 4,030 | 5,085 | 4,030 | 4,030 | 4,585 | 5,310 |
| | 3-yr | 3,690 | 3,690 | 3,690 | 3,690 | 4,660 | 3,690 | 3,690 | 4,200 | 4,865 |
| | 5-yr | 3,390 | 3,390 | 3,390 | 3,390 | 4,285 | 3,390 | 3,390 | 3,860 | 4,475 |
| | 7-yr | 3,055 | 3,055 | 3,055 | 3,055 | 3,855 | 3,055 | 3,055 | 3,475 | 4,030 |
| | 10-yr | 2,885 | 2,885 | 2,885 | 2,885 | 3,640 | 2,885 | 2,885 | 3,280 | 3,805 |
| | 15-yr | 2,685 | 2,685 | 2,685 | 2,685 | 3,400 | 2,685 | 2,685 | 3,055 | 3,540 |
| 1.024 Mbit/s | Uncommitted | 10,100 | 10,100 | 10,100 | 10,100 | 12,765 | 10,100 | 10,100 | 11,490 | 13,325 |
| | 1-yr | 7,770 | 7,770 | 7,770 | 7,770 | 9,820 | 7,770 | 7,770 | 8,840 | 10,250 |
| | 2-yr | 7,380 | 7,380 | 7,380 | 7,380 | 9,330 | 7,380 | 7,380 | 8,400 | 9,735 |
| | 3-yr | 6,760 | 6,760 | 6,760 | 6,760 | 8,545 | 6,760 | 6,760 | 7,690 | 8,920 |
| | 5-yr | 6,215 | 6,215 | 6,215 | 6,215 | 7,855 | 6,215 | 6,215 | 7,070 | 8,200 |
| | 7-yr | 5,595 | 5,595 | 5,595 | 5,595 | 7,070 | 5,595 | 5,595 | 6,365 | 7,380 |
| | 10-yr | 5,285 | 5,285 | 5,285 | 5,285 | 6,680 | 5,285 | 5,285 | 6,010 | 6,970 |
| | 15-yr | 4,945 | 4,945 | 4,945 | 4,945 | 6,240 | 4,945 | 4,945 | 5,625 | 6,520 |
| 1.544 Mbit/s | Uncommitted | 15,430 | 15,430 | 15,430 | 15,430 | 19,485 | 15,430 | 15,430 | 17,555 | 20,350 |
| | 1-yr | 11,870 | 11,870 | 11,870 | 11,870 | 14,990 | 11,870 | 11,870 | 13,505 | 15,655 |
| | 2-yr | 11,275 | 11,275 | 11,275 | 11,275 | 14,240 | 11,275 | 11,275 | 12,830 | 14,870 |
| | 3-yr | 10,325 | 10,325 | 10,325 | 10,325 | 13,040 | 10,325 | 10,325 | 11,750 | 13,615 |
| | 5-yr | 9,325 | 9,325 | 9,325 | 9,325 | 11,775 | 9,325 | 9,325 | 10,610 | 12,300 |
| | 7-yr | 8,545 | 8,545 | 8,545 | 8,545 | 10,795 | 8,545 | 8,545 | 9,725 | 11,270 |
| | 10-yr | 8,070 | 8,070 | 8,070 | 8,070 | 10,195 | 8,070 | 8,070 | 9,185 | 10,645 |
| | 15-yr | 7,065 | 7,065 | 7,065 | 7,065 | 8,940 | 7,065 | 7,065 | 8,040 | 9,320 |

## TABLE 2 (CONT'D)
## IBS CARRIER SERVICE RATES
## C-BAND HEMI/ZONE & KU-BAND SPOT – RATE 1/2 FEC
(US$/month)
(one end of a two-way service)

| SERVICE CATEGORIES | | EARTH STATION TYPE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | A | B | F3 | F2 | F1 | C | E3 | E2 | E1 |
| 2.048 Mbit/s | Uncommitted | 19,285 | 19,285 | 19,285 | 19,285 | 24,330 | 19,285 | 19,285 | 21,945 | 25,435 |
| | 1-yr | 14,835 | 14,835 | 14,835 | 14,835 | 18,715 | 14,835 | 14,835 | 16,880 | 19,570 |
| | 2-yr | 14,095 | 14,095 | 14,095 | 14,095 | 17,780 | 14,095 | 14,095 | 16,035 | 18,590 |
| | 3-yr | 12,905 | 12,905 | 12,905 | 12,905 | 16,280 | 12,905 | 12,905 | 14,685 | 17,025 |
| | 5-yr | 11,585 | 11,585 | 11,585 | 11,585 | 14,615 | 11,585 | 11,585 | 13,185 | 15,280 |
| | 7-yr | 10,680 | 10,680 | 10,680 | 10,680 | 13,475 | 10,680 | 10,680 | 12,155 | 14,090 |
| | 10-yr | 10,090 | 10,090 | 10,090 | 10,090 | 12,725 | 10,090 | 10,090 | 11,480 | 13,305 |
| | 15-yr | 8,900 | 8,900 | 8,900 | 8,900 | 11,220 | 8,900 | 8,900 | 10,130 | 11,740 |
| 6.312 Mbit/s | Uncommitted | 55,835 | 55,835 | 55,835 | 55,835 | 70,765 | 55,835 | 55,835 | 63,535 | 73,645 |
| | 1-yr | 42,950 | 42,950 | 42,950 | 42,950 | 54,435 | 42,950 | 42,950 | 48,875 | 56,650 |
| | 2-yr | 40,800 | 40,800 | 40,800 | 40,800 | 51,715 | 40,800 | 40,800 | 46,430 | 53,815 |
| | 3-yr | 37,365 | 37,365 | 37,365 | 37,365 | 47,360 | 37,365 | 37,365 | 42,520 | 49,285 |
| | 5-yr | 33,465 | 33,465 | 33,465 | 33,465 | 42,410 | 33,465 | 33,465 | 38,080 | 44,140 |
| | 7-yr | 30,925 | 30,925 | 30,925 | 30,925 | 39,195 | 30,925 | 30,925 | 35,190 | 40,785 |
| | 10-yr | 29,115 | 29,115 | 29,115 | 29,115 | 36,895 | 29,115 | 29,115 | 33,130 | 38,405 |
| | 15-yr | 25,295 | 25,295 | 25,295 | 25,295 | 32,035 | 25,295 | 25,295 | 28,785 | 33,365 |
| 8.448 Mbit/s | Uncommitted | 74,940 | 74,940 | 74,940 | 74,940 | 94,945 | 74,940 | 74,940 | 85,275 | 98,835 |
| | 1-yr | 57,645 | 57,645 | 57,645 | 57,645 | 73,035 | 57,645 | 57,645 | 65,595 | 76,030 |
| | 2-yr | 54,765 | 54,765 | 54,765 | 54,765 | 69,385 | 54,765 | 54,765 | 62,315 | 72,225 |
| | 3-yr | 50,150 | 50,150 | 50,150 | 50,150 | 63,540 | 50,150 | 50,150 | 57,070 | 66,145 |
| | 5-yr | 44,930 | 44,930 | 44,930 | 44,930 | 56,930 | 44,930 | 44,930 | 51,125 | 59,260 |
| | 7-yr | 41,505 | 41,505 | 41,505 | 41,505 | 52,585 | 41,505 | 41,505 | 47,230 | 54,740 |
| | 10-yr | 38,995 | 38,995 | 38,995 | 38,995 | 49,435 | 38,995 | 38,995 | 44,370 | 51,430 |
| | 15-yr | 33,910 | 33,910 | 33,910 | 33,910 | 42,965 | 33,910 | 33,910 | 38,585 | 44,725 |

Notes to Table 2:

1   For long-term commitments of at least five years, a 15% rate reduction may apply in accordance with Part II – B – Section 2.9.

2   Uncommitted rates are for services of at least three months.

3   Charges for intermediate sizes are determined by prorating the applicable charge for the next smaller size. For example, the charge for 128 kbit/s is two times the 64 kbit/s charge. Similarly the charge for 768 kbit/s is 1.5 times the charge for 512 kbit/s.

4   Due to operational constraints, the use of standard F1 and E1 earth stations for IBS carriers will only be possible in a limited number of cases.

**TABLE 3**
**VSAT IBS CARRIER SERVICE RATES**
**C-BAND HEMI/ZONE & KU-BAND SPOT – RATE 1/2 FEC**
**(US$/month)**
(one end of a two-way service)

| SERVICE CATEGORIES | | C-Band Hemi/Zone | | | Ku-Band Spot | |
|---|---|---|---|---|---|---|
| | | H4 | H3 | H2 | K3 | K2 |
| 64 kbit/s | Uncommitted | 1,087 | 1,862 | 3,396 | 1,145 | 2,085 |
| | 1-yr | 836 | 1,432 | 2,612 | 880 | 1,605 |
| | 2-yr | 794 | 1,360 | 2,481 | 835 | 1,525 |
| | 3-yr | 727 | 1,246 | 2,272 | 765 | 1,395 |
| | 5-yr | 669 | 1,146 | 2,090 | 705 | 1,285 |
| | 7-yr | 602 | 1,031 | 1,881 | 635 | 1,155 |
| | 10-yr | 568 | 974 | 1,776 | 600 | 1,090 |
| | 15-yr | 542 | 929 | 1,694 | 570 | 1,040 |
| 128 kbit/s | Uncommitted | 2,154 | 3,689 | 6,728 | 2,265 | 4,135 |
| | 1-yr | 1,657 | 2,837 | 5,176 | 1,745 | 3,180 |
| | 2-yr | 1,574 | 2,696 | 4,917 | 1,655 | 3,020 |
| | 3-yr | 1,441 | 2,469 | 4,503 | 1,515 | 2,765 |
| | 5-yr | 1,325 | 2,270 | 4,140 | 1,395 | 2,545 |
| | 7-yr | 1,193 | 2,043 | 3,726 | 1,255 | 2,290 |
| | 10-yr | 1,126 | 1,929 | 3,519 | 1,185 | 2,160 |
| | 15-yr | 1,068 | 1,830 | 3,337 | 1,125 | 2,050 |
| 256 kbit/s | Uncommitted | 4,267 | 7,308 | 13,331 | 4,490 | 8,190 |
| | 1-yr | 3,282 | 5,622 | 10,254 | 3,455 | 6,300 |
| | 2-yr | 3,118 | 5,340 | 9,742 | 3,280 | 5,985 |
| | 3-yr | 2,856 | 4,891 | 8,921 | 3,005 | 5,480 |
| | 5-yr | 2,626 | 4,497 | 8,203 | 2,765 | 5,040 |
| | 7-yr | 2,363 | 4,047 | 7,383 | 2,485 | 4,535 |
| | 10-yr | 2,232 | 3,823 | 6,973 | 2,350 | 4,285 |
| | 15-yr | 2,104 | 3,604 | 6,574 | 2,215 | 4,040 |
| 384 kbit/s | Uncommitted | 6,340 | 10,858 | 19,807 | 6,675 | 12,170 |
| | 1-yr | 4,877 | 8,352 | 15,236 | 5,135 | 9,360 |
| | 2-yr | 4,633 | 7,935 | 14,474 | 4,875 | 8,895 |
| | 3-yr | 4,243 | 7,267 | 13,255 | 4,465 | 8,145 |
| | 5-yr | 3,902 | 6,682 | 12,189 | 4,105 | 7,490 |
| | 7-yr | 3,511 | 6,014 | 10,970 | 3,695 | 6,740 |
| | 10-yr | 3,316 | 5,680 | 10,361 | 3,490 | 6,365 |
| | 15-yr | 3,107 | 5,323 | 9,709 | 3,270 | 5,965 |

(The EARTH STATION TYPES header spans the C-Band Hemi/Zone and Ku-Band Spot columns.)

**TABLE 3 (CONT'D)**
**VSAT IBS CARRIER SERVICE RATES**
**C-BAND HEMI/ZONE & KU-BAND SPOT – RATE 1/2 FEC**
(US$/month)
(one end of a two-way service)

| SERVICE CATEGORIES | | EARTH STATION TYPES | | | | |
|---|---|---|---|---|---|---|
| | | C-Band Hemi/Zone | | | Ku-Band Spot | |
| | | H4 | H3 | H2 | K3 | K2 |
| 512 kbit/s | Uncommitted | 8,373 | 14,339 | 26,157 | 8,815 | 16,070 |
| | 1-yr | 6,441 | 11,030 | 20,121 | 6,780 | 12,365 |
| | 2-yr | 6,119 | 10,479 | 19,115 | 6,440 | 11,745 |
| | 3-yr | 5,604 | 9,596 | 17,505 | 5,900 | 10,755 |
| | 5-yr | 5,153 | 8,824 | 16,097 | 5,425 | 9,890 |
| | 7-yr | 4,638 | 7,942 | 14,487 | 4,880 | 8,900 |
| | 10-yr | 4,380 | 7,500 | 13,682 | 4,610 | 8,405 |
| | 15-yr | 4,079 | 6,985 | 12,743 | 4,295 | 7,830 |
| 768 kbit/s | Uncommitted | 12,324 | 21,105 | 38,500 | 12,970 | 23,655 |
| | 1-yr | 9,480 | 16,235 | 29,616 | 9,980 | 18,195 |
| | 2-yr | 9,006 | 15,423 | 28,135 | 9,480 | 17,285 |
| | 3-yr | 8,248 | 14,124 | 25,766 | 8,680 | 15,830 |
| | 5-yr | 7,584 | 12,988 | 23,693 | 7,980 | 14,560 |
| | 7-yr | 6,826 | 11,689 | 21,323 | 7,185 | 13,100 |
| | 10-yr | 6,447 | 11,039 | 20,139 | 6,785 | 12,375 |
| | 15-yr | 5,877 | 10,064 | 18,360 | 6,185 | 11,280 |
| 1.024 Mbit/s | Uncommitted | 16,119 | 27,602 | 50,353 | 16,965 | 30,940 |
| | 1-yr | 12,399 | 21,232 | 38,733 | 13,050 | 23,800 |
| | 2-yr | 11,779 | 20,170 | 36,796 | 12,400 | 22,610 |
| | 3-yr | 10,787 | 18,472 | 33,698 | 11,355 | 20,705 |
| | 5-yr | 9,919 | 16,986 | 30,986 | 10,440 | 19,040 |
| | 7-yr | 8,927 | 15,287 | 27,888 | 9,395 | 17,135 |
| | 10-yr | 8,431 | 14,438 | 26,338 | 8,875 | 16,185 |
| | 15-yr | 7,515 | 12,868 | 23,475 | 7,910 | 14,425 |
| 1.544 Mbit/s | Uncommitted | 23,446 | 40,148 | 73,241 | 24,675 | 45,000 |
| | 1-yr | 18,035 | 30,883 | 56,339 | 18,980 | 34,615 |
| | 2-yr | 17,133 | 29,339 | 53,522 | 18,035 | 32,885 |
| | 3-yr | 15,690 | 26,868 | 49,015 | 16,515 | 30,115 |
| | 5-yr | 14,428 | 24,706 | 45,071 | 15,185 | 27,695 |
| | 7-yr | 12,985 | 22,236 | 40,564 | 13,665 | 24,925 |
| | 10-yr | 12,264 | 21,000 | 38,311 | 12,910 | 23,540 |
| | 15-yr | 10,821 | 18,530 | 33,803 | 11,390 | 20,770 |

Attachment 2, Part II – B

**TABLE 3 (CONT'D)**
**VSAT IBS CARRIER SERVICE RATES**
**C-BAND HEMI/ZONE & KU-BAND SPOT – RATE 1/2 FEC**
**(US$/month)**
(one end of a two-way service)

| SERVICE CATEGORIES | | EARTH STATION TYPES | | | | |
|---|---|---|---|---|---|---|
| | | C-Band Hemi/Zone | | | Ku-Band Spot | |
| | | H4 | H3 | H2 | K3 | K2 |
| 2.048 Mbit/s | Uncommitted | 29,307 | 50,184 | 91,551 | 30,845 | 56,255 |
| | 1-yr | 22,544 | 38,603 | 70,424 | 23,730 | 43,270 |
| | 2-yr | 21,417 | 36,673 | 66,903 | 22,540 | 41,110 |
| | 3-yr | 19,613 | 33,585 | 61,269 | 20,645 | 37,645 |
| | 5-yr | 18,035 | 30,882 | 56,339 | 18,985 | 34,615 |
| | 7-yr | 16,232 | 27,794 | 50,705 | 17,085 | 31,155 |
| | 10-yr | 15,330 | 26,250 | 47,888 | 16,135 | 29,425 |
| | 15-yr | 13,526 | 23,162 | 42,254 | 14,235 | 25,965 |
| 6.312 Mbit/s | Uncommitted | 85,407 | 146,251 | 266,804 | 89,895 | 163,935 |
| | 1-yr | 65,698 | 112,501 | 205,234 | 69,150 | 126,105 |
| | 2-yr | 62,413 | 106,876 | 194,972 | 65,690 | 119,800 |
| | 3-yr | 57,157 | 97,876 | 178,554 | 60,160 | 109,710 |
| | 5-yr | 52,558 | 90,001 | 164,187 | 55,320 | 100,885 |
| | 7-yr | 47,303 | 81,001 | 147,768 | 49,785 | 90,795 |
| | 10-yr | 44,675 | 76,501 | 139,559 | 47,020 | 85,750 |
| | 15-yr | 38,646 | 66,177 | 120,726 | 40,675 | 74,180 |
| 8.448 Mbit/s | Uncommitted | 113,877 | 195,001 | 355,740 | 119,855 | 218,580 |
| | 1-yr | 87,598 | 150,001 | 273,646 | 92,200 | 168,140 |
| | 2-yr | 83,218 | 142,501 | 259,964 | 87,590 | 159,730 |
| | 3-yr | 76,210 | 130,501 | 238,072 | 80,210 | 146,280 |
| | 5-yr | 70,078 | 120,001 | 218,917 | 73,760 | 134,510 |
| | 7-yr | 63,071 | 108,001 | 197,025 | 66,385 | 121,060 |
| | 10-yr | 59,567 | 102,001 | 186,079 | 62,695 | 114,335 |
| | 15-yr | 51,528 | 88,236 | 160,968 | 54,235 | 98,905 |

Notes to Table 3:

1  For Long-Term Commitments of at least five years, a 15% rate reduction may apply in accordance with Part II – B – Section 2.9.

2  Uncommitted rates are for services of at least three months.

3  Due to operational constraints, the use of standard H and K earth stations for IBS carriers will only be possible in a limited number of cases.

**TABLE 4**
**IBS CARRIER SERVICE RATES**
**C-BAND GLOBAL – RATE 3/4 FEC**
**(US$/month)**
(one end of a two–way service)

| SERVICE CATEGORIES | | EARTH STATION TYPES | | | | |
|---|---|---|---|---|---|---|
| | | A | B | F3 | F2 | F1 |
| 64 kbit/s | Uncommitted | 760 | 875 | 1,145 | 1,780 | 3,775 |
| | 1-yr | 585 | 675 | 880 | 1,370 | 2,905 |
| | 2-yr | 555 | 640 | 835 | 1,300 | 2,760 |
| | 3-yr | 510 | 585 | 765 | 1,190 | 2,525 |
| | 5-yr | 470 | 540 | 705 | 1,095 | 2,325 |
| | 7-yr | 420 | 485 | 635 | 985 | 2,090 |
| | 10-yr | 400 | 460 | 600 | 930 | 1,975 |
| | 15-yr | 375 | 435 | 565 | 880 | 1,860 |
| 512 kbit/s | Uncommitted | 5,855 | 6,810 | 8,805 | 13,795 | 28,970 |
| | 1-yr | 4,505 | 5,240 | 6,775 | 10,610 | 22,285 |
| | 2-yr | 4,280 | 4,980 | 6,435 | 10,080 | 21,170 |
| | 3-yr | 3,920 | 4,560 | 5,895 | 9,230 | 19,390 |
| | 5-yr | 3,605 | 4,190 | 5,420 | 8,490 | 17,830 |
| | 7-yr | 3,245 | 3,775 | 4,880 | 7,640 | 16,045 |
| | 10-yr | 3,065 | 3,565 | 4,605 | 7,215 | 15,155 |
| | 15-yr | 2,855 | 3,310 | 4,290 | 6,700 | 14,145 |
| 1.024 Mbit/s | Uncommitted | 10,740 | 12,365 | 16,145 | 25,045 | 53,155 |
| | 1-yr | 8,260 | 9,510 | 12,420 | 19,265 | 40,890 |
| | 2-yr | 7,845 | 9,035 | 11,800 | 18,300 | 38,845 |
| | 3-yr | 7,185 | 8,275 | 10,805 | 16,760 | 35,575 |
| | 5-yr | 6,610 | 7,610 | 9,935 | 15,410 | 32,710 |
| | 7-yr | 5,945 | 6,845 | 8,940 | 13,870 | 29,440 |
| | 10-yr | 5,615 | 6,465 | 8,445 | 13,100 | 27,805 |
| | 15-yr | 5,255 | 6,065 | 7,905 | 12,285 | 25,970 |
| 1.544 Mbit/s | Uncommitted | 16,400 | 18,995 | 24,660 | 38,475 | 81,125 |
| | 1-yr | 12,615 | 14,610 | 18,970 | 29,595 | 62,405 |
| | 2-yr | 11,985 | 13,880 | 18,020 | 28,115 | 59.285 |
| | 3-yr | 10,975 | 12,710 | 16,505 | 25,750 | 54,290 |
| | 5-yr | 9,910 | 11,440 | 14,905 | 23,170 | 49,030 |
| | 7-yr | 9,085 | 10,520 | 13,660 | 21,310 | 44,930 |
| | 10-yr | 8,580 | 9,935 | 12,900 | 20,125 | 42,435 |
| | 15-yr | 7,510 | 8,685 | 11,290 | 17,590 | 37,210 |

## TABLE 4 (CONT'D)
## IBS CARRIER SERVICE RATES
## C-BAND GLOBAL – RATE 3/4 FEC
### (US$/month)
#### (one end of a two-way service)

| SERVICE CATEGORIES | | EARTH STATION TYPES | | | | |
|---|---|---|---|---|---|---|
| | | A | B | F3 | F2 | F1 |
| 2.048 Mbit/s | Uncommitted | 20,500 | 23,835 | 30,825 | 48,270 | 101,285 |
| | 1-yr | 15,770 | 18,335 | 23,710 | 37,130 | 77,910 |
| | 2-yr | 14,980 | 17,420 | 22,525 | 35,275 | 74,015 |
| | 3-yr | 13,720 | 15,950 | 20,630 | 32,305 | 67,780 |
| | 5-yr | 12,315 | 14,335 | 18,515 | 29,035 | 60,855 |
| | 7-yr | 11,355 | 13,200 | 17,070 | 26,735 | 56,095 |
| | 10-yr | 10,725 | 12,470 | 16,125 | 25,250 | 52,980 |
| | 15-yr | 9,460 | 11,030 | 14,225 | 22,335 | 46,705 |
| 6.312 Mbit/s | Uncommitted | 59,350 | 68,345 | 89,240 | 138,425 | 294,610 |
| | 1-yr | 45,655 | 52,575 | 68,645 | 106,480 | 226,625 |
| | 2-yr | 43,370 | 49,945 | 65,215 | 101,155 | 215,295 |
| | 3-yr | 39,720 | 45,740 | 59,720 | 92,640 | 197,165 |
| | 5-yr | 35,570 | 41,390 | 53,485 | 83,830 | 176,565 |
| | 7-yr | 32,870 | 37,855 | 49,425 | 76,665 | 163,170 |
| | 10-yr | 30,950 | 35,750 | 46,535 | 72,405 | 153,615 |
| | 15-yr | 26,885 | 31,235 | 40,430 | 63,265 | 133,370 |
| 8.448 Mbit/s | Uncommitted | 79,650 | 92,285 | 119,770 | 186,915 | 395,290 |
| | 1-yr | 61,270 | 70,990 | 92,130 | 143,780 | 304,070 |
| | 2-yr | 58,205 | 67,440 | 87,525 | 136,590 | 288,865 |
| | 3-yr | 53,305 | 61,760 | 80,155 | 125,090 | 264,540 |
| | 5-yr | 47,755 | 55,550 | 71,805 | 112,510 | 237,015 |
| | 7-yr | 44,115 | 51,115 | 66,335 | 103,520 | 218,930 |
| | 10-yr | 41,450 | 48,245 | 62,325 | 97,715 | 205,815 |
| | 15-yr | 36,040 | 41,905 | 54,195 | 84,870 | 178,875 |

Notes to Table 4:

1   For Long-Term Commitments of at least five years, a 15% rate reduction may apply in accordance with Part II – B – Section 2.9.

2   Uncommitted rates are for services of at least three months.

3   Charges for intermediate sizes are determined by prorating the applicable charge for the next smaller size. For example, the charge for 128 kbit/s is two times the 64 kbit/s charge. Similarly the charge for 768 kbit/s is 1.5 times the charge for 512 kbit/s.

4   Due to operational constraints, the use of standard F1 earth stations for IBS carriers will only be possible in a limited number of cases.

**TABLE 5**
**IBS CARRIER SERVICE RATES**
**C-BAND GLOBAL – RATE 1/2 FEC**
(US$/month)
(one end of a two-way service)

| SERVICE CATEGORIES | | EARTH STATION TYPES | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | A | B | F3 | F2 | F1 | H4 | H3 |
| 64 kbit/s | Uncommitted | 1,145 | 1,145 | 1,145 | 1,145 | 2,290 | 2,975 | 6,345 |
| | 1-yr | 880 | 880 | 880 | 880 | 1,760 | 2,285 | 4,880 |
| | 2-yr | 835 | 835 | 835 | 835 | 1,670 | 2,170 | 4,630 |
| | 3-yr | 765 | 765 | 765 | 765 | 1,530 | 1,985 | 4,240 |
| | 5-yr | 705 | 705 | 705 | 705 | 1,410 | 1,830 | 3,910 |
| | 7-yr | 635 | 635 | 635 | 635 | 1,265 | 1,645 | 3,505 |
| | 10-yr | 600 | 600 | 600 | 600 | 1,195 | 1,550 | 3,310 |
| | 15-yr | 565 | 565 | 565 | 565 | 1,125 | 1,460 | 3,120 |
| 512 kbit/s | Uncommitted | 8,805 | 8,805 | 8,805 | 8,805 | 17,555 | 22,800 | 48,650 |
| | 1-yr | 6,775 | 6,775 | 6,775 | 6,775 | 13,505 | 17,540 | 37,425 |
| | 2-yr | 6,435 | 6,435 | 6,435 | 6,435 | 12,830 | 16,665 | 35,555 |
| | 3-yr | 5,895 | 5,895 | 5,895 | 5,895 | 11,750 | 15,260 | 32,565 |
| | 5-yr | 5,420 | 5,420 | 5,420 | 5,420 | 10,805 | 14,035 | 29,945 |
| | 7-yr | 4,880 | 4,880 | 4,880 | 4,880 | 9,725 | 12,630 | 26,950 |
| | 10-yr | 4,605 | 4,605 | 4,605 | 4,605 | 9,185 | 11,930 | 25,455 |
| | 15-yr | 4,290 | 4,290 | 4,290 | 4,290 | 8,570 | 11,130 | 23,750 |
| 1.024 Mbit/s | Uncommitted | 16,145 | 16,145 | 16,145 | 16,145 | 32,205 | N/A | N/A |
| | 1-yr | 12,420 | 12,420 | 12,420 | 12,420 | 24,775 | N/A | N/A |
| | 2-yr | 11,800 | 11,800 | 11,800 | 11,800 | 23,535 | N/A | N/A |
| | 3-yr | 10,805 | 10,805 | 10,805 | 10,805 | 21,555 | N/A | N/A |
| | 5-yr | 9,935 | 9,935 | 9,935 | 9,935 | 19,820 | N/A | N/A |
| | 7-yr | 8,940 | 8,940 | 8,940 | 8,940 | 17,840 | N/A | N/A |
| | 10-yr | 8,445 | 8,445 | 8,445 | 8,445 | 16,845 | N/A | N/A |
| | 15-yr | 7,905 | 7,905 | 7,905 | 7,905 | 15,735 | N/A | N/A |
| 1.544 Mbit/s | Uncommitted | 24,660 | 24,660 | 24,660 | 24,660 | 49,155 | N/A | N/A |
| | 1-yr | 18,970 | 18,970 | 18,970 | 18,970 | 37,810 | N/A | N/A |
| | 2-yr | 18,020 | 18,020 | 18,020 | 18,020 | 35,920 | N/A | N/A |
| | 3-yr | 16,505 | 16,505 | 16,505 | 16,505 | 32,895 | N/A | N/A |
| | 5-yr | 14,905 | 14,905 | 14,905 | 14,905 | 29,705 | N/A | N/A |
| | 7-yr | 13,660 | 13,660 | 13,660 | 13,660 | 27,225 | N/A | N/A |
| | 10-yr | 12,900 | 12,900 | 12,900 | 12,900 | 25,710 | N/A | N/A |
| | 15-yr | 11,290 | 11,290 | 11,290 | 11,290 | 22,545 | N/A | N/A |

### TABLE 5 (CONT'D)
### IBS CARRIER SERVICE RATES
### C-BAND GLOBAL – RATE 1/2 FEC
#### (US$/month)
(one end of a two-way service)

| SERVICE CATEGORIES | | EARTH STATION TYPES | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | A | B | F3 | F2 | F1 | H4 | H3 |
| 2.048 Mbit/s | Uncommitted | 30,825 | 30,825 | 30,825 | 30,825 | 61,365 | N/A | N/A |
| | 1-yr | 23,710 | 23,710 | 23,710 | 23,710 | 47,205 | N/A | N/A |
| | 2-yr | 22,525 | 22,525 | 22,525 | 22,525 | 44,845 | N/A | N/A |
| | 3-yr | 20,630 | 20,630 | 20,630 | 20,630 | 41,070 | N/A | N/A |
| | 5-yr | 18,515 | 18,515 | 18,515 | 18,515 | 36,870 | N/A | N/A |
| | 7-yr | 17,070 | 17,070 | 17,070 | 17,070 | 33,990 | N/A | N/A |
| | 10-yr | 16,125 | 16,125 | 16,125 | 16,125 | 32,100 | N/A | N/A |
| | 15-yr | 14,225 | 14,225 | 14,225 | 14,225 | 28,300 | N/A | N/A |
| 6.312 Mbit/s | Uncommitted | 89,240 | 89,240 | 89,240 | 89,240 | 178,505 | N/A | N/A |
| | 1-yr | 68,645 | 68,645 | 68,645 | 68,645 | 137,310 | N/A | N/A |
| | 2-yr | 65,215 | 65,215 | 65,215 | 65,215 | 130,445 | N/A | N/A |
| | 3-yr | 59,720 | 59,720 | 59,720 | 59,720 | 119,460 | N/A | N/A |
| | 5-yr | 53,485 | 53,485 | 53,485 | 53,485 | 106,980 | N/A | N/A |
| | 7-yr | 49,425 | 49,425 | 49,425 | 49,425 | 98,865 | N/A | N/A |
| | 10-yr | 46,535 | 46,535 | 46,535 | 46,535 | 93,070 | N/A | N/A |
| | 15-yr | 40,430 | 40,430 | 40,430 | 40,430 | 80,810 | N/A | N/A |
| 8.448 Mbit/s | Uncommitted | 119,770 | 119,770 | 119,770 | 119,770 | 239,500 | N/A | N/A |
| | 1-yr | 92,130 | 92,130 | 92,130 | 92,130 | 184,230 | N/A | N/A |
| | 2-yr | 87,525 | 87,525 | 87,525 | 87,525 | 175,020 | N/A | N/A |
| | 3-yr | 80,155 | 80,155 | 80,155 | 80,155 | 160,280 | N/A | N/A |
| | 5-yr | 71,805 | 71,805 | 71,805 | 71,805 | 143,605 | N/A | N/A |
| | 7-yr | 66,335 | 66,335 | 66,335 | 66,335 | 132,645 | N/A | N/A |
| | 10-yr | 62,325 | 62,325 | 62,325 | 62,325 | 124,700 | N/A | N/A |
| | 15-yr | 54,195 | 54,195 | 54,195 | 54,195 | 108,380 | N/A | N/A |

Notes to Table 5:

1   For Long-Term Commitments of at least five years, a 15% rate reduction may apply in accordance with Part II – B – Section 2.9.

2   Uncommitted rates are for services of at least three months.

3   Charges for intermediate sizes are determined by prorating the applicable charge for the next smaller size. For example, the charge for 128 kbit/s is two times the 64 kbit/s charge. Similarly the charge for 768 kbit/s is 1.5 times the charge for 512 kbit/s.

4   Due to operational constraints, the use of standard F1, H4 and H3 earth stations for IBS carriers will only be possible in a limited number of cases.

## SHORT-TERM IBS USAGE (LESS THAN THREE MONTHS)

Short-term IBS rates are determined by the following algorithm:

| | |
|---|---|
| Charge for a one-day service: | 3 times the one-year service rate divided by 365 |
| Charge for a one-week service: | 2.5 times the one-year service rate divided by 52 |
| Charge for a one-month service: | 2 times the one-year service rate divided by 12 |

In order to arrive at the correct rate, the applicable one-year rate should be multiplied by 12 prior to doing the calculation (i.e., the one-year rate is the per-month charge for a one-year commitment).

Charges for intermediate terms will be based on the rates for the next shorter term, e.g., charges for a 2-week digital carrier will be determined by multiplying the rate for a 1-week service by two. Requests for short-term services of at least 3 months but less than one year should be made as uncommitted service.

## IBS CARRIERS USING NON-STANDARD EARTH STATIONS

- The following rates apply for C-band downlinks:

| Minimum Earth Station G/T (dB/K) | Use IBS Rate for the Following Standard Earth Station |
|---|---|
| 35.0 or better | A |
| 31.7 – 34.9 | B |
| 29.0 – 31.6 | F3 |
| 27.0 – 28.9 | F2 |
| 22.7 –26.9 | F1 |
| 22.1 – 22.6 | H4 |
| 18.3 – 22.0 | H3 |
| 15.1 – 18.2 | H2 |

## IBS CARRIERS USING NON-STANDARD EARTH STATIONS (continued)

- The following rates apply for Ku-band downlinks:

| Minimum Earth Station G/T (dB/K) | Use IBR Rate for the Following Standard Earth Station |
|---|---|
| 37.0 or better | C |
| 34.0 – 36.9 | E3 |
| 29.0 – 33.9 | E2 |
| 25.0 – 28.9 | E1 |
| 23.3 – 24.9 | K3 |
| 19.8 – 23.2 | K2 |

Note:   Earth stations operating with a G/T less than these values must operate as a lease service offering.

## TABLE 6
## PART-TIME IBS STANDARD SERVICE RATE (US$/HOUR, PER 64 kbit/s)

| | EARTH STATION STANDARD | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | F3 | F2 | F1 | C | E3 | E2 | E1 |
| **STANDARD RATE, BASIC IBS, 1/2 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | 4.600 | 4.600 | 5.750 | 6.118 | 6.118 | 4.600 | 4.600 | 6.118 | 6.118 |
| Carrier Size ≥ 1544 kbit/s | 2.875 | 2.875 | 3.594 | 3.824 | 3.824 | 2.875 | 2.875 | 3.824 | 3.824 |
| **STANDARD RATE, BASIC IBS, 3/4 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | 3.220 | 5.152 | 8.050 | 9.596 | 15.456 | 3.220 | 5.152 | 8.823 | 12.043 |
| Carrier Size ≥ 1544 kbit/s | 2.012 | 3.220 | 5.031 | 5.997 | 9.660 | 2.012 | 3.220 | 5.514 | 7.527 |
| **STANDARD RATE, SUPER IBS, 1/2 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | — | — | — | — | — | 6.900 | 8.602 | 11.362 | 19.090 |
| Carrier Size ≥ 1544 kbit/s | — | — | — | — | — | 4.313 | 5.376 | 7.101 | 11.931 |
| **STANDARD RATE, SUPER IBS, 3/4 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | — | — | — | — | — | 8.280 | 11.183 | 14.771 | 24.817 |
| Carrier Size ≥ 1544 kbit/s | — | — | — | — | — | 5.175 | 6.989 | 9.232 | 15.511 |

NOTES:

1. These service rates represent either the half-circuit charge for one end of a full duplex service, or the total charge for a simplex service using the listed receive earth station.

2. Service Rates for any carrier size (e.g., 128, 384, 2048 kbit/s) may be calculated by multiplying the appropriate rate above by the number (n) of 64 kbit/s units required. For 1544 kbit/s n=24. For 2048 kbit/s n=32. For n>15 (960 kbit/s), the 1544 kbit/s rate per 64 kbit/s is cheaper.

3. The economy rate applies during the period 2000-1200 UTC in the AOR only.

Attachment 2, Part II – B

## TABLE 6 (CONT.)
### PART-TIME IBS ECONOMY SERVICE RATE (US$/HOUR, PER 64 kbit/s)

| | EARTH STATION STANDARD | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | F3 | F2 | F1 | C | E3 | E2 | E1 |
| **ECONOMY RATE, BASIC IBS, 1/2 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | 2.750 | 2.750 | 3.348 | 3.658 | 3.658 | 2.750 | 2.750 | 3.658 | 3.658 |
| Carrier Size ≥ 1544 kbit/s | 1.725 | 1.725 | 2.156 | 2.294 | 2.294 | 1.725 | 1.725 | 2.294 | 2.294 |
| **ECONOMY RATE, BASIC IBS, 3/4 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | 1.925 | 3.080 | 4.813 | 5.736 | 9.240 | 1.925 | 3.080 | 5.275 | 7.200 |
| Carrier Size ≥ 1544 kbit/s | 1.2075 | 1.932 | 3.019 | 3.598 | 5.796 | 1.2075 | 1.932 | 3.309 | 4.516 |
| **ECONOMY RATE, SUPER IBS, 1/2 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | — | — | — | — | — | 4.125 | 5.143 | 6.793 | 11.413 |
| Carrier Size ≥ 1544 kbit/s | — | — | — | — | — | 2.588 | 3.226 | 4.261 | 7.159 |
| **ECONOMY RATE, SUPER IBS, 3/4 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | — | — | — | — | — | 4.950 | 6.685 | 8.830 | 14.836 |
| Carrier Size ≥ 1544 kbit/s | — | — | — | — | — | 3.105 | 4.193 | 5.539 | 9.306 |

NOTES:

1    These service rates represent either the half-circuit charge for one end of a full duplex service, or the total charge for a simplex service using the listed receive earth station.

2    Service Rates for any carrier size (e.g., 128, 384, 2048 kbit/s) may be calculated by multiplying the appropriate rate above by the number (n) of 64 kbit/s units required.  For 1544 kbit/s n=24.   For 2048 kbit/s n=32.  For n>15 (960 kbit/s), the 1544 kbit/s rate per 64 kbit/s is cheaper.

3    The economy rate applies during the period 2000 - 1200 UTC in the AOR only.



B-50                                    Attachment 2, Part II – B

## TABLE 7
## OCCASIONAL USE IBS SERVICE RATES (US$/10 MINUTES PER 64 kbit/s)

| | EARTH STATION STANDARD | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | A | B | F3 | F2 | F1 | C | E3 | E2 | E1 |
| **STANDARD RATE, BASIC IBS, 1/2 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | 1.0000 | 1.0000 | 1.2500 | 1.3300 | 1.3300 | 1.0000 | 1.0000 | 1.3300 | 1.3300 |
| Carrier Size ≥ 1544 kbit/s | 0.6250 | 0.6250 | 0.7813 | 0.8313 | 0.8313 | 0.6250 | 0.6250 | 0.8313 | 0.8313 |
| **STANDARD RATE, BASIC IBS, 3/4 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | 0.7000 | 1.1200 | 1.7500 | 2.0860 | 3.3600 | 0.7000 | 1.1200 | 1.9180 | 2.6180 |
| Carrier Size ≥ 1544 kbit/s | 0.4375 | 0.7000 | 1.0938 | 1.3038 | 2.1000 | 0.4375 | 0.7000 | 1.1988 | 1.6363 |
| **STANDARD RATE, SUPER IBS, 1/2 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | — | — | — | — | — | 1.5000 | 1.8700 | 2.4700 | 4.1500 |
| Carrier Size ≥ 1544 kbit/s | — | — | — | — | — | 0.9375 | 1.1688 | 1.5438 | 2.5938 |
| **STANDARD RATE, SUPER IBS, 3/4 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | — | — | — | — | — | 1.8000 | 2.4310 | 3.2110 | 5.3950 |
| Carrier Size ≥ 1544 kbit/s | — | — | — | — | — | 1.1250 | 1.5193 | 2.0068 | 3.3718 |

NOTES:

1  These service rates represent either the half-circuit charge for one end of a full duplex service, or the total charge for a simplex service using the listed receive earth station.

2  Service Rates for any carrier size (e.g., 128, 384, 2048 kbit/s) may be calculated by multiplying the appropriate rate above by the number (n) of 64 kbit/s units required. For 1544 kbit/s n=24. For 2048 kbit/s n=32. For n> 15 (960 kbit/s), the 1544 kbit/s rate per 64 kbit/s is cheaper.

3  The economy rate applies during the period 2000-1200 UTC in the AOR only.

Attachment 2, Part II – B

**TABLE 7 (Continued)**
**OCCASIONAL USE IBS SERVICE RATES (US$/10 MINUTES PER 64 kbit/s)**

| | A | B | F3 | F2 | F1 | C | E3 | E2 | E1 |
|---|---|---|---|---|---|---|---|---|---|
| **ECONOMY RATE, BASIC IBS, 1/2 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | 0.6000 | 0.6000 | 0.7500 | 0.7980 | 0.7980 | 0.6000 | 0.6000 | 0.7980 | 0.7980 |
| Carrier Size ≥ 1544 kbit/s | 0.3750 | 0.3750 | 0.4688 | 0.4988 | 0.4988 | 0.3750 | 0.3750 | 0.4988 | 0.4988 |
| **ECONOMY RATE, BASIC IBS, 3/4 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | 0.4200 | 0.6720 | 1.0500 | 1.2516 | 2.0160 | 0.4200 | 0.6720 | 1.1508 | 1.5708 |
| Carrier Size ≥ 1544 kbit/s | 0.2625 | 0.4200 | 0.6562 | 0.7827 | 1.2600 | 0.2625 | 0.4200 | 0.7193 | 0.9818 |
| **ECONOMY RATE, SUPER IBS, 1/2 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | — | — | — | — | — | 0.9000 | 1.1220 | 1.4820 | 2.4900 |
| Carrier Size ≥ 1544 kbit/s | — | — | — | — | — | 0.5625 | 0.7013 | 0.9263 | 1.5563 |
| **ECONOMY RATE, SUPER IBS, 3/4 FEC** | | | | | | | | | |
| Carrier Size < 1544 kbit/s | — | — | — | — | — | 1.0800 | 1.4586 | 1.9266 | 3.2370 |
| Carrier Size ≥ 1544 kbit/s | — | — | — | — | — | 0.6750 | 0.9116 | 1.2042 | 2.0232 |

Columns A–E1 are grouped under **EARTH STATION STANDARD**.




NOTES:

1   These service rates represent either the half-circuit charge for one end of a full duplex service, or the total charge for a simplex service using the listed receive earth station.

2   Service rates for any carrier size (e.g., 128, 384, 2048 kbit/s) may be calculated by multiplying the appropriate rate above by the number (n) of 64 kbit/s units required. For 1544 kbit/s n=24. For 2048 kbit/s n=32. For n> 15 (960 kbit/s), the 1544 kbit/s rate per 64 kbit/s is cheaper.

3   The economy rate applies during the period 2000-1200 UTC in the AOR only.

## TDMA

### UNCOMMITTED AND LONG-TERM COMMITMENT SERVICE RATES
#### (US$)
(Each end of a 64 kbit/s information rate channel using a standard A station)

| SERVICE CATEGORIES | Rate Per Month | Rate Per Day |
|---|---|---|
| Monthly Uncommitted Rate | 350 | 11.51 |
| One Year Commitment | 270 | 8.88 |
| Two Year Commitment | 255 | 8.39 |
| Three Year Commitment | 235 | 7.73 |
| Five Year Commitment | 215 | 7.07 |
| Seven Year Commitment | 195 | 6.42 |
| Ten Year Commitment | 185 | 6.09 |
| Fifteen Year Commitment | 170 | 5.59 |

Notes:

- TDMA services will be tracked and billed as a daily cumulative count. The daily charge for full-time service (i.e., one-month or longer) is equal to the monthly rates multiplied by 12 and divided by 365. Any fraction of a day will be billed as a full day.

- Standard B and F3 operation is possible, dependent upon the geographic location of the antenna, propagation characteristics and other factors. Management will make a technical evaluation to determine feasibility of Standard B and F3 operation on a case-by-case basis.

Attachment 2, Part II – B

**BVSAT Permanent Virtual Circuit (PVC) Service Rates:**

Table 1
Committed Information Rate (CIR) > 0, Simplex Circuit, (US$ per month)

| Service Categories | | | Receive Earth Station Type | | |
|---|---|---|---|---|---|
| | | | C-Band Hemi | | Ku-Band |
| CIR (kbps) | MBR (kbit/s) | | H4 and above | H3 | K3 and above |
| 64 | 128 | 1-yr. | $850 | $1,700 | $850 |
| | | 2-yr. | $810 | $1,620 | $810 |
| | | 3-yr. | $740 | $1,480 | $740 |
| 128 | 256 | 1-yr. | $1,600 | $3,200 | $1,600 |
| | | 2-yr. | $1,520 | $3,040 | $1,520 |
| | | 3-yr. | $1,390 | $2,780 | $1,390 |
| 192 | 384 | 1-yr. | $2,320 | $4,640 | $2,320 |
| | | 2-yr. | $2,205 | $4,410 | $2,205 |
| | | 3-yr. | $2,020 | $4,040 | $2,020 |
| 256 | 512 | 1-yr. | $3,020 | $6,040 | $3,020 |
| | | 2-yr. | $2,870 | $5,740 | $2,870 |
| | | 3-yr. | $2,630 | $5,260 | $2,630 |
| 512 | 1024 | 1-yr. | $5,725 | $11,450 | $5,725 |
| | | 2-yr. | $5,440 | $10,880 | $5,440 |
| | | 3-yr. | $4,980 | $9,960 | $4,980 |
| 768 | 1536 | 1-yr. | $8,330 | $16,660 | $8,330 |
| | | 2-yr. | $7,915 | $15,830 | $7,915 |
| | | 3-yr. | $7,250 | $14,500 | $7,250 |
| 1024 | 2048 | 1-yr. | $10,875 | $21,750 | $10,875 |
| | | 2-yr. | $10,330 | $20,660 | $10,330 |
| | | 3-yr. | $9,460 | $18,920 | $9,460 |

Table 2- CIR = 0, Simplex Circuit, (US$ per month)

| Service Categories | | | Receive Earth Station Type | | |
|---|---|---|---|---|---|
| CIR | MBR | | C-Band Hemi | | Ku-Band |
| (kbps) | (kbit/s) | | H4 and above | H3 | K3 and above |
| 0 | 64 | 1-yr. | $270 | $540 | $270 |
| | | 2-yr. | $260 | $520 | $260 |
| | | 3-yr. | $235 | $470 | $235 |
| 0 | 128 | 1-yr. | $510 | $1,020 | $510 |
| | | 2-yr. | $485 | $970 | $485 |
| | | 3-yr. | $445 | $890 | $445 |
| 0 | 256 | 1-yr. | $960 | $1,920 | $960 |
| | | 2-yr. | $910 | $1,820 | $910 |
| | | 3-yr. | $835 | $1,670 | $835 |
| 0 | 384 | 1-yr. | $1,390 | $2,780 | $1,390 |
| | | 2-yr. | $1,320 | $2,640 | $1,320 |
| | | 3-yr. | $1,210 | $2,420 | $1,210 |
| 0 | 512 | 1-yr. | $1,815 | $3,630 | $1,815 |
| | | 2-yr. | $1,725 | $3,450 | $1,725 |
| | | 3-yr. | $1,575 | $3,150 | $1,575 |
| 0 | 1024 | 1-yr. | $3,435 | $6,870 | $3,435 |
| | | 2-yr. | $3,265 | $6,530 | $3,265 |
| | | 3-yr. | $2,990 | $5,980 | $2,990 |
| 0 | 1536 | 1-yr. | $5,000 | $10,000 | $5,000 |
| | | 2-yr. | $4,750 | $9,500 | $4,750 |
| | | 3-yr. | $4,350 | $8,700 | $4,350 |
| 0 | 2048 | 1-yr. | $6,525 | $13,050 | $6,525 |
| | | 2-yr. | $6,200 | $12,400 | $6,200 |
| | | 3-yr. | $5,675 | $11,350 | $5,675 |

Table 3 - Constant Bit Rate (CBR), Simplex Circuit, (US$ per month)

| Service Categories | | | Receive Earth Station Type | | |
|---|---|---|---|---|---|
| | | | C-Band Hemi | | Ku-Band |
| CBR (=CIR) | | | H4 and above | H3 | K3 and above |
| 64 | kbit/s | 1-yr. | $725 | $1,450 | $725 |
| | | 2-yr. | $685 | $1,370 | $685 |
| | | 3-yr. | $630 | $1,260 | $630 |
| 128 | kbit/s | 1-yr. | $1,360 | $2,720 | $1,360 |
| | | 2-yr. | $1,290 | $2,580 | $1,290 |
| | | 3-yr. | $1,185 | $2,370 | $1,185 |
| 192 | kbit/s | 1-yr. | $1,970 | $3,940 | $1,970 |
| | | 2-yr. | $1,875 | $3,750 | $1,875 |
| | | 3-yr. | $1,715 | $3,430 | $1,715 |
| 256 | kbit/s | 1-yr. | $2,570 | $5,140 | $2,570 |
| | | 2-yr. | $2,440 | $4,880 | $2,440 |
| | | 3-yr. | $2,235 | $4,470 | $2,235 |
| 512 | kbit/s | 1-yr. | $4,865 | $9,730 | $4,865 |
| | | 2-yr. | $4,625 | $9,250 | $4,625 |
| | | 3-yr. | $4,235 | $8,470 | $4,235 |
| 768 | kbit/s | 1-yr. | $7,080 | $14,160 | $7,080 |
| | | 2-yr. | $6,725 | $13,450 | $6,725 |
| | | 3-yr. | $6,160 | $12,320 | $6,160 |
| 1024 | kbit/s | 1-yr. | $9,245 | $18,490 | $9,245 |
| | | 2-yr. | $8,785 | $17,570 | $8,785 |
| | | 3-yr. | $8,045 | $16,090 | $8,045 |
| 1544 | kbit/s | 1-yr. | $13,540 | $27,080 | $13,540 |
| | | 2-yr. | $12,865 | $25,730 | $12,865 |
| | | 3-yr. | $11,780 | $23,560 | $11,780 |
| 2048 | kbit/s | 1-yr. | $17,605 | $35,210 | $17,605 |
| | | 2-yr. | $16,725 | $33,450 | $16,725 |
| | | 3-yr. | $15,320 | $30,640 | $15,320 |

Notes to Tables 1 to 3:

1) Earth stations smaller than H-3 or G/T≤18.3 dB/K in C-band and K-3 or G/T≤23.3dB/K in Ku-band are not permitted.

2) It is assumed that the earth station has a nominal downlink beam pattern advantage of +2 dB for C-band Hemi beams and +3 dB for Ku-band spot beams.

3) For C-band earth stations located between nominal beam pattern advantage and beam edge, the minimum earth station size is H4 or equivalent G/T.

4) For Ku-band earth stations located between nominal beam pattern advantage and beam edge, the minimum earth station size is E1 or equivalent G/T.

5) Charges for intermediate data rates based on 64 kbps increments are determined by prorating the applicable charge for the next smaller size. For example, the charge for CIR/MBR of 384/768 kbps is 1.5 times the charge for CIR/MBR of 256/512 kbps.

Acronyms:

       CBR - Constant Bit Rate
       CIR - Committed Information Rate
       ISDN - Integrated Services Digital Network
       MBR - Maximum Burst Rate
       PVC - Permanent Virtual Circuit

## SCPC

SCPC service rates are offered on a monthly uncommitted basis and apply to both voice and non-voice activated service.

### SCPC UNCOMMITTED AND LONG-TERM COMMITMENT SERVICE RATES
**(US$/Month)**

(one end of a two-way 64 kbit/s service)

| SERVICE CATEGORIES | EARTH STATION TYPE | |
|---|---|---|
| | __A__ | __B__ |
| Monthly Uncommitted | 390 | 585 |
| Ten-Year Commitment* | 390 | 585 |
| Fifteen-Year Commitment* | 390 | 585 |

Note:   SCPC service will be tracked and billed as a daily cumulative count of channels for each SCPC participant.  The daily charge for full-time service (i.e., one-month or longer) is equal to the above rates multiplied by 12 and divided by 365.

## Occasional Use

- Daily use charges for service ordered for less than 30 days:

  | | |
  |---|---|
  | Days 1 and 2 | 10% of the monthly rate for each day |
  | Days 3 through 10 | 5% of the monthly rate for each day |
  | Day 11 through 20 | 4% of the monthly rate for each day |

- For periods exceedings 20 days but less than a full month, the monthly rate would apply.

- Any fraction of a day will be billed as a full day.

## Non-Standard Earth Stations

- Exceptional operation of SCPC through non-standard earth stations is charged as follows:

  | Service Rate | Minimum Earth Station G/T (dB/K) | RAF |
  |---|---|---|
  | US$ 390.00 | 35 or better | 1.0 |
  | US$ 585.00 | 31.7 - 34.9 | 2.5 |
  | US$1950.00 | 28.7 - 31.6 | 5.0 |
  | US$3900.00 | Under 28.7 | 10.0 |

## Multidestination Half-Duplex Circuits for Networking

- This service provides a single 64 kbit/s transmission rate channel, using 45 kHz bandwidth with each participant having access on a transmit-shared basis. This is a unique application due to the terminal characteristics which are not the same as those defined in IESS module 303.

- Service rate per half-circuit:

  - US$390/month per 64 kbit/s channel networks consisting entirely of Standard A earth stations.

  - US$585/month per 64 kbit/s channel networks consisting of one or more Standard B earth stations.

## Two-Way Audio Conference Service

- Two full-time preassigned SCPC channels are utilized by a number of users to establish a two-way audio conference.

- Service rate per half-circuit:

  - US$780/month for networks consisting entirely of Standard A earth stations.

  - US$1170/month for networks consisting of one or more Standard B earth stations.

Attachment 2, Part II – B

## PROGRAM (RADIO BROADCAST) CHANNEL SERVICES (QPSK/SCPC)

### RATES

- The following rates apply:

| Satellite e.i.r.p. (dBW) | Resource Leased RF Bandwidth (kHz) | Total Charges (US$/Month) |
|---|---|---|
| 1.1 | 45 | $   390.00 |
| 3.1 | 45 | $   585.00 |
| 4.2 | 90 | $   780.00 |
| 6.2 | 90 | $ 1,170.00 |

Note: The service rates for this service, as outlined above, are based upon the existing SCPC service rates, when receiving earth stations having a minimum G/T equal to a Standard A or B are employed. Other earth station sizes may be used as long as the designated satellite resources are not exceeded.

- For single-destination service, the transmit end is billed US$195.00 for 45 kHz service and US$390.00 for 90 kHz service. The receive end is billed the remainder of the total charge.

- For multi-destination service, the transmit end is billed US$195.00 for 45 kHz service and US$390.00 for 90 kHz service. The receive ends share equally the remainder of the total charge, unless other billing arrangements are specified at the time of the service order.

## FDM/FM

## RATES

FDM/FM service rates are only offered on an uncommitted basis. Long-Term Commitments that have not yet expired continue to provide discounts.

### FDM/FM UNCOMMITTED AND LONG-TERM COMMITMENT SERVICE RATES
#### (US$/Month Per Channel)
(one end of a two-way 4 kHz service)

| Service Category | A | C |
|---|---|---|
| Uncommitted | 390 | 390 |
| Five-Year Commitment* | 370 | 370 |
| Ten-Year Commitment* | 360 | 360 |
| Fifteen-Year Commitment* | 340 | 340 |

Notes:

1. FDM/FM is charged in accordance with the configured carrier size. For example, if a customer utilizes 30 channels within a configured 60-channel carrier, that customer will be charged for 60 channels.

2. FDM/FM service will be tracked and billed as a daily cumulative count of channels (depending on the configured carrier size) for each FDM/FM participant. The daily charge for full-time service (i.e., one-month or longer) is equal to the above rates multiplied by 12 and divided by 365.

## Occasional Use

- Daily use charges for service ordered for less than 30 days:

  | | |
  |---|---|
  | Days 1 and 2 | 10% of the monthly rate for each day |
  | Days 3 through 10 | 5% of the monthly rate for each day |
  | Day 11 through 20 | 4% of the monthly rate for each day |

- For periods exceeding 20 days but less than a full month, the monthly rate would apply.

- Any fraction of a day will be billed as a full day.

Attachment 2, Part II – B

**Non-Standard Earth Stations**

Exceptional operation of FDM/FM through non-standard earth stations is charged as follows:

| Downlink | | | Monthly Service Rate (US$) |
|---|---|---|---|
| 4 GHz G/T (dB/K) | 11/12 GHz G/T (dB/K) | RAF | |
| 35 or better | 37 or better | 1.0 | 390 |
| 29.0 – 34.9 | 34.0 - 36.9 | 2.5 | 975 |
| 27.0 – 28.9 | 29.0 - 33.9 | 5.0 | 1,950 |
| 22.7 – 26.9 | 15.0 - 28.9 | 10.0 | 3,900 |

# PROGRAM (RADIO BROADCAST) CHANNEL SERVICES (FDM/FM)

## RATES

Full-Time Service

### Single and Multi-Destination Service
(US$ per month)

|  | Total Charge |
|---|---|
| 4 kHz channel | 390.00 |
| 8 kHz channel | 780.00 |
| 12 kHz channel | 1,170.00 |
| 16 kHz channel | 1,560.00 |

- For single destination service, the total charge is split evenly between the transmit and receive earth stations.

- For multi-destination service, the transmit end is billed one-half of the total charge and the receive stations share evenly the other half of the total charge. The total charge is the same for single or multi-destination service.

Occasional-Use Service

- Daily use using Standard A or C earth stations:

| Days 1 and 2 | US$39.00/day |
|---|---|
| Days 3 through 10 | US$19.50/day |
| Day 11 through 20 | US$15.60/day |

  For periods exceeding 20 days but less than a full month, the monthly rate applies.

- Any fraction of a day will be billed as a full day. Continued use beyond 30 consecutive days is considered full-time service.

- This service is eligible for substantial service rate incentives if operated on inclined orbit satellites.

Attachment 2, Part II – B

## CFDM/FM

## RATES

CFDM/FM service rates are only offered on an uncommitted basis. Long-Term Commitments that have not yet expired continue to provide discounts.

### CFDM UNCOMMITTED AND LONG-TERM COMMITMENT SERVICE RATES
**(US$/Month)**
(one end of a two-way 4 kHz service)

| SERVICE CATEGORIES | EARTH STATION TYPE | | |
| --- | --- | --- | --- |
| | A | B | C |
| Uncommitted | 340 | 390 | 340 |
| Five-Year Commitment* | 320 | 390 | 320 |
| Ten-Year Commitment* | 300 | 390 | 300 |
| Fifteen-Year Commitment* | 280 | 390 | 280 |

Note:  CFDM service will be tracked and billed as a daily cumulative count of channels for each participant.  The daily charge for full-time service (i.e., one-month or longer) is equal to the above rates multiplied by 12 and divided by 365.

CFDM is charged in accordance with the configured carrier size.  For example, if a customer utilizes 30 channels within a configured 60-channel carrier, that customer will be charged for 60 channels.

## Occasional Use

- Daily use charges for service ordered for less than 30 days:

| Days 1 and 2 | 10% of the monthly rate for each day |
| --- | --- |
| Days 3 through 10 | 5% of the monthly rate for each day |
| Day 11 through 20 | 4% of the monthly rate for each day |

- For periods exceeding 20 days but less than a full month, the monthly rate would apply.

- Any fraction of a day will be billed as a full day.



**Non-Standard Earth Stations**

Exceptional operation of CFDM through non-standard earth stations is charged as follows:

| Downlink | | | Monthly Service Rate (US$) |
|---|---|---|---|
| 4 GHz G/T (dB/K) | 11/12 GHz G/T (dB/K) | RAF | |
| 35 or better | 37 or better | 1.0 | 340 |
| 29.0 – 34.9 | 34.0 - 36.9 | 2.5 | 850 |
| 27.0 – 28.9 | 29.0 - 33.9 | 5.0 | 1,700 |
| 22.7 – 26.9 | 15.0 - 28.9 | 10.0 | 3,400 |

Attachment 2, Part II – B

## PROGRAM (RADIO BROADCAST) CHANNEL SERVICES (CFM/SCPC)

### RATES

- The following rates apply to 8 kHz channel services:

| Satellite e.i.r.p. (dBW) | Resource Leased RF Bandwidth (kHz) | Total Charges (US$/Month) |
|---|---|---|
| 1.1 | 90 | $ 390.00 |
| 3.1 | 90 | $ 975.00 |
| 5.3 | 90 | $ 1,950.00 |
| 10.7 | 90 | $ 3,900.00 |

- The following rates apply to 16 kHz channel services:

| Satellite e.i.r.p. (dBW) | Resource Leased RF Bandwidth (kHz) | Total Charges (US$/Month) |
|---|---|---|
| 4.2 | 180 | $780.00 |
| 6.2 | 180 | $1,950.00 |
| 8.4 | 180 | $3,900.00 |
| 13.8 | 180 | $7,800.00 |

## VISTA AND SUPER VISTA

## RATES

- Each Customer in a Vista network is required to pay for its own usage.

- Substantial service rate reductions are available through the use of inclined orbit operation satellites.

| Vistas and Super Vista Service Rates (US$/Month) | | |
|---|---|---|
| | Vista Per Channel | Super Vista Per Demand Assigned Channel Unit[1] |
| Preemptible | 265 | 95 |
| Non-Preemptible | 525 | 188 |

[1] It is important to note that while Vista is charged on a per channel basis, Super Vista is charged on a demand assigned channel unit basis, for all demand assigned channel units in the network, including those in the master station.

Notes:

- Vista service will be tracked and billed as a daily cumulative count of channels for each participant. The daily charge for full-time service (i.e., one-month or longer) is equal to the above rates multiplied by 12 and divided by 365.