C.    **TERMS AND CONDITIONS FOR OCCASIONAL USE SERVICES**

1.    **OCCASIONAL TELEVISION SERVICE**

1.1    <u>Applicability</u>.

The Customer may order new Occasional Use Television Service (as defined below) after the Closing Date with the consent of the Company and upon mutually agreed terms and conditions. The Customer acknowledges and agrees that this Novation Agreement and, specifically, the Occasional Television Service reservation policy described below do not create any right of the Customer to order services from the Company, except such right as may be expressly within the scope of the Terms and Conditions applicable to the Customer's Novated Contracts. The terms and conditions set forth below are intended to define the terms and conditions of reservation of Occasional Television Services, if any, included among the Customer's Novated Contracts.

"Occasional Television Service" is a television transmission service that is offered on a per minute or periodic basis, for time periods of less than one day. Terms and conditions for Occasional Television Services reserved on or after April 1, 2000 are as set forth in this Section 1. For terms and conditions for Occasional Television Services reserved prior to April 1, 2000, refer to Part II - C - Section 3 – "Occasional Television Service Reserved Prior to April 1, 2000".

Occasional Television Services may be non-preemptible or preemptible as determined between the Company and the Customer at the time of booking. Non-preemptible and preemptible services are more fully defined in Part II – C – Sections 1.3 and 1.4 below.

1.2    <u>General Terms and Conditions for Ordering Service</u>.

(a)    <u>Minimum Length of Service</u>: 10 continuous minutes.

(b)    <u>Reservation and Booking Procedures</u>:

(i)    <u>Lead Time</u>:  Subject to capacity availability, requests for dedicated capacity will be accepted and confirmed without lead-time limitation. Requests for non-dedicated capacity normally will be confirmed no more than 60 days prior to the scheduled start of service. However, in instances where the Company has already approved a GR for a short-term or long-term lease, subsequent occasional use requests for such capacity will be confirmed up to 6 months prior to the scheduled start of the Occasional Television Service, provided

the Occasional Television Service takes place prior to the scheduled start date of the approved GR and subject to capacity availability.

(ii)    <u>Ordering Customer</u>:  Each Occasional Television Service will be ordered by one customer, who will serve as the point-of-contact for the service (the "Ordering Customer").  The Ordering Customer will indicate the countries from which the service would be accessed, and identify the other service participants in the request for billing purposes.

(iii)   <u>Customer Compliance</u>:  Orders will be accepted from customers for operation in any location. However, in order for the service order to be accepted by the Company, each service participant must be authorized to order Occasional Television Services in the country from which they will be accessing the service.  All service participants will be responsible for compliance with all local laws and licensing regulations pertaining to the operation of the service in question.  The Company will have the right to request that the Customer provide evidence that necessary host country licenses and authorizations have been secured, prior to the activation of service.

(iv)   <u>Precedence</u>:  Precedence for confirmed services will be established according to the chronological order of receipt of the service order.

(v)    <u>Confirmation</u>:  The Company will copy indicated service participants on service confirmation messages. In the event of a disagreement between service participants, the Ordering Customer will be requested to coordinate an acceptable agreement. If such agreement cannot be reached, the Ordering Customer will be held responsible for payment of any applicable charges, which may include cancellation penalties, or actual transmission charges.

(vi)   <u>Block bookings</u>:  Block bookings for dedicated capacity that extend more than 5 days prior to the actual start date of the event and that extend more than 5 days after the end-date of the event will not be accepted.

(vii)    <u>Pencil Bookings</u>:

    (A)    The Company will accept pencil bookings up to 72 hours in advance of the service start time.

    (B)    The capacity requested for a pencil booking would be reserved only for a 48 hour period, or until 72 hours in advance of the service start time, whichever occurs earlier.

    (C)    If the pencil booking is not upgraded to a confirmed service within the given time, the booking will be deleted automatically from the booking system without notification to the Customer.

    (D)    There are no cancellation penalties applicable to a pencil booking.

    (E)    In general, pencil bookings will not be allowed to be re-submitted, once they have expired. Amendments or extensions to pencil bookings will not be permitted.

    (F)    Confirmed bookings received for capacity for which a pencil booking has already been submitted will be allowed to enter a queue for such capacity. Should the pencil booking expire, the confirmed booking in queue would automatically be confirmed.

(viii)    <u>Service Quality Report</u>: In the event that a transmission is considered to have less than acceptable quality, the Customer should submit a report to the Company containing the details relating to such matter and the Company agrees to respond to such report and address the matters contained therein as soon as practicable.

(c)    <u>Amendments</u>: There are three methods to amend Occasional Television Service: cancel service, extend service or service flexibility.

(i)    <u>Cancel Service</u>: The charges set forth below apply upon notice of cancellation of a confirmed order. Such charges will also apply to the portion of confirmed but unused time if any date/time change

to an existing confirmed order occurs which results in a reduction of time. For any such cancellation or reduction occurring:

(A)    less than 24 hours prior to the scheduled time of service: 60 percent of the charges associated with the confirmed service (i.e., the transmitter will be charged 60 percent of the uplink charge and each receiver will be charged 60 percent of the applicable downlink charge);

(B)    between 1 and 10 days prior to the scheduled time of service: 40 percent of the charges associated with the confirmed service;

(C)    more than 10 days and up to 60 days prior to the scheduled time of service: 20 percent of the charges associated with the confirmed service; and

(D)    more than 60 days prior to the scheduled time of service: 5 percent of the charges associated with the confirmed service.

For double-hop services, the intermediate point will not be charged a cancellation fee unless the transmission is used and distributed at the intermediate point.

(ii)    <u>Extension of Service</u>: Extensions must be for a minimum of 5 minutes beyond the scheduled end of service. Approval of an extension is subject to capacity availability.

(iii)    <u>Service Flexibility</u>: The Customer may change the start time of a service (subject to capacity availability) with no penalty or loss of precedence provided the new start time is not more than 12 hours before or 12 hours after the originally requested start date and time, and the revised time period is no less than the originally requested amount of time.

(d)    <u>Charges</u>: Service orders will be charged for the amount of time confirmed as well as for any additional time used. Therefore, if the actual elapsed time of transmission is less

than the amount of time that had been confirmed, the Customer will still be liable for the charges associated with the number of minutes of the confirmed service. No completion report is required.

(e)    Billing: In general, billing will automatically be allocated equally between the service participants for a single down-link service. In the case of a multiple down-link service, 50 percent of the billing share will be allocated to the transmit customer and 50 percent of the billing share will be divided evenly among the receive customers. However, the Ordering Customer has the option to assume 100 percent of billing share, if all service participants are in agreement to such arrangement.

(f)    Service Restoration/Priority of Services: The applicable service restoration and priority of service principles are detailed in Part I – Section 6 of these Terms and Conditions.

(g)    Allowance for Interruption: Allowances for interruption in availability are made for the period of time the service is not available and, as determined by the Company, the interruption is attributable to the Company's Space Segment. No allowance or credit is provided for any interruption that is not caused by the Company.

1.3    Non-Preemptible Occasional Television Service on Dedicated Capacity.

(a)    This non-preemptible service offering provides non-preemptible analog and digital Occasional Television Service on dedicated global capacity in standard bandwidth units of 9, 18, 27 and 36/41 MHz.

(b)    Each bandwidth has a set price, determined by the Company.

1.4    Preemptible Occasional Television Service on Non-Dedicated Capacity.

(a)    This preemptible service offering provides preemptible analog and digital Occasional Television Service on non-dedicated capacity (i.e., any available capacity with the exception of the dedicated global capacity) in bandwidths ranging from 2.25 MHz to a full transponder.

(b)    Upon acceptance by the Company of a Customer request, a temporary upgrade of this preemptible service to non-preemptible status is available on a case-by-case basis with

Attachment 2, Part II – C

the charge being equal to that of a non-preemptible service on dedicated capacity.

(c)  For the purpose of establishing tariff breakpoints for this preemptible service, the standard capacity increments shall be: 2.25, 4.50, 6, 9, 12, 15, 18, 24, 30, 36, 48 and 72 MHz. Other bandwidth requirements will be charged at the next higher bandwidth level, or as otherwise agreed by the Company and the Customer.

1.5   Scheduled Event Service.

(a)  Description:  Event service is developed specifically for the Customer with scheduled events (e.g., sports events, international meetings) that extend over a period of days or weeks.

(b)  Schedule:  A schedule of the programming for an event service must specify all of the service parameters, including dates, and the start/end times for each program, and must be received by the Company no later than 15 days prior to the first scheduled event program.

(c)  Extensions:  Extensions to the programs included in the schedule will also receive the discounted rate (subject to capacity availability).  The scheduled programs will be considered guaranteed and will therefore be billable even if the Customer subsequently decides to cancel all or part of the transmissions.

(d)  Discounts:

(i)  Discounted rates will be offered if the Customer uses either dedicated or non-dedicated capacity and guarantees commitments of a minimum amount of 15 hours of usage in a 30 day period (not necessarily a calendar month), with each program being at least 10 minutes in duration.  Although service parameters, such as the type of capacity, preemptibility and amount of bandwidth may differ, all transmissions for the total time committed must either have the same transmitter or the same receiver(s).

(ii)  A 10 percent discount will be offered if the Customer guarantees at least 15 hours but less than 30 hours usage of scheduled event service in a 30-day period.  A 15 percent discount will be offered if

the Customer guarantees at least 30 hours but less than 60 hours of such usage in a 30-day period. A 20 percent discount will be offered if the Customer guarantees at least 60 hours but less than 120 hours usage in a 30-day period. A 25 percent discount will be offered if the Customer guarantees at least 120 hours usage in a 30-day period. All customers who participate in the transmission will receive the same percentage discount.

(e) <u>Service Requirements</u>: To be eligible for the scheduled event service discount, the following requirements must be met:

(i) the total amount of time confirmed must be at least 15 hours within a 30 day period;

(ii) each ordered transmission must be at least 10 minutes in length;

(iii) all transmissions for the total time committed must either have the same transmitter or the same receiver(s);

(iv) the schedule of services must be submitted to the Company no later than 15 days prior to the first scheduled event program. This schedule must contain the date, orbital location, beam type, bandwidth, preemptibility, the start and end time for each of the scheduled programs, the total number of minutes being committed, the countries from which the service will be accessed as well as the other participants in the service. The schedule of services may be submitted at any time up to 15 days prior to the first scheduled event program; and

(v) following confirmation of a schedule of services, the scheduled programs will be considered guaranteed and will therefore be billable even if the Customer subsequently decides to cancel all or part of the transmissions.

All other general terms and conditions for Occasional Television Service apply to scheduled event service.

1.6    Scheduled Recurring Service.

(a)    Description:  Recurring service is designed specifically for customers who wish to guarantee the Company's capacity for daily programming (such as news broadcasts) over one calendar month.

(b)    Order Procedure:  The monthly order must be received by the Company no later than the 15th day of the month preceding the month for which the programs are being scheduled.

(c)    Discounts: Scheduled recurring service transmissions receive a 20 percent discount.  A discount will be offered if the Customer uses either dedicated or non-dedicated capacity guarantees the same time pattern of programming every week (i.e., minimum of 4 days a week) for at least 10 minutes per program.  All programming being scheduled must be between the same transmit and receive participants, although additional receive participants may be added at any time.

(d)    Service Requirements: To be eligible for the scheduled recurring service discount, the following requirements must be met:

(i)    the schedule of services must include programming on at least 4 days per week during the scheduled calendar month;

(ii)    at least on 4 days per week, the scheduled start and end times must be identical.  If the service is for more than 4 days per week, the other days may have different start and end times but all of the ordered days under the recurring service must be for the same duration;

(iii)    each of the scheduled transmissions must be at least 10 minutes in length;

(iv)    all of the transmissions must be between the same billable customers, although additional receive participants may be added at any time;

(v)    the monthly schedule of services must be submitted to the Company no later than the 15th day of the preceding month.  This schedule must contain the programming dates, times and capacity information

for the scheduled programs, total number of minutes being committed, countries from where the service will be accessed as well as other participants in the service. The schedule of services may be submitted at any time up to the 15th day of the month preceding the month being scheduled;

(vi)    following the confirmation of a service schedule, the programs will be considered guaranteed and will therefore be billable even if the Customer subsequently decides to cancel all or part of the transmissions; and

(vii)    once a service is confirmed, the start and end times may not be changed, except in the case of an extension beyond the scheduled end of service.

(e)    <u>Extensions</u>: Extensions to qualifying programs, subject to capacity availability, will also receive the discounted rate described above. The scheduled programs will be considered guaranteed and will therefore be billable even if the Customer subsequently decides to cancel all or part of the transmissions.

## 2.    OCCASIONAL USE IBS

### 2.1    <u>Booking.</u>

Occasional use IBS service is leased as required, by booking in advance of each period of use. The minimum initial period of use for each reservation is 10 minutes, with additional increments of 10 minutes available.

### 2.2    <u>Cancellation.</u>

Occasional use IBS service may be canceled at any time prior to the scheduled period of use. Cancellation charges for confirmed services will be as follows:

(a)    more than 48 hours prior to scheduled use: no charge;

(b)    between 24 and 48 hours prior to scheduled use: one half of the appropriate use charge; and

(c)    less than 24 hours prior to scheduled use: full appropriate use charge.

2.3     Rates.

Super and basic occasional use IBS service is offered at standard and economy rates. The economy rate applies during the period from 20:00 to 12:00 hours Universal Time Constant ("UTC") in the AOR only. Applicable rates and related increments of purchase are listed in the Novated Service Rate Schedule.

**3.     OCCASIONAL TELEVISION SERVICE RESERVED PRIOR TO APRIL 1, 2000**

The following are the terms and conditions for Occasional Television Services reserved prior to April 1, 2000 that differ from those terms and conditions outlined in Section 1 above.

3.1     Non-Preemptible Occasional Television Service on Non-Dedicated Capacity.

(a)     Cancellation Charges:

(i)     The following charges apply to the portion of confirmed but unused time if any date/time change to an existing confirmed order occurs which results in a reduction of time more than 10 days and up to 30 days prior to the scheduled time of service: 20 percent of the charges associated with the confirmed service.

(ii)    There is no charge for canceling more than 30 days prior to the scheduled start of service.

(b)     Reservation Policy:

(i)     Precedence for confirmed services will be established according to the chronological order of receipt of the initial matching order.

(ii)    Confirmation of each order will be made either upon receipt of an initial matching order, or alternatively, when the requesting entity agrees to pay all space segment charges.

3.2     Multiple Access Guaranteed Television Service.

The Multiple Access Guaranteed ("MAG") television service offering provides non-preemptible analog and digital occasional television service on dedicated global capacity ranging from 9 MHz to 36/41 MHz. Once a MAG service is confirmed, it is a guaranteed service, and therefore may

not be amended (except in the case of extensions or adding participants) or canceled.

(a)  <u>Charge</u>:  Unlike non-preemptible and preemptible Occasional Television Services, MAG service has a fixed total charge regardless of the number of uplink or downlink points.

(b)  <u>Off-Peak</u>:  This service also includes an off-peak rate for those time periods when there has historically been little usage of occasional television service.  In order to receive the off-peak rate, the service must fall entirely within the off-peak period defined for each region as follows:

(i)  AOR – 0000-1000 UTC;

(ii)  IOR – 2300-0400 UTC; and

(iii)  POR – 1600-2100 UTC.

(c)  <u>Coordinating Entity</u>:  For a MAG service, a designated participant takes the responsibility for the ordering and coordinating of all activities associated with the service. This participant is referred to as the "Coordinating Entity". The Coordinating Entity may be redesignated at any time but the Company must be advised in advance.  The single Coordinating Entity is responsible for the following:

(i)  the coordination of operational and ordering matters related to the service on behalf of all participating entities; and

(ii)  prior to commencement of service, informing the Company of the manner in which liability for the payment and billing of space segment charges is to be distributed.  In the event a customer designated by the Coordinating Entity as responsible for partial payment of space segment charges fails to issue a matching request, the Coordinating Entity will be responsible for payment on behalf of the non-matched customer.

(d)  <u>Redesignation of the Coordinating Entity</u>:  Redesignation of the Coordinating Entity may be made at any time, by mutual agreement between the current and newly designated Coordinating Entities, provided such agreement is made known to the Company before such redesignation becomes effective.

Attachment 2, Part II – C

(e)    Multiple Transmissions: Within any ordered period, multiple transmissions may be accommodated under the management of the Coordinating Entity. Each Coordinating Entity participating in a MAG service is required to submit a matching request confirming their participation in the service.

(f)    Reservation Policy: Precedence for MAG services will be established according to the chronological order of receipt of the initial order from the Coordinating Entity. Orders confirmed under this service must be reserved on a guaranteed basis for a specific transmission time, and once a service is confirmed, the service can neither be canceled nor amended (except to extend the service period, subject to capacity availability, and/or to add participants).

(g)    Service Flexibility: Once a service is confirmed, the start and end times may not be changed, except in the case of an extension beyond the scheduled end of service.

(h)    Cancellation and Amendment Policy: The scheduled programs will be considered guaranteed and will therefore be billable even if the customer subsequently decides to cancel any of the transmissions. The only amendments that will be permitted are those that extend the period of the guaranteed service and/or to add participants.

3.3    Scheduled Event Service.

(a)    Service Requirements: The schedule of services must be submitted to the Company no later than 15 days prior to the first scheduled event program. This schedule must contain the date, orbital location, beam type, bandwidth, preemptibility and the start and end time for each of the scheduled programs, as well as the total number of hours being committed. Additionally, matches from all participating customers must be submitted to the Company no later than 15 days prior to the first scheduled event program.

(b)    Reservation Policy: Precedence and confirmation for a schedule of services will be established according to the chronological order of receipt of the initial matching order or, alternatively, when the requesting entity agrees to pay all Space Segment charges.

3.4    <u>Scheduled Recurring Service.</u>

(a)    <u>Reservation Policy</u>:  Precedence and confirmation for a schedule of services will be established according to the chronological order of receipt of the initial matching order or, alternatively, when the requesting entity agrees to pay all Space Segment charges.

4.    **OCCASIONAL USE SERVICE RATES**

**OCCASIONAL TELEVISION SERVICE**

## RATES

Occasional television service is a television transmission service that is offered on a per minute or periodic basis, for time periods of less than one day. Service orders will be charged for the amount of time confirmed as well as for any additional time used. Therefore, if the actual elapsed time of the transmission is less than the amount of time that has been confirmed, the Customer will still be liable for the charges associated with the number of minutes of the confirmed service.

Two discount programs are available for customers that can guarantee a minimum amount of usage on either dedicated or non-dedicated capacity.

## NON-PREEMPTIBLE OCCASIONAL TELEVISION SERVICE
## ON DEDICATED CAPACITY

### RATES

The uplink ad downlink charges for point-to-point and point-to-multipoint service are contained in Table 1.

TABLE 1
NON-PREEMPTIBLE OCCASIONAL TELEVISION SERVICE
ON DEDICATED CAPACITY

| Transponder Type | Bandwidth (MHz) * | Rate Per Minute (U.S. $) Single and Multiple-Destination | |
|---|---|---|---|
| | | Up-Link | Down-Link |
| C-Band Global | 9 | 4.50 | 4.50 |
| | 18 ** | 6.50 | 6.50 |
| | 27 | 9.75 | 9.75 |
| | 36/41 *** | 13.00 | 13.00 |

| * | Bandwidth requirements other than those listed on this table will be charged at the next higher bandwidth level. |
|---|---|
| ** | Utilized for 20 MHz analog TV. |
| *** | Utilized for 30 MHz analog TV. |

**Canceled Service:** The following charges apply upon notice of cancellation of a confirmed order. These charges will also apply to the portion of confirmed, but unused time, if any date/time change to an existing confirmed order occurs which results in a reduction of time.

| Service Canceled | Penalty Percentages* |
|---|---|
| Within 24 hours | 60% |
| 1-10 days prior | 40% |
| 10-60 days prior | 20% |
| 60+ days prior | 5% |

*based on charged associated with confirmed service

## PREEMPTIBLE OCCASIONAL TELEVISION SERVICE
## ON NON-DEDICATED CAPACITY

### RATES

Service rates are neither dependent on the type of transponder used (*e.g.*, global, hemi, Ku-band spot), nor on whether the service is provided on standard or premium capacity. The uplink and downlink charges for point-to-point and point-to-multipoint service are contained in Table 2.

### TABLE 2
### PREEMPTIBLE OCCASIONAL TELEVISION SERVICE
### ON NON-DEDICATED CAPACITY

| Transponder Type | Bandwidth (MHz) * | Rate Per Minute (U.S. $) Single-Destination and Multiple-Destination | |
|---|---|---|---|
| | | Up-Link | Down-Link |
| All Beam Types | 2.25 | 1.40 | 1.40 |
| | 4.50 | 2.10 | 2.10 |
| | 6 | 2.50 | 2.50 |
| | 9 | 3.20 | 3.20 |
| | 12 | 3.80 | 3.80 |
| | 15 | 4.30 | 4.30 |
| | 18 | 4.60 | 4.60 |
| | 24 | 6.30 | 6.30 |
| | 30 | 7.70 | 7.70 |
| | 36 | 9.10 | 9.10 |
| | 48 | 12.10 | 12.10 |
| | 72 | 18.20 | 18.20 |

\*   Bandwidth requirements other than those listed on this table will be charged at the next higher bandwidth level.

**Canceled Service**: The following charges apply upon notice of cancellation of a confirmed order. These charges will also apply to the portion of confirmed, but unused time, if any date/time change to an existing confirmed order occurs which results in a reduction of time.

| Service Canceled | Penalty Percentages* |
|---|---|
| Within 24 hours | 60% |
| 1-10 days prior | 40% |
| 10-60 days prior | 20% |
| 60+ days prior | 5% |

*based on charges associated with confirmed service

**D.**   **TERMS AND CONDITIONS FOR DEMAND-BASED SERVICES**

**1.**   **THIN ROUTE-ON-DEMAND (INTELSAT DAMA)**

1.1   Applicability.

The Customer may order new DAMA or other demand-based services after the Closing Date with the consent of the Company and upon mutually agreed terms and conditions, but nothing in this Part II-D shall entitle the Customer to so order new DAMA or other demand-based Services without such consent and agreement.

1.2   Service Description.

Thin Route-on-Demand service provides demand assigned SCPC circuit connections for telephony service (i.e., speech, facsimile and voice-band data) at 16 kbit/s, and data service at 64 kbit/s between Standard A, B, F3, F2, F1 and VSAT earth stations.

1.3   Billing.

(a)   Thin Route-on-Demand service is billed in accordance with the duration of answered calls following successful establishment of a bi-directional satellite connection between calling and called channel units, rounded up to the next highest minute.

(b)   Each customer pays for its own usage.

1.4   Activation.

(a)   Thin Route-on-Demand channel units are activated on a first-come, first-served basis, subject to availability of satellite capacity allocated to Thin Route-on-Demand service.

1.5   Converting Allotments to Thin Route-on-Demand Service.

(a)   Customers converting Allotments (as defined in Part II-A-Section 2.1) from FDM/FM, CFDM, or SCPC on a one-to-one basis (e.g., a 4 kHz FM channel to a 16 kbit/s channel unit) will no longer be subject to the terms of their associated Long-Term Commitments (as defined in Part II-B-Section 2.1). If the Customer wishes to convert existing FDM/FM, CFDM or SCPC service Allotments as set forth in this Part II – D – Section 1.5 (a), the Customer may exercise the conversion option by converting to DAMA service or any alternative service offered by the Company

at the time such a conversion is agreed. The maximum reduction in channel commitments permitted under this program for all customers is 2,000 channels.

(b) Long-Term Commitments currently associated with IDR, TDMA and IBS may not be converted to Thin Route-on-Demand, nor may such long-term commitments be converted to FDM/FM, CFDM or SCPC.

1.6 Ordering Service.

Customers shall use the following procedures for ordering service:

(a) At the time of activating service, the Customer may contact the Company, if desired, for information regarding other network participants with current DAMA services and for information concerning registered and approved DAMA terminals. The Company also will provide service planning guidelines for international PSTN services.

(b) For international PSTN services, the Customer must secure its own traffic agreements with its intended correspondents among the Thin Route-on-Demand user community. The Company will assist the Customer with up-to-date multilateral traffic plans.

(c) The Customer should begin planning its equipment installation/modification (including purchase of new equipment of earth station upgrades). The Customer should contact the equipment vendor for a quotation for equipment and installation services.

(d) The Customer should submit the DAMA Service Registration Request to the Company, which includes the Traffic Routing Requirements. The Customer also must submit SSOG registrations for any new earth stations to the Company.

(e) The Customer should schedule testing and service commissioning activities with the Company. The Customer shall complete all tests on the new or modified routes with its correspondents and establish service cut-over.

Attachment 2, Part II – D

E.    **TERMS AND CONDITIONS FOR CABLE RESTORATION SERVICES**

1.    **SERVICE SUMMARY**

1.1    Applicability.

The Customer may order new Cable Restoration Service after the Closing Date with the consent of the Company and upon mutually agreed terms and conditions. The Customer acknowledges and agrees that this Novation Agreement and, specifically, the Cable Restoration Service reservation policy described below do not create any right of the Customer to order services from the Company, except such right as may be expressly within the scope of the Terms and Conditions applicable to the Customer's Novated Contracts. The terms and conditions set forth below are intended to define the terms and conditions of reservation of Cable Restoration Services, if any, included among the Customer's Novated Contracts.

1.2    Service Description.

Cable restoration services are offered on a leased and channel and carrier basis on both designated inclined orbit operation ("IOO") capacity and station-kept capacity. Except as otherwise set forth herein, the terms and conditions for lease services or for Channel and Carrier Services, as the case may be, shall apply to cable restoration services.

1.3    Service on IOO Satellites.

The only designated IOO capacity available as of the Closing Date is on the satellite located at 330.5° East. Cable restoration services on IOO satellites are available under the following options, in each case as described further below:

(a)    Single Cable Restoration Service;

(b)    Multiple Cable Restoration Service; and

(c)    Secondary Cable Restoration Service.

1.4    Service on Station-Kept Capacity.

Cable restoration services on station-kept capacity are offered under the following options, in each case as described further below:

(a)    Non-Preemptible Transponder Lease Service;

(b)    Preemptible Transponder Lease Service;

        (c)      Non-Preemptible Variable Cable Restoration Service;

        (d)      Preemptible Variable Cable Restoration Service; and

        (e)      Ad Hoc Cable Restoration Service.

1.5    Cable Circuit Restoration Service.

        Cable restoration service is also offered on a channel and carrier basis under the Cable Circuit Restoration Service, as described further below. This service is available on both IOO and station-kept capacity.

## 2.    CABLE RESTORATION ON INCLINED ORBIT CAPACITY

2.1    Single Cable Restoration Service on Designated IOO Capacity.

        (a)      Service Availability:

             (i)     Single Cable Restoration Service is available only on designated IOO capacity.

             (ii)    Leases with durations exceeding the expected availability period for designated inclined orbit capacity will not be offered unless cable restoration leaseholders agree to continue such leases on station-kept capacity and pay the appropriate station-kept rates upon the replacement of designated inclined orbit capacity with station-kept capacity.

        (b)      Service Priority:

        In the event of an in-orbit satellite failure, satellite restoration would take priority over this service.

        (c)      Allotments:

             (i)     Capacity is allocated by the Company on a case-by-case basis, subject to availability and user requirements.

             (ii)    Capacity is available in increments of 36 MHz.

        (d)      Capacity Planning/Reservation Policy:

             (i)     Reservation terms and conditions are outlined in the Lease Reservation Policy contained in Part II - A - Section 5.

(ii)   Service may be reserved as a 5-year "rolling" commitment or as an annual option.

(iii)  Use of capacity earmarked for cable restoration planned maintenance, testing and repair is subject to the following additional terms and conditions:

(A)   Planned use of cable restoration capacity is assigned a lower status than other international preemptible services within the Company hierarchy of international public services.

(B)   The Company approves and schedules planned cable restoration on a case-by-case basis. In scheduling and satisfying planned usage, the Company will make the best efforts to avoid the necessity for preemption of this capacity, particularly during the thirty (30) days immediately preceding such planned usage.

(C)   Once the cable is out of service for planned testing or maintenance, the usage is treated as non-preemptible, except in the event of major space segment outage or a higher priority cable restoration requirement.

(e)   Start of Service:

Following transmission plan and earth station approval by the Company, service may commence on the approved start date.

(f)   Cancellation Policy:  Single Cable Restoration Service is non-cancelable, except in cases where station-kept capacity unexpectedly replaces the designated inclined orbit capacity (i.e., not expected as of the start of the lease term). In such cases, leaseholders must advise the Company of their intention to cancel at least 6 months in advance of the planned replacement date.

(g)   Billing:

(i)    The transmitting/receiving customers may either assume equal joint responsibility for the charges (e.g., 50/50), or billing will be calculated on the basis of the information provided in writing to the

Company by participating customers at the time a service is requested.

(ii)    The minimum period of use per occasion is one day (a consecutive 24-hour period).

(iii)    Charging for utilization commences at the time that Space Segment capacity is utilized by RF signals being transmitted to the satellite.

(h)    <u>Space Segment Testing</u>:

(i)    Each cable system may be tested for up to two separate 24-hour periods per year at no additional charge, provided the carriers have successfully completed the SSOG line-up tests.

(ii)    The following conditions shall apply to such testing:

(A)    Tests must be coordinated and scheduled with the Company.

(B)    All tests must be conducted on the capacity leased and are subject to preemption in favor of any paid service. They can be done on a non-interference basis only. Tests may be done on an end-to-end basis, provided that live/commercial traffic is not transmitted over the satellite.

(C)    Except for short (4 to 6 hours) extensions where 24-hour BER testing is required, tests in excess of the two 24-hour time slots will be charged according to the relevant tariff for the service.

(D)    Test periods may not be carried over to subsequent years (a year coincides with the period of the corresponding lease).

2.2    <u>Multiple Cable Restoration Service on Designated IOO Capacity.</u>

(a)    <u>Service Availability</u>:

(i)    Multiple Cable Restoration Service is available only on designated IOO capacity.

(ii)    Leases with durations exceeding the expected availability period for designated inclined orbit capacity will not be offered unless cable restoration leaseholders agree to continue such leases on station-kept capacity and pay the appropriate station-kept rates upon the replacement of designated inclined orbit capacity with station-kept capacity.

(b)    <u>Implementation Procedures</u>: An inventory of cables to be restored, in order of their priority, must be submitted to the Company prior to service commencement. It is the responsibility of the single point of contact designated by the customer(s) to maintain and update this inventory as necessary.

(c)    <u>Service Priority</u>: In the event of an in-orbit satellite failure, satellite restoration would take priority over this service.

(d)    <u>Allotments</u>:

(i)    Capacity is allocated by the Company on a case-by-case basis, subject to availability and user requirements.

(ii)    Capacity is available in increments of 36 MHz.

(iii)    Unplanned outages will be restored as required.

(iv)    Planned outages must be determined in consultation with the Company. (Efforts will be made by the Company to plan for outages that do not interrupt preemptible services. Occasional-use services will not be preempted by planned outages.)

(e)    <u>Capacity Planning/Reservation Policy</u>:

(i)    Reservation terms and conditions are outlined in the Lease Reservation Policy contained in Part II - A - Section 5.

(ii)    Service may be reserved on an annual basis or on a 3- or 5-year "rolling" commitment basis.

(iii)    The priority of restoration will be decided by the participants in the service, who will name one contact point for each 36 MHz unit or set of 36 MHz units reserved under this service; the contact

point will be the only entity from which the Company will accept requests for the initiation of a restoration under this service.

(f)    <u>Start of Service</u>:  Following transmission plan and earth station approval by the Company, service may commence on the approved start date.

(g)    <u>Cancellation Policy</u>:  Multiple Cable Restoration Service is non-cancelable, except in cases where station-kept capacity unexpectedly replaces the designated inclined orbit capacity (i.e., not expected as of the start of the lease term). In such cases, leaseholders must advise the Company of their intention to cancel at least 6 months in advance of the planned replacement date.

(h)    <u>Billing</u>:

   (i)    The transmitting/receiving customers may either assume equal responsibility for the charges (e.g., 50/50), or these charges may be shared by the participating Customers under other arrangements, as notified to the Company.

   (ii)   The minimum period of use per occasion is one day (a consecutive 24-hour period).

   (iii)  Charging for utilization commences at the time that space segment capacity is utilized by RF signals being transmitted to the satellite.

(i)    <u>Space Segment Testing</u>:

   (i)    Each cable system may be tested for up to two separate 24-hour periods per year at no additional charge, provided the carriers have successfully completed the SSOG line-up tests.

   (ii)   The following conditions shall apply to such testing:

      (A)    Tests must be coordinated and scheduled with the Company.

      (B)    All tests must be conducted on the capacity leased and are subject to preemption in favor of any paid service.  They can be done on a non-interference basis only.  Tests may be

done on an end-to-end basis, provided that live/commercial traffic is not transmitted over the satellite.

(C)    Except for short (4 to 6 hours) extensions where 24-hour BER testing is required, tests in excess of the two 24-hour time slots will be charged according to the relevant tariff for the service.

(D)    Test periods may not be carried over to subsequent years (a year coincides with the period of the corresponding lease).

2.3    <u>Secondary Cable Restoration Service on Designated IOO Capacity</u>.

(a)    <u>Service Availability</u>:  Secondary Cable Restoration Service is available only on designated IOO capacity when all such capacity in a region is already leased for other cables.

(b)    <u>Service Priority</u>:  The service is preemptible by the cable or cables for which capacity is leased and to any other services previously booked and confirmed on that capacity. Thus, secondary cable restoration requirements cannot preempt an active service and will be preempted by a service previously booked and confirmed.

(c)    <u>Allotments</u>:

(i)    Capacity is allocated by the Company on a case-by-case basis, subject to availability and user requirements.

(ii)    For digital cable restoration, two 36 MHz units will be provided as a single 72 MHz unit, and the transmission plans (e.g., for 140 Mbit/s use) may be approved accordingly.

(iii)    Should cable restoration requirements exceed capacity available, the Company will work with the Customer(s) involved in an effort to develop a mutually acceptable arrangement that optimizes the use of all the capacity designated for cable restoration.

(d)    <u>Capacity Planning/Reservation Policy</u>:

Service is booked and implemented at the time of the cable outage.

(e)    <u>Start of Service</u>:  The service is booked and activated at the time it is required, depending on capacity availability.

(f)    <u>Cancellation Policy</u>:  Service may be canceled at any time without penalty.

(g)    <u>Billing</u>:

    (i)    The transmitting/receiving customers may either assume joint, equal responsibility for the charges (e.g., 50/50), or these charges may be shared by the participating customers under other arrangements, as notified to the Company.

    (ii)   The minimum period of use per occasion is one day (a consecutive 24-hour period).

    (iii)  Charging for utilization commences at the time that space segment capacity is utilized by RF signals being transmitted to the satellite.

2.4    <u>Cable Circuit Restoration Service</u>:

(a)    <u>Service Availability</u>:  Cable Circuit Restoration Service is available on any unused capacity (either station-kept or IOO) on the Company's system.  Capacity actually assigned for the restoration may differ from that assigned for SSOG purposes.

(b)    <u>Service Priority</u>:  Preemptible.  Cable Circuit Restoration Service requirements cannot preempt an active service and will be preempted by a service previously booked and confirmed.

(c)    <u>Allotments</u>:  Capacity is allocated by the Company on a case-by-case basis, subject to availability and user requirements.

(d)    <u>Capacity Planning/Reservation Policy</u>:  Capacity is booked and activated at the time of the cable outage.

(e)    <u>Start of Service</u>:  The service is booked and activated at the time it is required, depending on capacity availability.

(f)    <u>Cancellation Policy</u>: Service may be canceled at any time without penalty.

(g)    <u>Billing</u>:

    (i)    The transmitting/receiving participants may either assume equal responsibility for the charges (e.g., 50/50), or the participants may share these charges under other arrangements, as notified to the Company. By default, transmitting participants will be charged unless the Company is advised to the contrary.

    (ii)    The minimum period of use per occasion is one day (a consecutive 24-hour period).

    (iii)    Those carriers activated under the Cable Circuit Restoration Service will be subject to charging for the appropriate service offering. (See Part II-B-"Terms and Conditions for Channel and Carrier Services"). Charging will be effective from the time space segment capacity is utilized, and will continue until the carriers are removed from the network.

    (iv)    A final restoration report, to be used for billing purposes, should be submitted within 30 days of completion of the restoration by the Restoration Liaison Officer (as defined below).

          "Restoration Liaison Officer" shall mean the individual, as referenced in the Universal Restoration Manual (as defined below), appointed by the Customer to act on the Customer's behalf with respect to all administrative and technical issues regarding restoration matters including the creation, coordination and dissemination of restoration plans.

          "Universal Restoration Manual" shall mean the document approved by the Pacific Indian Restoration Committee ("PIRC"), the Atlantic Restoration Committee ("ARC") and certain similar cable restoration committees, in setting forth guidelines for the planning and implementation of restoration services.

3.    **CABLE RESTORATION SERVICE ON STATION-KEPT CAPACITY**

3.1    Non-Preemptible Variable Cable Restoration Service.

   (a)    <u>Service Availability</u>:  Non-preemptible Variable Cable Restoration Service is available on all non-connectivity capacity allocated for non-preemptible services except on dedicated IOO capacity.

   (b)    <u>Allotments</u>:

      (i)    Capacity is offered in increments of 36 MHz.

      (ii)    Capacity is allocated subject to availability.

   (c)    <u>Lease Duration</u>:  Lease terms range from 1 year to 15 years.

   (d)    <u>Daily Fee Measurement</u>:  Daily fees would be based on 24-hour periods from the start of frequency transmission to the satellite.  Residual time beyond a 24-hour increment will be counted as an additional day.

   (e)    <u>Cancellation Policy</u>:  Non-preemptible Variable Cable Restoration Service is non-cancelable.

   (f)    <u>Reservation Policy</u>:  Reservation terms and conditions are outlined in the Lease Reservation Policy contained in Part II - A - Section 5 of these Terms and Conditions.

   (g)    <u>Discounts</u>:

      (i)    Leases will also be eligible for a 12.5 percent discount for the first year of station-kept operation when a cable restoration service is transferred from designated IOO capacity, provided that:

         (A)    the lease is on designated IOO capacity at least one (1) year prior to the expected transition to station-kept capacity and will be on station-kept capacity for at least five (5) years following the transition; and

         (B)    the leaseholders notify the Company of their intention of continuing the lease on station-kept capacity at least six (6) months in advance of the planned replacement of the

designated IOO capacity with station-kept capacity.

(ii)     The above discount will apply to the restoration availability charge and the daily use fee.

(h)     Start of Service: Following transmission plan and earth station approval by the Company, service may commence on the approved start date.

(i)     Billing:

(i)     The transmitting/receiving customers may either assume joint responsibility for the charges (e.g., 50/50), or billing will be calculated on the basis of the information provided in writing to the Company by participating customers at the time a service is requested.

(ii)     The minimum period of use per occasion is one day (a consecutive 24-hour period).

(iii)     Charging for utilization commences at the time that space segment capacity is utilized by RF signals being transmitted to the satellite.

3.2     Preemptible Variable Cable Restoration Service.

(a)     Service Availability: Preemptible Variable Cable Restoration Service is available on all capacity allocated for preemptible services except on dedicated IOO capacity.

(b)     Allotments:

(i)     Capacity is offered in increments of 36 MHz.

(ii)     Capacity is allocated subject to availability.

(c)     Lease Duration: Lease terms range from 1 year to 10 years.

(d)     Daily Fee Measurement: Daily fees are based on 24-hour periods from the start of frequency transmission to the satellite. Residual time beyond a 24-hour increment will be counted as an additional day.

(e)     Cancellation Policy: Lease terms of two (2) years or less are non-cancelable. For lease terms of more than two (2) years, leaseholders would be liable for the charges

applicable for two (2) full years (inclusive of the amounts already received by the Company) plus an additional charge of 25 percent of the remaining restoration availability charge (a.k.a. the cable restoration lease charge) for the balance of the scheduled lease period, in the event of termination.

(f)  Reservation Policy:  Reservation terms and conditions are outlined in the Lease Reservation Policy contained in Part II-A-Section 5.

(g)  Discounts:

    (i)  Leases will be eligible for a 12.5 percent discount for the first year of station-kept operation when a cable restoration service is transferred from designated IOO capacity, provided that:

        (A)  the lease is on designated IOO capacity at least one (1) year prior to the expected transition to station-kept capacity and will be on station-kept capacity for at least five (5) years following the transition; and

        (B)  the leaseholders notify the Company of their intention of continuing the lease on station-kept capacity at least six (6) months in advance of the planned replacement of the designated IOO capacity with station-kept capacity.

    (ii)  This discount will apply to the restoration availability charge and the daily use fee.

(h)  Start of Service:  Following transmission plan and earth station approval by the Company, service may commence on the approved start date.

(i)  Billing:

    (i)  The transmitting/receiving customers may either assume joint responsibility for the charges (e.g., 50/50), or billing will be calculated on the basis of the information provided in writing to the Company by participating customers at the time a service is requested.

(ii)    The minimum period of use per occasion is one (1) day (a consecutive 24-hour period).

(iii)   Charging for utilization commences at the time that space segment capacity is utilized by RF signals being transmitted to the satellite.

3.3     Ad Hoc Cable Restoration Service.

(a)     Service Availability:

(i)     Ad Hoc Cable Restoration Service is available on any unused capacity except dedicated IOO transponders.

(ii)    This service option is offered on an "as needed" basis rather than on a long-term lease basis.

(b)     Allotments:

(i)     Capacity is offered in increments of 36 MHz.

(ii)    Capacity is allocated subject to availability.

(iii)   Once an assignment is made and SSOG tests are complete, the users will be charged for the use of the service.

(c)     Duration: The minimum period of usage is one (1) day. Capacity can be reserved for any number of days.

(d)     Daily Fee Measurement: Daily fees are based on 24-hour periods from the start of usage. Residual time beyond a 24-hour increment will be counted as an additional day.

(e)     Preemptibility: Once service has begun, it will be considered non-preemptible but may be subject to discontinuation thirty (30) days following notice to the users that the capacity is needed for another service.

(f)     Cancellation Policy: This service may be canceled at any time without penalty.

(g)     Reservation Policy: Requests for this service option may be made no more than one (1) month in advance of the scheduled start of service.

(h)  Start of Service:  Following transmission plan and earth station approval by the Company, service may commence on the approved start date.  Capacity actually assigned may differ from the capacity used for SSOG testing.

(i)  Billing:

    (i)  The transmitting/receiving customers may either assume joint responsibility for the charges (e.g., 50/50), or billing will be calculated on the basis of the information provided in writing to the Company by participating customers at the time a service is requested.

    (ii)  The minimum period of use per occasion is one day (a consecutive 24-hour period).

    (iii)  Charging for utilization commences at the time that space segment capacity is utilized by RF signals being transmitted to the satellite.

3.4  Cable Circuit Restoration Service.

(a)  Service Availability:

Cable Circuit Restoration Service is available on any unused capacity (either station-kept or IOO) on the Company system. Capacity actually assigned for the restoration may differ from that assigned for SSOG purposes.

(b)  Service Priority:

Cable Circuit Restoration Service requirements cannot preempt an active service and will be preempted by a service previously booked and confirmed.

(c)  Allotments:  Capacity is allocated by the Company on a case-by-case basis, subject to availability and user requirements.

(d)  Capacity Planning/Reservation Policy:  Capacity is booked and activated at the time of the cable outage.

(e)  Start of Service:  The service is booked and activated at the time it is required, depending on capacity availability.

(f)  Cancellation Policy:  Service may be canceled at any time without penalty.

(g)    Billing:

(i)    The transmitting/receiving participants may either assume equal responsibility for the charges (e.g., 50/50), or the participants may share these charges under other arrangements, as notified to the Company. By default, transmitting participants will be charged unless the Company is advised to the contrary.

(ii)   The minimum period of use per occasion is one day (a consecutive 24-hour period).

(iii)  Those carriers activated under the Cable Circuit Restoration Service will be subject to charging for the appropriate service offering. (See Part II-B-"Terms and Conditions for Channel and Carrier Services"). Charging will be effective from the time Space Segment capacity is utilized, and will continue until the carriers are removed from the network.

(iv)   A final restoration report, to be used for billing purposes, should be submitted within 30 days of completion of the restoration by the Restoration Liaison Officer referenced in the Universal Restoration Manual.

4.    **CABLE RESTORATION SERVICE RATES**

**SINGLE CABLE RESTORATION SERVICE ON DESIGNATED IOO CAPACITY**

<u>RATES</u>

(a)    <u>Annual Option</u>

- Restoration Availability Charge:

   –    US$100,000 per year per 36 MHz unit

- Includes up to 10 free days restoration of the cable for which capacity is leased.

- The 10 days of free usage will be available for the one-year term covered by the Annual Restoration Availability Charge, but unused days may not be carried over to the next year.  Daily usage charges are as follows:

   |   |   |
   |---|---|
   | –   First 10 days: | No charge |
   | –   Next 20 days: | US$6,600 per day |
   | –   After 30 days: | US$3,300 per day |

- Additional monthly increments up to 10 months at US$8,333 per month or fraction of a month, with one day's restoration at no additional charge credited for each paid month taken under this option.

(b)    <u>Five-Year Option</u>

- Restoration Availability Charge:

   –    US$80,000 per year per 36 MHz unit

- Includes up to 10 days restoration per year at no additional charge as under the Annual Option.

- The 5-year option fee is for a rolling commitment which may be renewed each year.

- If the 5-year commitment is not renewed, the annual Restoration Availability Charge and usage fees will increase by 5% per annum for the remainder of the commitment.

- Daily Usage Charges are as follows:

   |   |   |
   |---|---|
   | –   First 10 days: | No charge |
   | –   Next 10 days: | US$5,280 per day |
   | –   After 20 days: | US$2,640 per day |

(c)    <u>Restoration of Other Cables</u>

•    Use of this capacity for ad-hoc restoration of cables not covered by Restoration Availability Charges will be under the terms, conditions and tariffs of either Preemptible Secondary Wideband Cable Restoration ($6,600 per day per 36 MHz unit) or Cable Circuit Restoration service.

(d)    <u>Reduced Rate for First Year</u>

•    For the first year in which capacity is reserved for restoration of a given cable on one of the designated inclined orbit satellites, the Annual Restoration Availability Charge is 50% of those noted above.  Therefore, for the first year, the rates are as follows:

Annual Option                    US$50,000 per 36 MHz

5-Year Option                    US$40,000 per 36 MHz

All other charges, terms and conditions remain the same.

**MULTIPLE CABLE RESTORATION SERVICE ON DESIGNATED IOO CAPACITY**

**RATES**

(a)  Annual Option:

- Restoration Availability Charge:

    – US$165,000 per year per 36 MHz unit

- Additional monthly increments:

    – US$13,750 per month per 36 MHz unit

- Daily Restoration Fee:

    – US$4,000 per day per 36 MHz unit

(b)  Three-Year Rolling Option:

- Restoration Availability Charge:

    – US$157,500 per year per 36 MHz unit

- Daily Restoration Fee:

    – US$3,750 per day per 36 MHz unit

- The incremental charge for failure to renew is calculated by determining the difference, on an annual basis, between the Three Year Option and the Annual Option. The actual increment is US$3,750 per year for the Annual Restoration Availability Charge and US$125 for the Daily Restoration Fee. For example, failure to renew a three year "rolling" option after the first year would result in the following Annual Restoration Availability Charges:

    Year 1    US$ 78,750    (50% inclined orbit sign-up incentive)
    Year 2    US$161,250    (3-year rate plus US$3,750)
    Year 3    US$165,000    (Previous rate plus US$3,750 also equals Annual Rate)