(c)     <u>Five-Year Rolling Option</u>:

- Restoration Availability Charge:

    – US$150,000 per year per 36 MHz unit

- Daily Restoration Fee:

    – US$3,500 per day per 36 MHz unit

- The incremental charge for failure to renew is calculated by determining the difference, on an annual basis, between the Five Year Option, and the Annual Option. The actual increment is US$3,750 per year for the Annual Restoration Availability Charge and US$125 for the Daily Restoration Fee. For example, failure to renew a 5 year "rolling" option after the first year would result in the following Annual Restoration Availability Charges:

  | | | |
  |---|---|---|
  | Year 1 | US$ 75,000 | (50% inclined orbit sign-up incentive) |
  | Year 2 | US$153,750 | (5-year rate plus US$3,750) |
  | Year 3 | US$157,500 | (Previous rate plus US$3,750) |
  | Year 4 | US$161,250 | (Previous rate plus US$3,750) |
  | Year 5 | US$165,000 | (Previous rate plus US$3,750 also equals Annual Rate) |

- This service does not provide any prepaid days within the annual Restoration Availability Charge so that any use of the service would entail payment of the Daily Restoration Fee.

(d)     <u>Reduced Rate For First Year</u>

- For the first year in which capacity is reserved for this service on designated inclined orbit capacity, the annual Restoration Availability Charge will be 50% of those noted above. Therefore the charges for the first year are as follows:

  | | |
  |---|---|
  | Annual Option | US$82,500 per 36 MHz unit |
  | Three-Year Option | US$78,750 per 36 MHz unit |
  | Five-Year Option | US$75,000 per 36 MHz unit |

  All other charges, terms and conditions remain the same.

## SECONDARY CABLE RESTORATION SERVICE ON DESIGNATED IOO CAPACITY

### RATES

Secondary Cable Restoration is tariffed as follows:

- US$6,600 per day or fraction thereof per 36 MHz unit.

## NON-PREEMPTIBLE VARIABLE CABLE RESTORATION SERVICE

### RATES

Restoration Availability Charge:

- 50% of the non-preemptible full-time tariffs.

Daily Use Fee Per 36 MHz Unit:

- 2% of the non-preemptible full-time tariffs.

- The percentage used for the daily use fee will be reviewed annually in order to ensure that the overall revenue is approximately equal to revenue received from a full-time lease for other services. Any upward or downward adjustment in the daily use fee as a result of the annual review will not exceed 20% per year. Revisions to the daily use fees will be effective 1 January of each year.

# PREEMPTIBLE VARIABLE CABLE RESTORATION SERVICE

## RATES

Restoration Availability Charge:

- 50% of the preemptible full-time tariffs.

Daily Use Fee Per 36 MHz Unit:

- 2% of the preemptible full-time tariffs.

- The percentage used for the daily fee will be reviewed annually in order to ensure that the overall revenue is approximately equal to revenue received from a full-time lease for other services. Any upward or downward adjustment in the daily use fee as a result of the annual review, will not exceed 20% per year. Revisions to the daily use fees will be effective 1 January of each year.

Attachment 2, Part II – E

## AD HOC CABLE RESTORATION TRANSPONDER SERVICE

### RATES

<u>Daily Restoration Fee</u>:

- $15,000 per 36 MHz unit

## CABLE CIRCUIT RESTORATION SERVICE

### RATES

- Charges are equal to the occasional-use rate associated with the specific service utilized for transmission (please refer to sections within this document as appropriate)

- If used on designated inclined orbit operational capacity, a 50% discount on the above rates will apply.

# Part III:    TECHNICAL STANDARDS AND GLOSSARY

## 1.    Current Generation of Satellites and Nominal Deployment*

| Orbital Role °E | Deployments as of 30-11-00 | Planned Deployments by 1-4-01 | Planned Deployments by 31-12-01 | Planned Deployments by 31-12-02 | Planned Deployments by 31-12-03 |
|---|---|---|---|---|---|
| 33 | - | - | 604 | 604 | 701 (Dec-03) |
| 60 | 604 | 604 | 902 (Jul-01) | 902 | 902 |
| 62 | 602 | 602 | 901 (Jul-01) | 901 | 901 |
| 64 | 804 | 804 | 804 | 804 | 804 |
| 66 | 704 | 704 | 704 | 704 | 704 |
| 83*** | APR-1 | APR-1 | APR-1 | APR-1 | APR-1 |
| 85 | - | - | - | 601 (Jan-02) | 601 |
| 110.5** | APR-2 | APR-2 | APR-2 | APR-2 | APR-2 |
| 157 | - | - | - | 602 (Apr-02) | 709 (May-03) |
| 174 | 802 | 802 | 802 | 802 | 802 |
| 176 | 702 | 702 (Oct-00) | 702 | 702 | 707 (Oct-03) |
| 177 | - | - | - | - | - |
| 178 | - | - | 602 (Nov-01) | 705 (Mar-02) | 705 |
| 180 | 701 | 701 | 701 | 701 | 702 (Oct-03) |
| 304.5 | 805 | 805 | 805 | 805 | 805 |
| 307 | 706 | 706 | 706 | 706 | 706 |
| 310 | 709 | 709 | 709 | 709 | 10-01 (Apr-03) |
| 325.5 | 601 | 601 | 904 (Nov-01) | 904 | 904 |
| 328.5 | 801 | 801 | 801 | 907 (Nov-02) | 907 |
| 330.5 | 511 | 511 | 511 | 801 (Nov-02) | 801 |
| 332.5 | 605 | 605 | 605 | 906 (Jul-02) | 906 |
| 335.5 | 603 | 603 | 903 (Sep-01) | 903 | 903 |
| 340 | - | - | 603/605 (Oct-01) | 605 | 605 |
| 342 | 705 | 705 | 705 | 905 (Feb-02) | 905 |
| 359 | 707 | 707 | 707 | 707 | 10-02 (Aug-03) |

*    Subject to change from time to time for operational considerations, including: system optimization; restoration; launch delay; and, launch failure

**    SINOSAT Role, the Company leases C-Band capacity

***    INSAT Role, the Company leases C-Band capacity

## 2.    Spacecraft Deployments in the Event of an INTELSAT IX Launch Failure (902 IOR Assumed as Launch Failure)

| Role °E | No Failure Deployments | 1 IX Failure Deployments | Role °E | No Failure Deployments | 1 IX Failure Deployments |
|---|---|---|---|---|---|
| 304.5 | 805 | 805 | 33 | -/701 | -/701 |
| 307 | 706 | 706 | 60 | 604/902(IOR) | 604/904(IOR) |

| Role °E | No Failure Deployments | 1 IX Failure Deployments | Role °E | No Failure Deployments | 1 IX Failure Deployments |
|---|---|---|---|---|---|
| 310 | 709/10-01 | 709/10-01 | 62 | 602/901(IOR) | 602/901(IOR) |
| 325.5 | 601/904(AOR) | 601/905(AOR) | 64 | 804 | 804 |
| 328.5 | 801/907(AOR) | 801 | 66 | 704 | 704 |
| 330.5 | 511/801 | 511/- | 83 * | APR-1 | APR-1 |
| 332.5 | 605/906(Gen) | 605/907(Gen) | 85 | -/NI-Beta | -/NI-Beta |
| 335.5 | 603/903(AOR) | 603/903(AOR) | 110.5 * | APR-2 | APR-2 |
| 340 | -/605 | -/605 | 157 | -/709 | -/709 |
| 342 | 705/905(Gen) | 705/906(Gen) | 174 | 802 | 802 |
| 359 | 707/10-02 | 707/10-02 | 176 ** | 702/707 | 702/707 |
| | | | 178 | -/705 | -/705 |
| | | | 180 | 701/702 | 701/702 |

\*   Non-Company Roles.  The Company Leases C-Band Capacity

\*\*   702 relocated from 177°E in October 2000

## 3.   Satellite Characteristics

Satellite Performance Specifications are addressed by IESS modules:

| Spacecraft | IESS Specification |
|---|---|
| INTELSAT VA | IESS 406 |
| INTELSAT VI | IESS 408 |
| INTELSAT VII | IESS 409 |
| INTELSAT VII | IESS 415 |
| INTELSAT VIII | IESS 417 |
| INTELSAT VIIIA | IESS 418 |
| APR-1 on INSAT | IESS 420 |
| INTELSAT IX | IESS 422 |
| APR-2 on SINOSAT | IESS-423 |
| INTELSAT X | To Be Developed |

IESS modules are added, amended or deleted from time to time as operational and technological events warrant. For convenience these documents are available in both hard copy and electronic format on the IBN.



Attachment 2, Part III

## 4.    Intelsat Technical Guidelines and Operating Procedures

| Operations | Applicable Guideline(s) | |
|---|---|---|
| | IESS | SSOG |
| Operational Management Coordination and Control | | SSOG 103 |
| E/S Intermod Criteria | IESS 401 | |
| EIRP Adjustment Factor | IESS 402 | |
| ESC | IESS 403 | SSOG 403 |
| Inclined Orbit Operation | IESS 411 | |
| E/S Pointing | IESS 412 | |
| C-Band E/S | IESS 207, 601 | SSOG 200, 210, 220 |
| Ku-Band E/S | IESS 208, 601 | SSOG 200, 210, 220 |
| DCME* | | SSOG 501 |

*Though still in use in the network, DCME specfications (formerly IESS 501) are no longer provided by Intelsat, but may be found in ITU-T Recommendations G.763 and G.766.

IESS & SSOG modules are added, amended or deleted from time to time as operational and technological events warrant. For convenience, these documents are available in both hard copy and electronic format on the IBN.

## 5.    Intelsat Service Guidelines

| Service Type | Applicable Guideline(s) | |
|---|---|---|
| | IESS | SSOG |
| **Lease Services** | IESS 410 | SSOG 600 |
| **Carrier and Channel** | | |
| FDM/FM | IESS 301 | SSOG 301 |
| CFDM/FM | IESS 302 | SSOG 302 |
| SCPC/QPSK | IESS 303 | SSOG 303 |
| Vista (SCPC/CFM) | IESS 305 | SSOG 305 |
| IDR (QPSK) | IESS 308 | SSOG 308 |
| IBS | IESS 309 | SSOG 309 |
| IDR (TCM) | IESS 310 | SSOG 310 |
| HDR | IESS 419 | SSOG 419 |
| TDMA & L.C. TDMA | IESS 307, 317 | SSOG 307,317 |
| **Demand-based** | | |
| DAMA | IESS 311 | SSOG 311 |
| BVSAT | IESS 313 | |
| **Occasional Use** | | |
| TV/FM | IESS 306 | SSOG 306 |
| IBS | IESS 309 | SSOG 309 |
| Digital TV | IESS 503 | |

IESS & SSOG modules are added, amended or deleted from time to time as operational and technological events warrant. For convenience, these documents are available in both hard copy and electronic format on the IBN.

## 6.    Glossary

| Acronym | Meaning |
|---|---|
| AOR | Atlantic Ocean Region |
| BER | Bit Error Rate |

3

| Acronym | Meaning |
|---|---|
| BG | Board of Governors |
| BTP | Burst time plan |
| C-band | 6/4 GHz band |
| CFDM/FM | An analog service used to carry video, voice or data applications |
| DAMA | Demand Assignment Multiple Access |
| DATE | Duly authorized telecommunications entity |
| DCME | Digital Circuit Multiplication Equipment |
| EOS | End of service |
| FCC | Federal Communications Commission |
| FDM/FM | An analog service used to carry video, voice or data applications |
| FEC | Forward error correction |
| FRR | First refusal reservation |
| GORC | Global Operating Representatives Meeting |
| GR | Guaranteed reservation |
| GTM | Global Traffic Meeting |
| IBN | INTELSAT Business Network |
| IBS | INTELSAT Business Service |
| IDR | Intermediate data range |
| IESS | INTELSAT satellite systems earth station standards |
| IM | INTELSAT Management |
| INTELNET | Lease service to provide data exchange to end customer |
| INTELSAT | International Telecommunications Satellite Organization |
| Intelsat | Intelsat Limited, a company incorporated under the laws of Bermuda |
| IOO | Inclined orbit operation |
| IOR | Indian Ocean Region |
| ITU | International Telecommunication Union |
| kHz | Kilohertz |
| Ku-band | 14/11 GHz band |
| LCT | Low cost terminals |
| LTC | Long-term commitment |
| MHz | Megahertz |
| NPV | Net present value |
| OR | Operations Representative |
| POR | Pacific Ocean Region |
| PSN | Public Switched Network |
| RF | Radio Frequency |
| SCPC/QPSK | Single carrier per channel service |
| SOS | Start of service |
| SSOG | Satellite systems operations guides |
| SSOP | Satellite systems operations plan |
| TCM | Trellis code modulation |
| TDMA | Time division multiple access |
| TUU | Transponders for unrestricted use |
| TV | Television |

Attachment 2, Part III

# ANNEX 1

## APPLICABLE DISCOUNT RATES FOR LUMP-SUM PAYMENT OF FULL-TIME NON-PREEMPTIBLE TRANSPONDER LEASE SERVICES

The applicable discount rates used for lump-sum payment of full-time non-preemptible transponder lease services is the appropriate U.S. Treasury Note yields to maturity as published in the Wall Street Journal, plus a spread of one percentage point. The discount rates are as follows:

      (i)      the three-year Treasury yield rate will be used for long-term commitments with remaining maturities of less than five years;

      (ii)      the five-year Treasury yield rate will be used for long-term commitments with remaining maturities ranging from five years to less than ten years; and

      (iii)      the ten-year Treasury yield rate will be used for long-term commitments with remaining maturities of ten years or longer.

The appropriate discount rate will be determined by the Company by selecting the Treasury Note yield in effect two business days prior to the payment date.

1

Attachment 2, Annex 1

## ANNEX 2

## STANDARD AND PREMIUM CAPACITY

## INTELSAT SATELLITES AND ASSOCIATED CAPACITY DESIGNATION

| Satellite | Transponders | Capacity Designation | Comments |
|---|---|---|---|
| V, V-A | All | Standard | Inclined Orbit Capacity |
| VI | All | Standard | |
| VII (701, 702, 704, 705, 709) | Hemi 72 MHz | Standard | |
| | Hemi 36 MHz | Premium | Transponders 15 & 25 |
| | Zone 72 MHz | Standard | |
| | Zone 36 MHz | Premium | Transponders 45, 55, 95 & 105 |
| | Global | Std./Prem. | Most transponders are standard |
| | C-Spot | Std./Prem. | Most transponders are standard |
| | Ku-Spot | Standard* | *See note below* |
| VII-A (706, 707) | Hemi 72 MHz | Standard | |
| | Hemi 36 MHz | Premium | Transponders 15 & 25 |
| | Zone 72 MHz | Standard | |
| | Zone 36 MHz | Premium | Transponders 45, 55, 95 & 105 |
| | Global | Std./Prem. | Most transponders are premium |
| | C-Spot | Std./Prem. | Most transponders are premium |
| | Ku-Spot | Standard* | *See note below* |
| VIII (801, 802, 804) | Hemi 72 MHz | Standard | |
| | Hemi 36 MHz | Premium | Transponders 15 & 25 |
| | Zone 72 MHz | Standard | |
| | Zone 36 MHz | Premium | Transponders 45, 55, 95 & 105 |
| | Global | Premium | |
| | Ku-Spot | Standard* | |
| VIII-A (805) | Hemi 72 MHz | Standard | |
| | Hemi 36 MHz | Premium | Extended Band – *Discounted*** |
| | Ku-Spot | Standard* | *See note below* |
| IX (901, 902, 903, 904, 905, 906) | Hemi 72 MHz | Standard | |
| | Hemi 36 MHz | Premium | Channel Bank 9 |
| | Zone 72 MHz | Standard | |
| | Zone 36 MHz | Premium | Channel Bank 9 |
| | Global 36 MHz | Premium | |
| | Ku-Spot 72 MHz | Standard | |
| | Ku-Spot 36 MHz | Premium | |
| APR-1 (INSAT-2E) | Wide Beam 72 MHz | Standard | Non-preemptible only |
| | Wide Beam 36 MHz | Premium | Non-preemptible only |
| | Zonal | Premium | Non-preemptible only – *Discounted*** |
| APR-2 (SINOSAT-2) | Zonal | | See special rates in the Novated Service Rate Schedule |

1

NOTE: The "Std/Prem." designation signifies that some transponders are charged at standard rates, while others have higher power and are charged at premium rates.

* A number of leases on Ku-band capacity were previously charged at premium.
** Discounts are offered for the extended band capacity on the VIII-A (805) and the APR-1 (INSAT-2E).

Attachment 2, Annex 2

**ANNEX 3**

**DAMA FORMS**

Attachment 2, Annex 3

Attachment 2, Annex 3

# INTELSAT DAMA SERVICE REGISTRATION REQUEST

**IMPORTANT:** *All earth stations MUST be registered with INTELSAT. Use SSOG 200 procedures to register your earth station BEFORE submitting DAMA registrations.*
FAX  +1 202 944 7925 or 8218 or Email to DAMA@intelsat.int

Today's Date (e.g. 1999-01-12) _____

Registration Type
New _____

Expansion of Existing
Service
If yes, Service ID _____

| For INTELSAT Use Only |
|---|
| Service ID _____ |
| Cust. Short Name _____ |
| Country Code _____ |

## Commercial Information

Ordering Customer Name _____
Organization _____
Billing Address _____
_____
_____

Intended Start of Commercial Service (YYYY-MM-DD), Allow at least two weeks from today's date. _____
Orbital Location of Satellite (one per registration)    335.5°E_____  60.0°E_____  174.0°E_____
Customer Type    Signatory    DATE    Direct Access Customer    None

## Customer Technical Contact Information

Project Manager/Engineer                          Network Planner

Name                                              Name

Telephone                                         Telephone

FAX                                               FAX
Email                                             Email

Earth Station Contact                             Switching Center

Name                                              Name

Telephone                                         Telephone

FAX                                               FAX
Email                                             Email

## DAMA Network Application(s) for this Service Registration

Please check all which apply.

A. International PSTN                  C. International Private Network

B. Domestic PSTN                      D. Domestic Private Network

E. Other    If other, please give a short description below.

3

Attachment 2, Annex 3

# INTELSAT DAMA SERVICE REGISTRATION REQUEST

Earth Station Information

Purpose: To provide information on the planned DAMA earth station. This information is required in the DAMA Network Management Configuration Database for proper operation at RF.

IMPORTANT: *You must register your earth station with INTELSAT (see SSOG 200), before this registration can be processed.*

A technical analysis should be performed to determine earth station dimensioning (e.g., up/down converters, HPA size and output back-off to support the planned number of DAMA channels, in-station gains and linearity etc.)

Please provide an earth station interconnection block diagram, and identify additional equipment (e.g., line amplifiers) and/or redundancy arrangements, as applicable. Disregard this requirement id the earth station is requesting expansion with additional DAMA baseband equipment (channel units, chassis).

Note: Only one of questions 5 through 8 can be answered with a "Yes". If registering more than 5 earth stations, please use additional copies of this page and check the box.  ☐

| Earth Station Information | Earth Station 1 | Earth Station 2 | Earth Station 3 | Earth Station 4 | Earth Station 5 |
|---|---|---|---|---|---|
| 1. Earth Station Name | | | | | |
| 2. Earth Station Code (by INTELSAT) | | | | | |
| 3. Transponder | | | | | |
| 4. Network Service Applications (see page 1) | | | | | |
| 5. New Antenna for DAMA only? | | | | | |
| 6. New Antenna for DAMA & Other Services? | | | | | |
| 7. Existing Antenna with New RF for DAMA? | | | | | |
| 8. DAMA Shares Existing Antenna and RF? | | | | | |
| 9. Earth Station Analysis Performed? | | | | | |
| 10. Up-converter manufacturer | | | | | |
| 11. Up-converter model number | | | | | |
| 12. Down-converter manufacturer | | | | | |
| 13. Down-converter model number | | | | | |

5

Attachment 2, Annex 3

# INTELSAT DAMA SERVICE REGISTRATION REQUEST

## DAMA Equipment and Terrestrial Exchange Information

Purpose: To provide information on the DAMA equipment at your earth station. This information is required in the DAMA Network Management Configuration database to support remote activation, software, and configuration downloads.

IMPORTANT *Please append the letter "E" after any numerical entry if it represents an Expansion (additional equipment).*

Traffic Engineering is the responsibility of the registrant. It should be performed to ensure less than 1% blocking probability during peak-busy hour of the day for each group of traffic channels sharing the same route(s) and addresses. Grouping of channel units should be done separately for each Network Service Application category, and for each site (access). An exception to this rule is combining two different application categories in one Channel Unit group, subject to INTELSAT approval. For this approval, applications must share: common terrestrial signaling systems (i.e., SS.5 if one of the applications is International PSTN), terrestrial exchange, and internal DAMA Network routing criteria (see pages 5-6). High bit rate DAMA services using the Universal Modem (UMOD) are not supported at this time.

| DAMA Terminal Equipment | Earth Station 1 | Earth Station 2 | Earth Station 3 | Earth Station 4 | Earth Station 5 |
|---|---|---|---|---|---|
| Earth Station Code | | | | | |
| 1. Existing chassis used for expansion (Y/N)? | | | | | |
| 2. Number of High Density Chassis (14 slots)? | | | | | |
| 3. Number of Low Density Chassis (4 slots)? | | | | | |
| 4. Number of Traffic Voice Channel Units (VCU)? | | | | | |
| 5. Traffic Engineering performed (Y/N)? | | | | | |
| 6. Number of SMCUs (1 per chassis)? | | | | | |
| DAMA Auxiliary Equipment Composition | | | | | |
| 1. Number of ESC CUs (1 per E/S site)? | | | | | |
| 2. Number of other equipment (specify)? | | | | | |
| Terrestrial Switching System | | | | | |
| 1. Analog or Digital? | | | | | |
| 2. Exchange Manufacturer? | | | | | |
| 3. Exchange Model? | | | | | |
| Comments | | | | | |

Attachment 2, Annex 3

6

# INTELSAT DAMA SERVICE REGISTRATION REQUEST

Terrestrial Interface and Signaling Information

Purpose: To provide information on the terrestrial interface between your DAMA equipment and your terrestrial systems. This information is required in the DAMA Network Management Configuration database for proper baseband operation and terrestrial interworking.

**IMPORTANT** *Please provide information for each Network Service Application category you are registering.*

Different categories using an earth station access simultaneously are possible. Different interface and signaling types for an application are also possible use as many blank columns as necessary). For international PSTN trunk signaling, INTELSAT operates DAMA with SS.5. Due to the many national and international R2 variants, support of R2 signaling is subject to pre-operational planning, commissioning tests, and resolution of intersystem mismatches.

V.25bis interface protocol is for use with Data Channel Units (DCU), connected directly to the User's data communications equipment (Routers) with this protocol capability. This new feature is not yet supported as a service at the present time.

| Terrestrial Interface and Signaling Information | Earth Station 1 | Earth Station 2 | Earth Station 3 | Earth Station 4 | Earth Station 5 |
|---|---|---|---|---|---|
| Earth Station Code | | | | | |
| Network Service application category (see page 1)? | | | | | |
| Terrestrial Interface (Electrical) | | | | | |
| 1. If trunk interface, what type (analog 4-w, digital E1 or T1)? | | | | | |
| 2. If subscriber line interface, what type (4-w PBX, 2-w)? | | | | | |
| 3. For data interface, what type (RS-232, V.35)? | | | | | |
| Terrestrial Signaling (Functional) | | | | | |
| 1. Trunk Signaling System (SS.5, R1 or R2)? | | | | | |
| 2. Which PBX E&M type (Type I to V)? | | | | | |
| 3. Which PBX Line Start Type (Immediate, Delay or Wink)? | | | | | |
| 4. 2-w Phone Line Start Type (FSX loop, FSX/FSO ground)? | | | | | |
| 5. Subscriber & PBX Register Signaling Type (DTMF or DP)? | | | | | |
| 6. For Switched Data (DCU), V.25bis signaling? | | | | | |
| Comments: | | | | | |

7

Attachment 2, Annex 3

## INTELSAT DAMA SERVICE REGISTRATION REQUEST
### DAMA Network Traffic Routing

Purpose: To provide information on routing for route programming and configuring the DAMA Network Management Configuration database.

### Category A - International PSTN Application

**IMPORTANT  INTELSAT has the flexibility to program the DAMA Network internally to route traffic from /to your country according to your selection of basic and additional routing criteria below.  When no selection is made, INTELSAT assumes your international traffic will be routed based in the UNR criterion (default).**
**Operational traffic agreements must be in place with your intended correspondent(s) at the time of DAMA service cut-over.  INTELSAT expects that your ISC routes international calls via the DAMA system only to countries with which you have operational traffic agreements in place(either terminating or transit).**

### Basic Routing Criteria

1.  unrestricted Routing (UNR)

___Yes, route my traffic based on Country Codes only, no restrictions (default configuration)

___No, routing restrictions specified in CSR and/or CBR below should be applied

2.  Correspondent Selective Routing (CSR)

___Yes, apply CSR to allow traffic originating from correspondent countries listed below:

_____

_____

3.  Call Barring (CBR)

___Yes, apply CBR to block traffic to my country originating from countries listed below:

_____

### Additional Routing

4.  Onward Traffic Routing (OTR)

___Yes, my Administration has agreed to handle transit calls via-routed through my ISC.  This requires agreements with origin country and next destination country.

| Calls Originating from Country | Calls will be via-routed to Country |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Continued on next page

Attachment 2, Annex 3

# INTELSAT DAMA SERVICE REGISTRATION REQUEST
## DAMA Network Traffic Routing (continued)

5.  Default Routing (DFR)

____Yes, in case of congestion, deliver calls from my country to the default destinations listed below.  (This requires agreements from those alternate destination countries.)

| Intended Destination(s) | Default Alternate Destination(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

6.  Multi-Carrier Distribution (MCD)

____Yes, distribute my outgoing calls to multiple operators in correspondent destination countries according to market share percentages indicated in the table (must total 100% per country).  (This requires agreements with your correspondent carriers in the destination country.)

| Destination Country | Carrier #1 | | Carrier #2 | | Carrier #3 | | Carrier #4 | |
|---|---|---|---|---|---|---|---|---|
| | Name | % | Name | % | Name | % | Name | % |
| | | | | | | | | |
| Example USA | AT&T | 40% | MCI | 30% | Sprint | 30% | _ | _ |

7.  Area Code Presorting (ACP)

____Yes, route incoming calls to multiple ISCs based on Country Code and Area Code analysis.

ISC # 1 area codes

ISC # 2 area codes

8.  Please attach any additional routing requirements, and provide a description.

Continued on next page

9

# INTELSAT DAMA SERVICE REGISTRATION REQUEST

## DAMA Network Traffic Routing

### Category B - Domestic PSTN Application

**IMPORTANT** The DAMA switching network needs to be programmed to route traffic based on your domestic numbering plan. Inter transit- and/or end office exchange routing requirement is assumed. Provide the associations between earth station, CU group, and area codes in the table below.

| Earth Station Cable # | Channel Unit Group | Area Codes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Provide a description and drawings of your domestic network architecture, earth stations, switches/PBXs, Channel Unit groups, inter-node routing requirements, and numbering plan in the space below. Please use additional pages if you need more space.

Attachment 2, Annex 3

**INTELSAT DAMA SERVICE REGISTRATION REQUEST**
DAMA Network Traffic Routing

**Other Category C, D, E - Private Networks and Other Applications**

Provide a description and drawings of your private network architecture, earth stations, switches/PBXs, Channel Unit groups, inter-node routing requirements, double-hop star connectivity (if applicable), and numbering plan in the space below. Please use additional pages if you need more space.

Attachment 2, Annex 3

Attachment 2, Annex 3

# ANNEX 4

## AGREED-UPON PROCEDURES

### Obtain Necessary Data

*Procedures:*

Obtain from INTELSAT a listing of all "Novated Contracts" (the "Novated Contract Listing"). This listing should include for each Novated Contract the service parameters as described in 9.1(c) of the Novation Agreement.

Obtain from INTELSAT a listing of all "Post-Privatization Service Orders" executed during the period ____ (the "Review Period"). This listing will be referred to as the "Post-Privatization Service Order Listing." This listing should include for each Post-Privatization Service Order the service parameters as described in 9.1(c) of the Novation Agreement (the "Service Parameters").

Obtain from INTELSAT a listing of all Post-Privatization Service Orders entered into during the Review Period which represent "Like Contracts", as defined (the "Like Contract Listing"). This listing should also include the Novated Contracts which represent the Like Contracts which have been amended in accordance with the Novation Agreement (the "Amended Listing").

Obtain from INTELSAT a listing of all Like Contracts whose terms have not been amended pursuant to the following sections of the Novation Agreement: 9.3(a) Materiality, 9.3(c) Competitive Response Offer, or 9.3(d) Co-Marketing Agreements (the "Like Contract Exception Listing").

*Results:*

### Test Completeness of Novated Contract Listing

*Procedures:*

Design and perform tests to provide assurance that all Novated Contracts are included on the Novated Contract Listing. Obtain a list of all contracts that were active during the Review Period. Select a sample from this list and review the selected contracts to determine if they are novated contracts. Compare results to list of Novated Contracts to determine if selected contracts are properly included or excluded.

*Results:*


## Test Completeness of Post-Privatization Service Order Listing

*Procedures:*

Design and perform tests to provide assurance as to the completeness of the Post-Privatization Service Order Listing. Obtain a list of invoices during the Review Period. Select a sample of invoices from the list and compare service order numbers from invoices to the Post-Privatization Service Order Listing to determine if they are properly included or excluded.


*Results:*


## Test Accuracy of the Service Parameters

*Procedures:*

Design and perform tests to provide assurance as to the accuracy of the service parameters reflected on the Novated Contract Listing and the Post Privatization Service Order Listing. For each service order selected for testing during the completeness tests which was included on the listings, test the accuracy of the service parameters by reference to customer service order files which contain various source documents.

*Results:*


## Test Completeness of Like Contract Listing

*Procedures:*

Design and perform tests to provide assurance as to the completeness of the Like Contract Listing. Select a sample of Post-Privatization Service Orders for testing. For each service order selected in the Testing Sample, compare its Service Parameters to those listed in the Novated Contract Listing. Determine if the service order tested represents a like contract, and if so, whether it is properly reflected on the Like Contract Listing.

*Results:*


## Test Amended Listing

*Procedures:*

For each contract included on the Amended Listing, obtain a copy of the amended contract and the Post-Privatization Service Order which gave rise to the Like Contract and compare the terms of the amended contract to that of the Post-Privatization Service Order. Identify any differences.

*Results:*


## Test Like Contract Exception Listing

*Procedures:*

Obtain a listing of Like Contracts for which amendments were not made pursuant to section 9.3 of the Novation Agreement. Review these contracts to determine if appropriate exceptions exist under section 9.3 and that these contracts were properly not amended.

*Results:*


## Management Representations

*Procedures:*

Obtain specific representations from INTELSAT management related to the company's compliance with the Novation Agreement and the completeness of the data provided to Arthur Andersen.

*Results:*

Attachment 2, Annex 4

Attachment 2, Annex 4

## INTELSAT DAMA SERVICE REGISTRATION REQUEST
DAMA Network Traffic Routing

### Other Category C, D, E - Private Networks and Other Applications

Provide a description and drawings of your private network architecture, earth stations, switches/PBXs, Channel Unit groups, inter-node routing requirements, double-hop star connectivity (if applicable), and numbering plan in the space below.  Please use additional pages if you need more space.

11

Attachment 2, Annex 3

# ANNEX 4

## AGREED-UPON PROCEDURES

### Obtain Necessary Data

*Procedures:*

Obtain from INTELSAT a listing of all "Novated Contracts" (the "Novated Contract Listing"). This listing should include for each Novated Contract the service parameters as described in 9.1(c) of the Novation Agreement.

Obtain from INTELSAT a listing of all "Post-Privatization Service Orders" executed during the period _____(the "Review Period"). This listing will be referred to as the "Post-Privatization Service Order Listing." This listing should include for each Post-Privatization Service Order the service parameters as described in 9.1(c) of the Novation Agreement (the "Service Parameters").

Obtain from INTELSAT a listing of all Post-Privatization Service Orders entered into during the Review Period which represent "Like Contracts", as defined (the "Like Contract Listing"). This listing should also include the Novated Contracts which represent the Like Contracts which have been amended in accordance with the Novation Agreement (the "Amended Listing").

Obtain from INTELSAT a listing of all Like Contracts whose terms have not been amended pursuant to the following sections of the Novation Agreement: 9.3(a) Materiality, 9.3(c) Competitive Response Offer, or 9.3(d) Co-Marketing Agreements (the "Like Contract Exception Listing").

*Results:*

### Test Completeness of Novated Contract Listing

*Procedures:*

Design and perform tests to provide assurance that all Novated Contracts are included on the Novated Contract Listing. Obtain a list of all contracts that were active during the Review Period. Select a sample from this list and review the selected contracts to determine if they are novated contracts. Compare results to list of Novated Contracts to determine if selected contracts are properly included or excluded.

Attachment 2, Annex 4

*Results:*


**Test Completeness of Post-Privatization Service Order Listing**

*Procedures:*

Design and perform tests to provide assurance as to the completeness of the Post-Privatization Service Order Listing. Obtain a list of invoices during the Review Period. Select a sample of invoices from the list and compare service order numbers from invoices to the Post-Privatization Service Order Listing to determine if they are properly included or excluded.


*Results:*


**Test Accuracy of the Service Parameters**

*Procedures:*

Design and perform tests to provide assurance as to the accuracy of the service parameters reflected on the Novated Contract Listing and the Post Privatization Service Order Listing. For each service order selected for testing during the completeness tests which was included on the listings, test the accuracy of the service parameters by reference to customer service order files which contain various source documents.

*Results:*


**Test Completeness of Like Contract Listing**

*Procedures:*

Design and perform tests to provide assurance as to the completeness of the Like Contract Listing. Select a sample of Post-Privatization Service Orders for testing. For each service order selected in the Testing Sample, compare its Service Parameters to those listed in the Novated Contract Listing. Determine if the service order tested represents a like contract, and if so, whether it is properly reflected on the Like Contract Listing.

Attachment 2, Annex 4

*Results:*

## Test Amended Listing

*Procedures:*

For each contract included on the Amended Listing, obtain a copy of the amended contract and the Post-Privatization Service Order which gave rise to the Like Contract and compare the terms of the amended contract to that of the Post-Privatization Service Order. Identify any differences.

*Results:*

## Test Like Contract Exception Listing

*Procedures:*

Obtain a listing of Like Contracts for which amendments were not made pursuant to section 9.3 of the Novation Agreement. Review these contracts to determine if appropriate exceptions exist under section 9.3 and that these contracts were properly not amended.

*Results:*

## Management Representations

*Procedures:*

Obtain specific representations from INTELSAT management related to the company's compliance with the Novation Agreement and the completeness of the data provided to Arthur Andersen.

*Results:*

Attachment 2, Annex 4

Attachment 2, Annex 4



INTELSAT
3400 International Drive, NW
Washington DC 20008-3006 USA
Telephone: +1 202-944-7973
Facsimile: +1 202-295-3263
Internet:  https://ibn.intelsat.int