Tab 6

**Novation Agreement
Attachment 3:
LCO Contract**

## LCO CONTRACT

**Instructions to Customer:**  In addition to the other terms and conditions that apply to your contracts for services with Intelsat ("Contracts"), some or all of your Contracts may be eligible for protection under the Lifeline Connectivity Obligation ("LCO Protection") that is described in Section 4, below.  If you would like to request LCO Protection, then please complete Sections 1, 2 and 3 of this document and sign on the line provided on page 9, and return to INTELSAT, attention:

Mr. David Connick
Novation Office
INTELSAT
3400 International Drive, NW
Washington, DC  20008
U.S.A.

### WHEREAS

1.    The INTELSAT Assembly of Parties, Meeting of Signatories and Board of Governors have taken certain decisions in order to provide for LCO Protection of eligible contracts between eligible customers and Intelsat;

2.    Customer and Intelsat U.K., Ltd. ("Intelsat") are parties to the Novation Agreement, setting forth the terms and conditions of the Contracts between Customer and Intelsat;

3.    Customer desires to receive LCO Protection for certain of the Contracts that are governed by the Novation Agreement, and Intelsat has agreed to provide such LCO Protection subject to the terms and conditions set forth in these terms and conditions of LCO;

### NOW, THEREFORE

In consideration of the mutual covenants and undertakings contained herein, Customer and Intelsat hereby agree as follows:

1.    Customer

*Print the name of your company or organization:*

**COMMUNITY OF YUGOSLAV PTT**

2.    LCO Service Contracts

*Check one:*

Customer requests LCO Protection for the following Contracts:

---

(i)    _____ All Contracts between Customer and Intelsat, or between Customer's correspondent and Intelsat, as described in the portfolio of eligible services attached as Appendix A to this contract,

or

(ii)    _____ The following specified Contracts

If 2(ii) is selected, list the service order numbers (SVO#s);  Attach additional sheets if needed:

3.    LCO Eligibility Criteria.  Each Contract is eligible for LCO Protection if it satisfies any one of the five criteria listed below.  Please fill-out all of the criteria that apply to the Contract(s) indicated in Section 2, above.

*Check all that apply:*

(a)    _____ Income/Teledensity Eligibility

Pursuant to an approved service order or lease service transmission plan for the Contract(s), as of the Closing Date, Customer is using one or more earth stations that are located within a country that is, as of the Closing Date, either (i) defined by the then most recently available information of the International Bank for Reconstruction and Development ("World Bank") as being "low income", or (ii) possessing a teledensity of less than three as defined by the then most recently available information of the International Telecommunication Union.

*Specify the low-income/low-teledensity country:*

_____

(b)    _____ Petition Eligibility

Customer, and/or its correspondent on behalf of the Customer, has made a petition for LCO Protection on or before August 1, 2000 on the basis that there is no cost effective alternative provider of a service equivalent to the service under the Contract(s), and that petition has been approved by the INTELSAT Assembly of Parties based upon the favorable finding of the INTELSAT Board of Governors and the recommendation of INTELSAT Management.

(c)    _____ Correspondent Eligibility

The Contract(s) are not eligible under (a) or (b), above, but, pursuant to an approved service order or lease service transmission plan for the Contract(s), as of the Closing Date, Customer is a correspondent to one or more other customer(s) that are eligible under (a) or (b) for LCO

Protection which other customer(s) has signed an LCO Contract, with respect to that service.

**Specify your LCO-eligible correspondent(s):**

_____

(d) _____ Emergency Eligibility

Pursuant to an approved service order or lease transmission plan for the Contract(s), Customer is using one or more earth stations that are located within a country that is experiencing a temporary (i.e. not more than six months) emergency (e.g. earthquake, war, etc.) and, as a direct result of the emergency, has lost connectivity except through the Intelsat system to a correspondent country that also is part of the approved service order or transmission plan.

**Specify the country in emergency:** _____

and

**Specify the correspondent country:**

_____

(e) _____ New Country Eligibility

Pursuant to an approved service order or lease service transmission plan for the Contract(s), Customer is using one or more earth stations that are located within a country that was created after the Closing Date, and the Contract(s) are otherwise eligible for LCO Protection under (a) or (b), above.

**Specify the new country:** _____

4.    LCO Protection

4.1    Definitions

**Closing Date** shall mean April 1, 2001 or such later date specified by the Board of Governors of INTELSAT for the closing of the transactions contemplated by the Restructuring Agreement.

**Contract** shall mean each service agreement or arrangement described in Attachment 1 to the Novation Agreement, as supplemented pursuant to the provisions of Section 3 of the Novation Agreement.

**LCO Contract** shall mean this agreement setting forth the terms and conditions of the Lifeline Connectivity Obligation that shall govern the LCO Service Contracts described in Appendix A hereto.

**LCO Effective Date** means the Closing Date or, in case of a request for LCO Protection after the Closing Date, the date of Intelsat's signature on this LCO Contract.

**LCO Eligibility Criteria** shall mean the criteria listed in Section 3.

**LCO Expiration** shall mean the date of the twelfth (12th) anniversary of the Closing Date.

**LCO Pricing Index** shall mean the index, described in Appendix B hereto, of key benchmarking rate levels for carrier-based services and transponder lease services converted to an annual 36 MHz equivalent basis using a revenue-weighted average approach, where September 30, 2000 equals 100. The LCO Pricing Index shall be calculated upon each anniversary of the Closing Date. In the event of a reduction in the price of an LCO Service Contract in accordance with Section 4.3(b), below, the LCO Pricing Index shall be reset to 100. On the fourth and eighth anniversaries of the Closing Date, Intelsat will revise the content LCO Pricing Index basket to ensure that it represents the usage patterns of LCO Service Contracts at that time. A new Appendix B shall be provided to Customer and thereby shall be incorporated into these Terms and Conditions of LCO.

**LCO Protection** shall mean the LCO Renewal Option described in Section 4.2 and the Price Protection described in Section 4.3, subject to the limitations set forth therein and in Sections 4.4 and 4.5.

**LCO Renewal Period** shall mean the period during which an LCO Service Contract is renewed or extended pursuant to the exercise of the LCO Renewal Option in Section 4.2.

**LCO Service Contract** shall mean a Contract for services between Customer and Intelsat that is subject to LCO Protection and is described in Appendix A hereto, as amended from time to time in writing. In the case of carrier/channel services, the LCO Service Contract means the service allotment described in Appendix A.

**Non-LCO Terms and Conditions** shall mean the terms and conditions, including price, other than the terms and conditions of this LCO Contract, that govern the service being provided under the LCO Service Contract.

4.2    LCO Renewal Option

Commencing upon the LCO Effective Date and terminating on the LCO Expiration, Customer shall have the option to renew each LCO Service Contract, subject to the following conditions:

(a)  With respect to each LCO Service Contract, Customer shall notify Intelsat in writing that it is exercising the LCO Renewal for that LCO Service Contract.

    (1)  With respect to each LCO Service Contract for transponder lease services or cable restoration service, this notice shall be given no later than thirty (30) days prior to the expiration of such LCO Service Contract, or sooner if required by the then-existing Non-LCO Terms and Conditions for renewal of transponder lease services or cable restoration services.

    (2)  With respect to each LCO Service Contract for services other than those described in Section 4.2(a)(i), this notice may be given at any time prior to expiration of the relevant service commitment, or sooner if required by the then-existing Non-LCO Terms and Conditions for the relevant service.

(b)  The LCO Renewal Period shall in no event be shorter than one (1) year.  Subject to the foregoing, the Customer may renew the LCO Service Contract for any duration permitted under the then-existing Non-LCO Terms and Conditions for the relevant service, including a duration that is longer or shorter than the duration of the LCO Service Contract prior to the exercise of the Renewal Option.

(c)  Subject to the Price Protection in Section 4.3 of these Terms and Conditions for Lifeline Connectivity Obligation, the price for the LCO Service Contract during the LCO Renewal Period shall be the price that is specified in the then-existing Non-LCO Terms and Conditions for the relevant service of the duration, bandwidth, type and other characteristics requested by Customer.  For example, a five year LCO Service Contract may take the LCO Renewal Option for one additional year, and the price during that additional year shall be at the then-existing one year rate, as reduced, if applicable, by the Price Protection in Section 4.3.

(d)  For each LCO Service Contract, Customer may exercise the LCO Renewal Option consecutively, provided that the LCO Protection shall expire on the LCO Expiration.

4.3  Price Protection

(a)  The price charged for the Contract immediately after the Closing Date and, if the Contract is renewed, during the LCO Renewal Period, shall not be greater than the price charged for the Contract immediately prior to the Closing Date.  For an LCO Service Contract executed after the Closing Date, the price during the LCO

Renewal Period shall not be greater than the initial price charged for that LCO Service Contract.

(b)    Annual Review.  Effective on each anniversary of the Closing Date, if the LCO Pricing Index is 85 or less, then the price of the LCO Service Contract shall be amended as follows:  Multiply the price of the LCO Service Contract by the LCO Pricing Index and then divide the product by 100.  In the event of such price reduction, the LCO Pricing Index shall be reset to 100.  Invoices in the next billing cycle following completion of the calculation shall reflect such amended price.

(c)    Any LCO Service Contract for a period of ten years or longer that is a channel/carrier commitment or a transponder lease service shall not be eligible for price reduction under this Section 4.3.

(d)    Effective on the fourth anniversary of the Closing Date, no Customer shall be eligible for price reduction under this Section 4.3, if any, in respect of charges exceeding one percent (1%) of Intelsat's total satellite utilization revenues for the twelve months ending on the Closing Date.  This cap on price reduction shall be applied proportionately across all of Customer's LCO Service Contracts existing as of the applicable anniversary date.

4.4    Correspondents

(a)    If Customer is receiving LCO Protection for a Contract solely based upon Correspondent Eligibility, as defined in Section 3(c), and Customer ceases to be a correspondent of an LCO-eligible customer for that Contract (for example, if the service commitment of the LCO-eligible correspondent expires sooner than that of Customer, and is not renewed under the provisions of LCO Protection), then Customer shall continue to receive Price Protection for such Contract until its expiration, but Customer shall have no further LCO Renewal Option for that Contract.  To the extent permitted by the then-existing Non-LCO Terms and Conditions for the relevant service, Customer may relocate its service under the Contract within the Intelsat system.

(b)    If Customer is receiving LCO Protection for a Contract based upon the eligibility criteria specified in Sections 3(a), 3(b) or 3(e), that Customer shall have the absolute right at any time to switch its connection to another correspondent within the same country or region as the first correspondent, or in the case of a transiting arrangement, to switch its connection to another correspondent within the same or a different country or region, so long as it is done in a manner otherwise compliant with the Non-LCO Terms and Conditions for the relevant service.  Such new correspondent

shall be eligible for LCO protection under Section 3(c) for any connection established pursuant to Section 4.4(b).

4.5     Emergency.  If the Contract has been accepted for LCO Protection solely based upon Emergency Eligibility, as defined in Section 3(d), then the price and capacity protections shall expire upon the sooner to occur of (i) six (6) months following the LCO Effective Date, as defined in Section 4.1, or (ii) the establishment of alternative sources of connectivity.

4.6     LCO Expiration.  In the event that the period of any Contract described in Appendix A extends beyond the LCO Expiration, the Contract will continue to be binding and enforceable according to its terms, subject to the following exclusions:

(a)     There shall be no further LCO Renewal Option after the LCO Expiration;

(b)     There shall be no further Price Protection after the LCO Expiration;

(c)     The price during the period of the Contract after the LCO Expiration shall be the greater of:

(1)     the price under that Contract immediately prior to the LCO Expiration, or

(2)     the price specified in the Non-LCO Terms and Conditions of the relevant service existing at the later to occur of (1) the Closing Date, and (2) the date of Customer's most recent notice under Section 4.2(a) of exercise of the Renewal Option with respect to that LCO.

4.7     Enforcement and Dispute Resolution.  Notwithstanding any other agreement between Customer and Intelsat regarding dispute resolution, any dispute that cannot be settled by discussion and mutual accord and that relates to or is in connection with, or involving the meaning, interpretation, application or violation of the provisions of, these Terms and Conditions for Lifeline Connectivity Obligation, including any contractual dispute involving an LCO Service Contract, shall, at the request of Intelsat or Customer, be settled by arbitration in accordance with the Rules of Arbitration of the International Chamber of Commerce before a panel of three arbitrators designated pursuant to those rules. Generally accepted principles of law shall be applied to any such dispute. The seat of the arbitration shall be Paris, France.  The arbitrators shall have ninety (90) days from the date they are empanelled to receive arguments and render a written decision.  The decision of the arbitrators shall be final and binding upon Intelsat and Customer, and no appeal shall be made against it.

*Attachment 3*

5.    Continuity of Service.  With respect to any LCO Service Contract that terminates as of, or extends beyond, the LCO Expiration, Intelsat shall use its best efforts to ensure that, upon the expiration of such LCO Service Contract, the space segment capacity utilized for that LCO Service Contract shall be available for continuity of that service, and also that the applicable tariffs continue to be at a reasonable level.

Notwithstanding the foregoing, Intelsat shall have no obligation under this LCO Contract to deploy any replacement capacity, whether it is inclined orbit operation (IOO) capacity or station-kept capacity, in order to ensure continuity of cable restoration service that had been operating on IOO capacity as of the Closing Date.

6.    In order to prevent abuse of the LCO Protection with respect to transponder lease services involving LCO-eligible customers and correspondents, if Intelsat determines, in its reasonable judgment, that the participation by an LCO-eligible customer in the Contract for transponder lease service does not represent <u>bona fide</u> usage by that LCO-eligible customer of its proportionate share of the lease service, then Intelsat reserves the right, subject to the Customer's rights for dispute resolution described in Section 4.7, above to deny or revoke the LCO Protection for such Contract, or to limit the LCO Protection to that portion of the Contract(s) that represents the actual lifeline connectivities between the LCO-eligible customer(s) and the correspondents.

7.    In order to further prevent abuse of the LCO Protection, and without prejudicing Customer's rights under the Non-LCO Terms and Conditions for certain services to modify (in a net present value-neutral fashion) the amount of capacity utilized under a given service at a given time, Intelsat reserves the right to deny or revoke the LCO Protection with respect to any service for which Customer has expanded the amount of capacity utilized at a given time.

8.    Customer represents and warrants that the Contract(s) identified in Section 2 are eligible for LCO Protection for the reasons indicated in Section 3.  Subject to Customer's rights for dispute resolution described in Section 4.7 above, Customer acknowledges that Intelsat shall have no obligation to accept Customer's request for LCO Protection unless Intelsat determines, in its reasonable judgment, that the Contracts identified in Section 2 are eligible for LCO Protection according to the LCO Eligibility Criteria specified in Section 3.

By signing below, Customer and Intelsat hereby add the Contracts specified in Section 2 to the List of LCO Service Contracts in Appendix A to these Terms and Conditions for Lifeline Connectivity Obligation, and thereby amend those contracts accordingly.

**IN WITNESS WHEREOF**, the Parties hereto have executed or caused to be executed this Agreement as of the date first written above.

**THE INTERNATIONAL TELECOMMUNICATIONS
  SATELLITE ORGANIZATION ("INTELSAT")**

**By:** _____

**Printed Name:** _____

**Title:** _____

**INTELSAT U.K., LTD.**

**By:** _____

**Printed Name:** _____

**Title:** _____

**COMMUNITY OF YUGOSLAV PTT**

**By:** _____

**Printed Name:** _____

**Title:** _____

**IN WITNESS WHEREOF**, the Parties hereto have executed or caused to be executed this Agreement as of the date first written above.

**THE INTERNATIONAL TELECOMMUNICATIONS
   SATELLITE ORGANIZATION ("INTELSAT")**

**By:** _____

**Printed Name:** _____

**Title:** _____

**INTELSAT U.K., LTD.**

**By:** _____

**Printed Name:** _____

**Title:** _____

**COMMUNITY OF YUGOSLAV PTT**

**By:** _____

**Printed Name:** _____

**Title:** _____

*Attachment 3*

**IN WITNESS WHEREOF,** the Parties hereto have executed or caused to be executed this Agreement as of the date first written above.

**THE INTERNATIONAL TELECOMMUNICATIONS**
   **SATELLITE ORGANIZATION ("INTELSAT")**

**By:** _____

**Printed Name:** _____

**Title:** _____

**INTELSAT U.K., LTD.**

**By:** _____

**Printed Name:** _____

**Title:** _____

**COMMUNITY OF YUGOSLAV PTT**

**By:** _____

**Printed Name:** _____

**Title:** _____

**Attachment 3, Appendix A**
**LCO Eligible Transponder Lease Summary as of 13 December 2000**

COMMUNITY OF YUGOSLAV PTT

| No LCO Eligible Transponder Leases for this Customer. |
|---|

**END of Report**
LCO Eligible Transponder Lease Summary

Please find attached the detailed presentation of the above listed Leases.

## Attachment 3, Appendix A
## LCO Eligible Carriers & Commitments after 18 July 2001, as of 8 December 2000

**COMMUNITY OF YUGOSLAV PTT**

| Billable Customer | Commitment Information | | ESA Std | Ltc Strt Dt | FEC | Related Service Information | | | Service SOS | | SO Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ltc Term | Serv Type | CXR Size | Ltc End Dt | Beam | Orb loc ESA Id | XPD Pair Center Freq | | Cxr Designator | | CHL Qty |
| | | Ltc Ord | | | | | | | | | |

No LCO Eligible Carrier Service for this Customer

END of Report
LCO Eligible Carriers & Commitments

Attachment 3, Appendix A
LCO Eligible Channel Services after 18 July 2001, as of 8 December 2000

COMMUNITY OF YUGOSLAV PTT

| Billable Customer | Commitment Information | | | FEC | Related Service Information | | Service Sos | SO Number |
| | LTC Term | Serv Type | ESA Std | Beam | Orb Loc | XPD Pair | | CHL Qty |
| | | Ltc Ord Id | Cxr Size | | ESA Id | Center Freq | CXR Designator | |

**No LCO Eligible Channel Service for this Customer**

END of Report
LCO Eligible Channel Services

Attachment 3, Appendix A

LCO Eligible Occasional Use TV Services after 18 July 2001, as of 8 December 2000

COMMUNITY OF YUGOSLAV PTT

No LCO Eligible Occasional Use TV Services for this Customer.

END of Report
LCO Eligible Occasional Use TV Services

Caveat for all services except those with IS-804@64 (IS-A) at 88/88, which is already digital.

All analog occasional-use (OU) dedicated non-preemptible global transponders are scheduled for transition to a fully digital platform. This transition is currently scheduled to take place from 28 February 2001 through 31 December 2001. Any services booked during this time will have to convert to either an 18-MHz or 9-MHz digital resource vice 20-MHz analog resource as each transponder is converted or the service will be cancelled and the OUTV user will be assessed a cancellation charge as set forth in the rate tables. Reduction of carriers to 9-MHz will reduce the per-minute tariff to US$9.00/minute (100%). An 18-MHz digital resource will also be available; if so the tariff for the resource would be US$13.00/minute (100%).

The current digitalization timetable is as follows:
Schedule:
• 28 Feb 2001:     No further analog services at 62°E
• 31 March 2001:   No further analog services at 60°E
• 30 June 2001:    No further analog services at 332.5°E
• 31 July 2001:    No further analog services at 335.5°E
• 31 August 2001:  No further analog services on channel 2 at 174°E and 176°E
• 30 September 2001: No further analog services at 352.5°E
• 30 November 2001: No further analog services on channel 1 at 174°E and 176°E
• 31 December 2001: No further analog services at 342°E

This timetable is subject to change based on operational requirements.

Attachment 3, Appendix B:

LCO Pricing Index as of 28 December 2000

**Scenario: Excluding Commitments of 10 years and Longer**

**LCO Pricing Index Basket**

| | Carrier Rate Elements [1] | Rate Basket Weight [2] | Annual Rate per 36 MHz Equivalent Unit (US$ 000s) [3] | Published Monthly Rate (US$) [4] |
|---|---|---|---|---|
| C1 | IDR,1 yr, Earth A, 2 Mb, FEC ¾ | 18% | 1,915 | 9,975 |
| C2 | IDR, Uncommitted, Earth A, 2 Mb, FEC ¾ | 11% | 2,489 | 12,965 |
| C3 | IDR, 1 yr, Earth A, 1 Mb, FEC ¾ | 7% | 2,006 | 5,225 |
| C4 | IDR, 5 yrs, Earth A, 2 Mb, FEC ¾ | 12% | 1,496 | 7,790 |
| C5 | IBS, 1 yr, Earth F3, 2 Mb, FEC ¾ | 8% | 1,601 | 11,860 |
| C6 | IDR, 2 yr, Earth A, 2Mb, FEC ¾ | 4% | 1,819 | 9,475 |
| C7 | IBS, 5 yr, Earth A, 2 Mb, FEC ¾ | 5% | 1,052 | 7,790 |
| C8 | IBS, 1 yr, Earth A, 2 Mb, FEC ¾ | 5% | 1,347 | 9,975 |
| | *Carrier Subtotal* | **70%** | | |

| | Lease Rate Elements [1] | | | Published Annual Rate (US$000s) [4] |
|---|---|---|---|---|
| L1 | Non-preemptible, Standard, Ku-Spot, 36MHz, 5yrs | 5% | 1,770 | 1,770 |
| L2 | Non-preemptible, Standard, C-Band H/Z/S, 36MHz, 5 yrs | 20% | 1,440 | 1,440 |
| L3 | Non-preemptible, Standard, C-Band H/Z/S, 36MHz, 2 yrs | 5% | 1,690 | 1,690 |
| | *Lease Subtotal* | **30%** | | |
| | **TOTAL** | **100%** | | |
| | **LCO Basket Pricing per 36MHz Equivalent Unit equals to 100 [5]** | **(US $million) 1.71** | | |

(1) *The rate element may represent some aggregation of similar rate elements for the basket calculation.*

(2) *The rate basket weight corresponds to the aggregate revenue of the LCO rate elements in the basket.*

(3) *The 36MHz equivalent unit conversion factors are based on actual network loadings.*

(4) *The published rates are from the June 2000 INTELSAT Tariff Manual.*

(5) *The derivation of the rate basket excludes consideration of sign-up and recommitment discounts, which may be applicable under INTELSAT terms and conditions existing as of November 2000. The derivation of the rate basket also excludes any rate factor adjustments which are not contained in INTELSAT standard terms and conditions existing as of November 2000. In addition, the derivation of the rate basket excludes channel-based and preemptible traffic.*