# Novation Agreement
# Supplement to Attachment 3:
# Appendix A Update

Tab 6S

# Supplement to Attachment 3, Appendix A
## LCO Eligibility Changes for Transponder Leases
### For the Period 13 December 2000 through 18 July 2001 Close of Business

**COMMUNITY OF YUGOSLAV PTT**

| No LCO Eligibility Changes for Transponder Leases. |
|---|

END of Report
Supplement to Attachment 3 for Leases

Detailed presentation of new and changed leases follows.

**SUPPLEMENT TO NOVATION AGREEMENT** *Attachment 3, Appendix A*

Activity for LCO Eligible Carriers & Commitments through 18 July 2001 Close of Business

COMMUNITY OF YUGOSLAV PTT

| No LCO Eligibility Changes for Carrier Services. |

END of Report
LCO Eligible Carriers & Commitments

**SUPPLEMENT TO NOVATION AGREEMENT** *Attachment 3, Appendix A*
Activity for LCO Eligible Channel Services through 18 July 2001 Close of Business

COMMUNITY OF YUGOSLAV PTT

| No LCO Eligiblity Changes for Channels Services. |
|---|

NOTE: SCPC, TDMA, and VISTA services have no related Center Freq Information.

END of Report
LCO Eligible Channels and Commitments

# SUPPLEMENT TO NOVATION AGREEMENT  Attachment 3. Appendix A
## Activity for LCO Eligible Occasional Use TV Services through 18 July 2001 Close of Business

**COMMUNITY OF YUGOSLAV PTT**

| Txmn ID | Start Date | Times | Total min. | ESA Mode | Orb Loc Id | Xpd | B/W | Billing Method | # Of RX Links | Rate/ Min | Proj. Cost | Discount | Adjusted Proj. Cost | Termination Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

No LCO Eligibility changes for OUTV Services.

**END of Report**

## LCO Eligible Occasional Use TV Services

**Caveat for all services except those in IS-804@64 deg, xp 58/58S which is already digital**

All analog occasional-use (OU) dedicated non-preemptible global transponders are scheduled for transition to a fully digital platform. This transition is currently scheduled to take place from 28 February 2001 through 31 December 2001. Any services booked during this time will have to convert to either an 18 MHz or 9MHz digital resource vice 20MHz analog resource as each transponder is converted or the service will be cancelled and the OUTV user will be assessed a cancellation charge as set forth in the rate tables. Reduction of carriers to 9MHz will reduce the per minute tariff to US$9.00/minute (100%). An 18MHz digital resource will also be available, if so the tariff for the resource would be US$13.00/minute (100%).

The current digitization timetable is as follows:

Schedule:
* 28 Feb 2001:       No further analog services at 62°E – TRANSITION COMPLETED
* 31 March 2001:     No further analog services at 60°E – TRANSITION COMPLETED
* 30 June 2001:      No further analog services at 332.5°E – TRANSITION COMPLETED
* 31 July 2001:      No further analog services at 335.5°E – TRANSITION COMPLETED
* 31 August 2001:    No further analog services on Channel 2 at 174°E and 176°E
* 30 September 2001: No further analog services at 332.5°E
* 30 November 2001:  No further analog services on Channel 1 at 174°E and 176°E
* 31 December 2001:  No further analog services at 342°E

This timetable is subject to change based on operational requirements.