# Full Portfolio of Novated Services

Tab 7

# Full Portfolio of Novated Services
## Transponder Lease Summary as of 18 July 2001 Close of Business

**COMMUNITY OF YUGOSLAV PTT**

---

**No Transponder Leases for this Customer.**

---

END of Report
Transponder Lease Summary

Please find attached the detailed presentation of the above listed Leases.

Full Portfolio of Novated Services
Carriers & Commitments as of 18 July 2001 Close of Business

COMMUNITY OF YUGOSLAV PTT

| Billable Customer | Commitment Information | | | | | | Related Service Information | | | | SO Number |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Ltc Term | Serv Type Ltc Ord | ESA Std CXR Size | Ltc Strt Dt Ltc End Dt | FEC | Beam | Orb loc ESA Id | XPD Pair Center Freq | Service SOS | Cxr Designator | CHL Qty |
| | 15 | IDR 1040627 | 2MB | 01-Oct-2000 30-Sep-2015 | 3/4 | H | 335.5 JGS-02A | 6246.7300 | 29-Jan-1995 | BEOGAD-WHITEP 30N001 | G3469 |

NOTE: All Digital Carrier Based LTC end dates are provided with 30 days grace period.

END of Report
Carriers & Commitments

Case 1:06-cv-00897-RWR    Document 10-22    Filed 11/28/2006    Page 6 of 12

# Full Portfolio of Novated Services
## Channels & Commitments as of 18 July 2001 Close of Business

### COMMUNITY OF YUGOSLAV PTT

| Billable Customer | Commitment Information | | | | | Related Service Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTC Term | Serv Type Ltc Ord Id | ESA Std Cxr Size | LTC Strt Dt LTC End Dt | FEC Beam | Orb Loc ESA Id | XPD Pair Center Freq | Service Sos CXR Designator | | SO Number CHL Qty | |
| | 15 | FDM 1019904 | A | 01-Oct-1997 30-Sep-2012 | | | | | | 110357 250 | |
| | | FDM | | | H | 60.0 JGS-01A | 14/24 6221.5000 | 01-Apr-1996 JUGSVA-108C FDM CARRIER | | 108 | |

Total pool of commitments as of effective date: **250**
Total pool of channel allotments as of effective date **108**
Total Pool of uncommited channels: **-142**

NOTE: SCPC, TDMA, and VISTA services have no related Center Freq Information.

END of Report
Channels & Commitments

# Full Portfolio of Novated Services

## Occasional Use TV Services as of 18 July 2001 Close of Business

**COMMUNITY OF YUGOSLAV PTT**

No Occasional Use TV Services for this Customer.

**END of Report**
Occasional Use TV Services

---

**Caveat for all services except those via IS-804 @64 deg. xp. 88/88, which is already digital**

All analog occasional-use (OU) dedicated non-preemptible global transponders are scheduled for transition to a fully digital platform. This transition is currently scheduled to take place from 28 February 2001 through 31 December 2001. Any services booked during this time will have to convert to either an 18 MHz or 9 MHz digital resource vice 20 MHz analog resource as each transponder is converted or the service will be cancelled and the OUTV user will be assessed a cancellation charge as set forth in the rate tables. Reduction of carriers to 9 MHz will reduce the per minute tariff to US$9.00/minute (100%). An 18 MHz digital resource will also be available, if so the tariff for the resource would be US$13.00/minute (100%).

The current digitization timetable is as follows:

Schedule:
* 28 Feb 2001:       No further analog services at 62°E - TRANSITION COMPLETED
* 31 March 2001:     No further analog services at 60°E – TRANSITION COMPLETED
* 30 June 2001:      No further analog services at 332.5°E - TRANSITION COMPLETED
* 31 July 2001:      No further analog services at 335.15°E - TRANSITION COMPLETED
* 31 August 2001:    No further analog services on Channel 2 at 174°E and 176°E
* 30 September 2001: No further analog services at 335.5°E
* 30 November 2001:  No further analog services on Channel 1 at 174°E and 176°E
* 31 December 2001:  No further analog services at 342°E

This timetable is subject to change based on operational requirements.

The material behind this divider was included in your original Novation Agreement binder; it has been retained here for reference only. No action is required