# INTELSAT Novation Package Contents

| | |
|---|---|
| Tab 1 | **Instructions**—Detailed instructions for signing and returning your Novation Agreement |

**Tabs 2–6   Novation Agreement, including its attachments**

| | |
|---|---|
| Tab 2 | **Novation Agreement**—The Agreement, including the three (3) signature pages at the end of the document, under which your services will be novated to the privatized Intelsat under the terms and conditions in the attachments described below |
| Tab 3 | **Schedule 1: Contact and Payment Information**—Contact information for notices and payments |
| Tab 4 | **Attachment 1: Service Portfolio**—A list of your current INTELSAT services (leases, channels, carriers, and occasional use TV) as of December 2000 |
| Tab 5 | **Attachment 2: Service Terms and Conditions**—Terms and Conditions under which novated services will be governed, consisting of:<br>Part I.   General Terms and Conditions for INTELSAT Services<br>Part II.  Service-Specific Terms and Conditions<br>Part III. INTELSAT Technical Standards, Glossary and Deployment Plans<br>Annexes 1–4 |
| Tab 6 | **Attachment 3: LCO Contract**—Lifeline Connectivity Obligation (LCO) protection contract, a listing of all services in your portfolio that are eligible for LCO protection, and the LCO Pricing Index |

**Other Package Materials**

| | |
|---|---|
| Binder front pocket | **Protection Options for Novated Services**—Most-Favored Customer (MFC) and Lifeline Connectivity Obligation (LCO) protection options available for novated services |
| Binder back pocket | **Return Airbill**—A preprinted airbill for your convenience in returning your completed Novation Agreement to INTELSAT |
| Enclosed | **Translation Package**—Translations, if applicable, of the Novation Agreement, including Attachment 2 (Service Terms and Conditions) and Attachment 3 (LCO Contract). *These translations are provided for reference only and not for signature.* |

*Please turn to the Instructions behind Tab 1 for further information*

INTELSAT Novation Office
Phone: +1 202 944 7973
Fax: +1 202 295 3263
email: novation.office@intelsat.int

## Novation Instructions

The Novation Agreement (behind Tabs 2–6), including its Schedule 1 and Attachments 1-3, together (in English) constitute the binding legal document under which your service portfolio will be transferred to the privatized Intelsat organization.

INTELSAT requests that you do the following:

1. **Review and approve your service portfolio**
2. **Note the Service Terms & Conditions**
3. **Note the protection options for novated service contracts**
4. **Review and approve your LCO-eligible services portfolio**
5. **Elect or decline LCO protection and sign the LCO Contract**
6. **Complete the customer portion of Schedule 1**
7. **Sign the Novation Agreement**
8. **Return the Novation Agreement binder to INTELSAT**

After you complete these activities and return your Novation Agreement binder to the INTELSAT Novation Office, INTELSAT (the IGO) and Intelsat U.K., Ltd. (part of the privatized Intelsat) will, in turn, sign the Novation Agreement. The entire binder, containing the fully executed Novation Agreement, will be returned to you.

For the transition period between the date the Novation Agreement is executed and the date of INTELSAT's privatization transaction (scheduled for 18 July 2001), INTELSAT will continue to service your business. Execution of the Novation Agreement will enable the seamless transfer of your service contracts from INTELSAT to privatized Intelsat.

*Please turn the page for detailed instructions*

INTELSAT Novation Agreement – Instructions

### 1. Review and approve your service portfolio

⇨ See Attachment 1: Service Portfolio (behind Tab 4)

This service portfolio listing represents INTELSAT's record of your organization's services and commitments as of December 2000. The service portfolio contains detailed information about your service contracts and a notation regarding the billing cycle and collateral requirements related to the service contracts described.

✓ **Customer Tasks**

- Verify that Attachment 1 is complete and accurate as of December 2000.
- *If you are satisfied that the Attachment 1 service listing is complete and accurate, please indicate this by initialing each page (all pages) of Attachment 1.*
- If you notice a discrepancy in Attachment 1, please notify the Novation Office at your earliest convenience:
  ⇒ **fax:** 202-295-3263
  ⇒ **email:** novation.office@intelsat.int
- Please include the following information in your message:
  ⇒ Service order number
  ⇒ Service type (i.e., lease, channel, carrier, occasional-use TV)
  ⇒ Page number in Attachment 1 on which the service order appears
  ⇒ Brief description of the discrepancy

  Upon receipt of your feedback, a Novation Office representative will investigate your concern and contact you to resolve it promptly.

**Service Portfolio Discrepancies**

Once a service portfolio discrepancy has been resolved, INTELSAT will modify its records as necessary. Changes to your portfolio as a result of a discrepancy resolution will be documented by the Novation Office and you will receive confirmation of the change.

All portfolio corrections will be reflected in the *Update to Attachment 1: Final Service Portfolio* (see 'Execution of Novation Agreements').

Changes to, additions, or deletions of service contracts in the Attachment 1: Service Portfolio which occur as a result of normal business operations between December 2000 and the date of INTELSAT's privatization also will be reflected in the final updates to the service listing.

### 2. Note the Service Terms & Conditions

⇨ See Attachment 2: Service Terms and Conditions (behind Tab 5)

✓ **Customer Tasks**

- Note the terms and conditions specified in Attachment 2, which apply to your novated service contracts.

Case 1:06-cv-00897-RWR    Document 10-23    Filed 11/28/2006    Page 6 of 14

INTELSAT Novation Agreement – Instructions

### 3. Note the protection options for novated service contracts

◯ See Protection Options insert (in binder front pocket)

✓ **Customer Tasks**

- Review the protection options available for novated service contracts.
- Note that only those service contracts listed in your Appendix A to Attachment 3: LCO Contract, are eligible for Lifeline Connectivity Obligation (LCO) protection.
- Note that novated service contracts not protected by LCO are automatically protected by MFC.

### 4. Review and approve your LCO-eligible services portfolio

◯ See Appendix A to Attachment 3: LCO Contract (behind Tab 6)

Appendix A to Attachment 3: LCO Contract itemizes the service contracts in your portfolio which are eligible for LCO protection. Depending on your eligibility, this listing may include all service contracts in your Attachment 1: Service Portfolio, an eligible subset of your Attachment 1 service contracts, or none of those.

If Appendix A to Attachment 3 does not list any service contracts, none of your organization's service contracts are eligible for LCO protection. In this case, you are not required to sign Attachment 3: LCO Contract. You may skip Steps 4 and 5 of the instructions, and proceed to Step 6.

Please note that Appendix A to Attachment 3 represents either all of the service contracts in your Attachment 1 or a subset of them; therefore, any discrepancy in a service contract listing in Attachment 1 would also occur in Appendix A. Once a discrepancy has been reported and resolved in Attachment 1 (as described in Step 1 above), changes will be reflected in the final update of both Attachment 1 and Appendix A, if applicable.

✓ **Customer Tasks**

- Verify that Attachment 3, Appendix A is complete as of December 2000.
  ⇒ If you notice an omission in your Appendix A, please notify the INTELSAT Novation Office of your concern (see Step 2).
- *If you are satisfied that the Appendix A LCO-eligible service listing is complete, please indicate this by initialing each page (all pages) of Appendix A.*

### 5. Elect or decline LCO protection and sign the LCO Contract

◯ See Attachment 3: LCO Contract (behind Tab 6)

Please note the effect of your LCO election on any new, eligible service contracts that you initiate between December 2000 and the date of INTELSAT's privatization transaction.

  ⇒ If you elect to protect all eligible service contracts, new, eligible service contracts will be LCO-protected.

Case 1:06-cv-00897-RWR    Document 10-23    Filed 11/28/2006    Page 8 of 14

INTELSAT Novation Agreement – Instructions

⇒ If you elect to protect specific eligible service contracts, new, eligible service contracts will NOT be LCO-protected. When you receive the *Update to Attachment 3: LCO-Protected Services* portfolio (see 'Execution of Novation Agreements'), you will be required to indicate which of the new, eligible service contracts you elect to protect under the LCO program, if any.

⇒ If you elect to decline LCO Protection for all eligible service contracts, new, eligible service contracts will NOT be LCO-protected. When you receive the *Update to Attachment 3: LCO-Protected Services* portfolio (see 'Execution of Novation Agreements'), you will be required to indicate which of the new, eligible service contracts you elect to protect under the LCO program, if any.

✓ **Customer Tasks**

- Indicate which of your Appendix A: LCO-Eligible Services you elect to cover under the LCO protection program.
    ⇒ **To elect LCO protection for all of your eligible service contracts,** check the box 'All' in Attachment 3: LCO Contract.
    ⇒ **To elect LCO protection for specific service contracts,** list the service order numbers from Appendix A for which you elect LCO protection. Use the space provided in Attachment 3: LCO Contract (or additional sheets if needed).
    ⇒ **To decline LCO protection for all of your eligible service contracts,** please write 'LCO protection declined' on the three (3) signature pages of Attachment 3: LCO Contract (located immediately in front of Appendix A).
- *Sign Attachment 3: LCO Contract on each of the three (3) signature pages. Your signature is required on the three (3) signature pages of the LCO Contract even if you decline LCO protection for all of your eligible service contracts.*

### 6. Complete the Customer Portion of Schedule 1

◯ See Schedule 1: Contact and Payment Information (behind Tab 3)

Schedule 1 of the Novation Agreement (Contact and Payment Information) sets forth the official contact information for all parties to the Novation Agreement. INTELSAT and Intelsat U.K., Ltd. will complete their portions of this Schedule before returning the executed Novation Agreement to you.

✓ **Customer Tasks**

- Provide official contact and billing information for your organization by completing sections 1 through 3 of Schedule 1.

### 7. Sign the Novation Agreement

◯ See Novation Agreement (behind Tab 2)

The Novation Agreement, including its Schedule 1 and Attachments 1-3 (in English) together constitute the binding legal contract for the transfer of your service contracts to privatized Intelsat. Translated versions of these documents have been provided (if applicable) for your convenience and reference only.

INTELSAT Novation Agreement – Instructions

Your signature on each of the three (3) signature pages of the English-language Novation Agreement and your initials on each page of Attachment 1 are required. If you are eligible for LCO protection, your signature on each of the three (3) signature pages of the LCO Contract (Attachment 3) and your initials on each page of Appendix A to the LCO Contract are required.

✓ **Customer Tasks**

**Summary of Required Signatures, Information, and Actions**

- Initial each page (all pages) of Attachment 1 to indicate your concurrence with its contents. (behind Tab 4)
- Sign the Novation Agreement on each of the three (3) signature pages. (behind Tab 2)
- Provide contact information for your organization in sections 1-3 of Schedule 1. (behind Tab 3)
- Initial each page (all pages) of Appendix A to Attachment 3: LCO Contract to indicate your concurrence with its contents. (behind Tab 6)
- Identify on the LCO Contract the service contracts for which you elect LCO protection, if any. (behind Tab 6)
- Sign the LCO Contract on each of the three (3) signature pages, if applicable. (behind Tab 6)

## 8. Return the Novation Agreement Binder to INTELSAT

- See Return Airbill (in binder back pocket)

✓ **Customer Tasks**

- *Return the entire Novation binder and its contents intact* to the INTELSAT Novation Office *no later than 1 May 2001.*
- Please use the preprinted/postage paid courier airbill provided.
- Return Novation binder to:
  Novation Office - Box 80
  INTELSAT
  3400 International Drive, N.W.
  Washington, DC  20008-3098
  USA

INTELSAT Novation Agreement – Instructions

## Execution of Novation Agreements

INTELSAT will hold your signed signature pages until any discrepancies on Attachment 1 and Appendix A to the LCO Contract have been resolved. At that point, INTELSAT and Intelsat U.K., Ltd., will affix their signatures, fill in the effective date, and return to you a complete and executed Novation Agreement.

In addition, Intelsat will send to you, no later than 30 days after the date of the privatization transaction, the following updates to Attachment 1 and, if applicable, Attachment 3 of the executed Novation Agreement:

- **Update to Attachment 1: Final Service Portfolio**

Attachment 1: Service Portfolio will be updated to reflect service changes and/or discrepancy corrections. This statement will indicate new service activations, terminations, and changes effected between December 2000 and the date of INTELSAT's privatization.

- **Update to Appendix A to Attachment 3: LCO-Protected Services Portfolio**

Appendix A to Attachment 3: LCO-Eligible Services Portfolio will be updated to show the service contracts for which you have elected LCO protection. It will also reflect service changes and/or corrections to your list of LCO-protected service contracts. This statement will indicate LCO-eligible new service activations, terminations, and changes effected between December 2000 and the date of INTELSAT's privatization.

## For Assistance

Please contact the Novation Office with any questions or concerns about these materials and the actions required to complete the novation process.

## Contact Us

**INTELSAT Novation Office**
Phone: +1 202 944 7973
Fax: +1 202 295 3263
email: novation.office@intelsat.int