IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>            Defendant. | Civil Action Number<br>**1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts, U.S.D.J. |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiff Intelsat Global Sales and Marketing, Ltd. and Defendant Community of Yugoslav Posts Telegraphs and Telephones ("CYPTT") respectfully submit this Joint Motion to Extend the Briefing Schedule on Defendant's Motion to Dismiss or, in the Alternative, Compel Arbitration in the above-captioned action. In support of this motion, the parties state as follows:

    1.    CYPTT filed the Motion to Dismiss or, in the Alternative, Compel Arbitration on November 27, 2006.

    2.    Due to the complex issues involved in the Motion to Dismiss or, in the Alternative, Compel Arbitration, and in light of the upcoming holidays and counsel's travel plans, the parties have agreed to extend the time for filing plaintiff's Opposition to December 20, 2006 and the time for filing defendant's Reply to January 12, 2007.

For these reasons, the parties respectfully jointly move this Court to extend the time for filing plaintiff's Opposition to December 20, 2006 and the time for filing defendant's Reply to January 12, 2007.

Dated:  December 7, 2006						Respectfully submitted,


							INTELSAT GLOBAL SALES AND
							MARKETING, LTD.
							By Counsel



							_____/s/ David I. Bledsoe_
							David I. Bledsoe
							Bar Number 422596
							300 North Washington Street, Suite 708
							Alexandria, VA  22314
							703-379-9424
							703-684-1851(fax)




							COMMUNITY OF YUGOSLAV POSTS
							TELEGRAPHS AND TELEPHONES

							By:   __/s/ Joseph G. Davis_____

							Kevin B. Clark, D.C. Bar No. 289421
							Joseph G. Davis, D.C. Bar No. 441479
							WILLKIE FARR & GALLAGHER LLP
							1875 K Street, N.W.
							Washington, D.C. 20006
							Tel.:    (202) 303-1000
							Fax:    (202) 303-2000