IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>                     Plaintiff,<br><br>v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>                     Defendant. | **Civil Action Number 1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts, U.S.D.J. |

## [PROPOSED] ORDER

Upon consideration of the Joint Motion To Extend Briefing Schedule , it is hereby:

ORDERED that Plaintiff Intelsat Global Sales and Marketing, Ltd.'s time for filing its Opposition to the Motion to Dismiss or, in the Alternative, Compel Arbitration is extended to December 20, 2006, and Defendant Community of Yugoslav Posts Telegraphs and Telephones' time to file its Reply Brief is extended to January 12, 2007.

Entered this _____ day of December, 2006.

_____
United States District Judge Richard W. Roberts

Case 1:06-cv-00897-RWR     Document 12-2     Filed 12/07/2006     Page 2 of 2