IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>                    Defendant. | Civil Action Number<br>**1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts, U.S.D.J. |

## AMENDED JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Plaintiff Intelsat Global Sales and Marketing, Ltd. and Defendant Community of Yugoslav Posts Telegraphs and Telephones ("CYPTT") respectfully submit this Amended Joint Motion to Extend the Briefing Schedule on Defendant's Motion to Dismiss or, in the Alternative, Compel Arbitration in the above-captioned action. In support of this motion, the parties state as follows:

    1.    CYPTT filed the Motion to Dismiss or, in the Alternative, Compel Arbitration on November 27, 2006.

    2.    Due to the complex issues involved in the Motion to Dismiss or, in the Alternative, Compel Arbitration, and in light of the upcoming holidays and counsel's travel plans, the parties have agreed to extend the time for filing plaintiff's Opposition to December 27, 2006 and the time for filing defendant's Reply to January 16, 2007.

For these reasons, the parties respectfully jointly move this Court to extend the time for filing plaintiff's Opposition to December 27, 2006 and the time for filing defendant's Reply to January 16, 2007.

Dated:  December 11, 2006               Respectfully submitted,


                                            INTELSAT GLOBAL SALES AND MARKETING, LTD.
By Counsel


                                            _____/s/ David I. Bledsoe_
David I. Bledsoe
Bar Number 422596
300 North Washington Street, Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)


COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES

By:  __/s/ Joseph G. Davis_____

Kevin B. Clark, D.C. Bar No. 289421
Joseph G. Davis, D.C. Bar No. 441479
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.:    (202) 303-1000
Fax:    (202) 303-2000

- 2 -