IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>　　　　　　　Defendant. | **Civil Action Number**<br>**1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts |

## AFFIDAVIT OF YULI WEXLER

Pursuant to 28 U.S.C. §1746, and under penalty of perjury, Yuli Wexler deposes and says:

1.　　I am a Vice President, Business Development for Intelsat Corporation, ("Intelsat"), an affiliate of Intelsat Global Sales and Marketing, Ltd. I am over the age of twenty-one and am competent to make this Affidavit. I make this affidavit on personal knowledge.

2.　　As part of my former duties as Regional Vice President, Europe Sales for Intelsat, Ltd., I was responsible from 1996 to 2006 for the account of Community Yugoslav Posts Telegraph and Telephones.

3.　　On August 20, 1971, Yugoslavia entered into a multilateral treaty, the Agreement Relating to the International Telecommunication Satellite Organization("the INTELSAT Agreement") with the other member nations of

INTELSAT. Only national governments are parties to the Intelsat Agreement. Yugoslavia designated as its Signatory to represent Yugoslavia the Community of Yugoslav Post, Telegraphs and Telephone ("CYPTT").

4. Attached as Exhibit A hereto is a true copy of the signatures page of the Intelsat Agreement showing CYPTT as Yugoslavia's signatory.

5. Attached as Exhibit B hereto is a true copy of a letter from Dr. Milan Jankovic, Director General of CYPTT to Intelsat, dated November 30, 2005.

6. By definition, a PTT is a governmental agency responsible for, among other things, maintenance of telephone numbering plans, and management and delivery of domestic and international telecommunications facilitated through intergovernmental agreements and the ITU. CYPTT functioned as a PTT during the times that it entered into the contracts with Intelsat that are in dispute.

7. My office is in Washington, DC. Virtually all negotiations and communications between CYPTT and Intelsat regarding the provision of services by Intelsat were conducted between Intelsat's Washington offices and CYPTT's Belgrade offices. All of Intelsat's employees who took part in the negotiations or have historical knowledge regarding the service agreements between Intelsat and CYPTT are based in Washington, DC.

8. For a period of time, CYPTT functioned as the monopoly carrier of telecommunications in the Federal Republic of Yugoslavia. As a necessary part of its function as a telecommunications carrier, CYPTT both paid funds to and received funds from United States telecommunications entities for its role in transmitting international calls between the Federal Republic of Yugoslavia and the United States.

9. I declare under penalty of perjury that the foregoing Affidavit is true and correct.

Executed on December 22, 2006.

_____
Yuli Wexler

TREATIES AND OTHER INTERNATIONAL ACTS SERIES 7532

# INTERNATIONAL TELECOMMUNICATIONS SATELLITE ORGANIZATION (INTELSAT)

Agreement, with Annexes,
Between the
UNITED STATES OF AMERICA
and OTHER GOVERNMENTS

Done at Washington August 20, 1971

*and*

Operating Agreement, with Annex

Concluded by Certain Governments and Entities Designated by Governments

Done at Washington August 20, 1971



EXHIBIT A

**AGREEMENT RELATING
TO THE
INTERNATIONAL TELECOMMUNICATIONS
SATELLITE ORGANIZATION
"INTELSAT"**

5

Believing that satellite telecommunications should be organized in such a way as to permit all peoples to have access to the global satellite system and those States members of the International Telecommunication Union so wishing to invest in the system with consequent participation in the design, development, construction, including the provision of equipment, establishment, operation, maintenance and ownership of the system,

Pursuant to the Agreement Establishing Interim Arrangements for a Global Commercial Communications Satellite System,[1]

Agree as follows:

ARTICLE I

(Definitions)

For the purposes of this Agreement:

(a) "Agreement" means the present agreement, including its Annexes but excluding all titles of Articles, opened for signature by Governments at Washington on August 20, 1971, by which the international telecommunications satellite organization "INTELSAT" is established;

(b) "Operating Agreement" means the agreement, including its Annex but excluding all titles of Articles, opened for signature at Washington on August 20, 1971, by Governments or telecommunications entities designated by Governments in accordance with the provisions of this Agreement;

(c) "Interim Agreement" means the Agreement Establishing Interim Arrangements for a Global Commercial Communications Satellite System signed by Governments at Washington on August 20, 1964;

(d) "Special Agreement" means the agreement signed on August 20, 1964, by Governments or telecommunications entities designated by Governments, pursuant to the provisions of the Interim Agreement;

---

[1] TIAS 5646; 15 UST 1705.

TIAS 7532


409

For the Government of the Vatican City State:
Pour le Gouvernement de l'Etat de la Cité du Vatican:
Por el Gobierno del Estado de la Ciudad del Vaticano:

*[signature]*

Venezuelan Telephone Company
(Compañía Anónima Nacional Teléfonos de Venezuela):

*[signature]*

For the Government of the Republic of Viet-Nam:
Pour le Gouvernement de la République du Viet-nam:
Por el Gobierno de la República de Viet Nam:

*[signatures]* Bui-Dtewn

For the Government of Yemen Arab Republic:
Pour le Gouvernement de la République arabe du Yémen:
Por el Gobierno de la República Arabe de Yemen:

*[signature]* Yahya H. Geghundeu

Community of the Yugoslav Posts, Telegraphs and Telephones:

*[signature]* P. Vasifevia

419

VENEZUELAN TELEPHONE COMPANY (COMPAÑÍA ANÓNIMA NACIONAL TELÉFONOS DE VENEZUELA):

    JACOBO AEPLI

FOR THE GOVERNMENT OF THE REPUBLIC OF VIET-NAM:

    BUI-DIEM

FOR THE GOVERNMENT OF YEMEN ARAB REPUBLIC:

    YAYHA H. GEGHMAN

COMMUNITY OF THE YUGOSLAV POSTS, TELEGRAPHS AND TELEPHONES:

    P. VASILJEVIĆ

ADMINISTRATION FOR POST, TELEGRAPH AND TELEPHONE OF TUNISIA:

    GHEZAL

FOR THE GOVERNMENT OF THE REPUBLIC OF KOREA:

    DONGJO KIM
    Aug. 24th 1971

FOR THE GOVERNMENT OF TURKEY:

    MELIH ESENBEL
    Sept. 10, 1971

FOR THE GOVERNMENT OF LUXEMBOURG:

    sous réserve de ratification
    JEAN WAGNER
    28 septembre 1971

FOR THE GOVERNMENT OF THE KINGDOM OF THE NETHERLANDS:

    Sous réserve de ratification
    October 13th 1971
    R B VAN LYNDEN

FOR THE GOVERNMENT OF THE ARAB REPUBLIC OF EGYPT:

    subject to ratification
    ASHRAF GHORBAL
    20–october 1971

FOR THE GOVERNMENT OF MEXICO:

    Subject to ratification
    RAFAEL DE LA COLINA
    November 4th, 1971

COMPAÑÍA NICARAGÜENSE DE TELECOMUNICACIONES POR SATÉLITE: [NICARAGUA]

    GUILLERMO SEVILLA-SACASA
    November 12th 1971

INSTITUTO COSTARRICENSE DE ELECTRICIDAD: [COSTA RICA]

    R SUAREZ M.
    Dec, 9, 1971




Serbia and Montenegro

COMMUNITY OF YUGOSLAV POSTS
TELEGRAPHS AND TELEPHONES

Our Ref: Cab. 152/1-05

Belgrade, 30 November 2005

**Intelsat**
Intelsat Holdings, Ltc.
Office of the General Counsel
Mr. Phillip L. Spector
Executive Vice President and General Counsel
3400 International Drive NW
WASHINGTON DC 20008-3006
U S A

Dear Mr. Spector,

Thank you for your correspondence dated 26 October 2005 and the expressed readiness to reach a fair and satisfactory solution for all parties.

I use this opportunity to reaffirm our position to reach an agreement in the interest of all parties involved, which will be also a manifest of successful business cooperation between Intelsat and operators in our country. VSAT services for which, as far as I am informed, Telecom Serbia asked an offer from Intelsat, represent a project where this cooperation could be realized very soon.

At the meeting in Belgrade we presented to Intelsat representatives our written proposal how to resolve the issues of mutual relations between Intelsat and the Community of Yugoslav PTT which is as follows:

1. The amount of US$ 1.799.156,00 based on 95.955 CYPTT's shares in Intelsat to be transferred by Intelsat to the account of CYPTT being obliged to immediately pay these funds in the budget of the Government as real owner of these shares. The Community of Yugoslav PTT was entitled by the Government to manage the mentioned shares. The Decision of CYPTT to transfer its rights to Telecom Serbia and Telecom Montenegro, communicated to Intelsat on 3 August 2004, has never become effective due to transactions related to amalgamation of Intelsat and Zeus and, consequently, the Community of Yugoslav PTT remained and still is a title holder of these shares.
2. The amount of US$ 1.938.779,83 on the basis of the original credit balance available to CYPTT to be used in the following way:
   - A contract to be signed between Telecom Serbia and Intelsat for 2Mbit/s capacity for the period of 15 years starting from 1 January 2003. Based on this contract for long-term utilization of 2Mbit/s capacity, Intelsat will keep the sum of US$ 1.077.300,00 from the original credit balance of CYPTT;

Palmotićeva 2, 11000 Belgrade * Tel.: +381 11 3210 109 * Fax: +381 11 3232537

EXHIBIT B

- The difference to full original credit balance of CYPTT in the amount of of US$ 861.479,83 will be kept by Intelsat as compensation for termination of LTCs in the remaining part.

To date we have received no reply from Intelsat to our above proposal.

On 21 November 2005 we received Intelsat's document titled TERMINATION NOTICE and signed by Mr. Andrew Stimson, Managing Director. For better understanding of this document, we need some additional explanations, particilarly to which period is related our obligation to pay the sum of US$ 1.044.875,82 within 30 days and why immediate suspension of all transmissions via Intelsat is required when presently Intelsat system is not used either by the Community of Yugoslav PTT, or by Telecom Serbia and Telecom Montenegro.

Awaiting your reply, I thank you in advance for you kind cooperation in this affair.

Sincerely yours,

Dr. Milan Janković
Director General of CYPTT

Cc:  Mr. Yuli Wexler
     Mr. Dan Rada
     Ms. Veronica Pastor