TELECOMMUNICATIONS IN
EASTERN AND CENTRAL EUROPE

# Yugoslav Telecommunications Markets: Vision and Potential

*Natasa Gospic, Milan Jankovic, and Borislav Odadzic, Community of Yugoslav PTT*

## ABSTRACT

This article deals with the current status and future development plans for the Yugoslav telecommunications infrastructure, markets, and industry. The present trend of liberalization, competition, and globalization of the telecommunication business calls for more consideration of how new challenges will be faced. Several types of telecommunication systems are briefly considered: terrestrial infrastructure, public mobile systems, access networks, data networks, and selected aspects of the Internet.

## INTRODUCTION

The Federal Republic of Yugoslavia, located at the crossroads of Eastern and Western, Northern and Southern Europe, is composed of two constituent parts (republics): Serbia and Montenegro. It has about 10.4 million inhabitants with a surface area of 102,000 km$^2$.

Reforms in Yugoslav telecommunications started in 1990. However, these processes were stopped due to the events that followed which affected the whole territory of the former Yugoslavia. The separation of post and telecommunications, as the first step in the process of structural reform, took place in Serbia in June 1997 and in Montenegro in January 1999. As a result, two telecom companies were created from earlier public enterprises — Telecom Serbia and Telecom Montenegro.

## THE INSTITUTIONAL AND REGULATORY FRAMEWORK

The institutional structure of Yugoslav telecommunications can be analyzed through three basic levels — political, regulatory, and operational — although no clear line can be drawn at the moment between these levels. Further separation of these functions represents the next step in restructuring the telecommunications sector. A strict split of regulatory and operational functions, and definition of new legislation toward an open telecommunication market will define both the missions and final institutional structure of these levels. The present three-level institutional structure of telecommunications is shown in Fig. 1.

The Federal Ministry of Telecommunications, established in 1997, which covers not only telecommunications but also broadcasting and post, defines their policy and regulatory framework. There are two ministries at the republic level, the Republic Ministry of Transport and Communications of Serbia and the Republic Ministry of Industry of Montenegro, responsible for telecommunications. The existing legislation (Federal Telecom Act of 1978) is obsolete, not reflecting the changes being implemented for more than a year regarding both market liberalization, and licenses and concessions. In spite of the fact that the main goals set for the economic development of the country include an overall harmonization of the economy to economic conditions existing in the European Union, steps are still too small in getting closer to conditions of the European Union and the World Trade Organization. Preparation of the new Telecom Act over the last few years have not yet resulted in its adoption. Redefinition of the regulatory framework in regard to the ownership structure provides a possibility for private capital investments in telecommunications.

In the present situation, apart from the Federal Ministry of Communications responsible for licenses, spectrum management, and so on, the Community of Yugoslav PTT is also involved in regulatory issues. Its main fields of responsibility cover technical regulations, homologating, interconnection, and universal service. At the same time, as the association of operators, the Community of Yugoslav PTT deals with international accounting, traffic routing, and joint telecommunications capacity planning.

Because the Yugoslav economy is in transition, regulation of the telecom sector should remain an important public responsibility, both to support a fair competition, and to oversee the appropriate pricing and service responsibilities in those market segments where competition is not fully developed. In order to respond to these responsibilities, the following main objectives of the new policy are going to be achieved:

- To increase teledensity to 43 percent by 2005
- To improve and develop telecommunications networks to meet new requirements of the information society
- To ensure the right to universal service
- To support introduction of new services
- To encourage private sector participation
- To create independent regulatory authorities

0163-6804/00/$10.00 © 2000 IEEE            IEEE Communications Magazine • August 2000

# THE EXISTING TELECOMMUNICATIONS SECTOR

## INFRASTRUCTURE AND BASIC SERVICES OPERATORS

Republic governments license two incumbent telecom operators, Telecom Serbia and Telecom Montenegro (Tables 1 and 2), sharing telecom markets within republic borders. Telecom Serbia Ltd. has the following scheme: the Government of Serbia holds 51 percent of shares, Telecom Italia 29 percent, and OTE Greece 20 percent. Strategic partners were chosen through direct negotiations, and the price of 49 percent was DEM 1.8 billion . Telecom Montenegro is 89 percent owned by the Government of Montenegro, while the remaining 11 percent of shares were distributed to employees of the former public PTT enterprise. Both telecom operators are licensed to offer all telecom networks and services.

The public telecommunications network includes telephone networks, a telex network, packet-switched data networks (YUPAC), and mobile networks [1].

## THE TELEPHONE NETWORK

The organization of the Yugoslav telephone network follows the five-level hierarchy principle of switching centers. There are 2,430,000 main telephone lines (MTLs) installed, and the density is 23 telephone lines/100 inhabitants. Telephone density varies from one part of the country to another, ranging from 4.5 telephone lines/100 inhabitants to 37 telephone lines/100 inhabitants. Forty-eight percent of the Yugoslav telecommunications network is digitalized. The waiting list (fixed telephony) for the last five years (1995–1999) was 207,978, 212,825, 169,564, 150,000, and 191,000, respectively.

*Switching Systems* — In the telephone network of Telecom Serbia there is one analog international exchange in Belgrade, and two digital international exchanges in Belgrade and Nis. In six transit nodes there are 11 transit switching exchanges (four analog, seven digital), while 26 of the 47 main exchanges are digital. The Siemens EWSD,



■ **Figure 1**. *The institutional framework.*

Ericsson AXE, Alcatel 1000 E-10, EI-DKTS, GTD-5c, and Iskra SI-2000 systems are present in this network. Planned telephone density for the year 2000 is 25 telephone lines/100 inhabitants.

The telephone network of Telecom Montenegro has a higher percentage of digitalization. The international exchange in Podgorica is a digital exchange. Transit exchanges in Podgorica are digital and analog, while all main exchanges are digital. Digital switches with remote subscriber modules are installed at lower layers. AXE systems are mostly installed in the network, but EWSD and Iskra SI-2000 are in operation, too. Planned telephone density for the year 2000 is 40 telephone lines/100 inhabitants with 60 percent of the total number of lines installed digital.

| Ownership: | |
|---|---|
| Government of Serbia | 51% |
| Telecom Italia | 29% |
| OTE, Greece | 20% |
| **Operate:** | |
| **Telecom networks** | |
| • MTL | 2.2 million |
| • Teledensity | 24.3% |
| • Digitalization | 47.18% |
| • Data X.25 | 700 subscribers |
| • ISDN — BRA | 6,832 subscribers |
| • ISDN — PRA | 265 subscribers |
| **Mobile networks:** | |
| • Mobile | 100,000 subscribers |
| • Paging | 25,000 subscribers |
| • Roaming | 10 operators |

■ **Table 1**. *The Telecom Serbia profile (31 December 1999).*

| Ownership: | |
|---|---|
| Gov't of Montenegro | 89% |
| PTT employees | 11% |
| **Operate:** | |
| **Telecom networks** | |
| • MTL | 240,000 |
| • Teledensity | 37% |
| • Digitalization | 60% |
| • Data X.25 | 170 subscribers |
| • ISDN — BRA | 500 subscribers |
| • ISDN — PRA | 35 subscribers |
| **Mobile networks:** | |
| • License not still in operation | |

■ **Table 2**. *Telecom Montenegro profile (31 December 1999).*



**Figure 2.** *Yugoslav transmission network (year 1999/2000).*

*Transmission Systems* — The transmission network in the local exchange area is mostly based on symmetrical and coaxial cable systems. Microwave links and optical cable systems are mainly used in the backbone network. 120,000 circuits are operational at the national level and 10,500 circuits on international routes. About 3000 km of optical cable was laid in the backbone national and international network for digital transmission systems: 2.5 Gb/s, 622 Mb/s, 565 Mb/s, 140 Mb/s, and 34 Mb/s (Fig. 2).

In addition to terrestrial links, until the middle of April 1999 there were three satellite earth stations used for international and intercontinental traffic These three stations were heavily damaged and put out of operation as a result of NATO airstrikes.

## MOBILE OPERATORS

Both Serbia and Montenegro are making significant progress in the development of their mobile markets. Two GSM networks are operated in Serbia by two licensed operators: MOBTEL and Telecom Serbia. MOBTEL is a company with 51 percent private capital of the company Braca Karic and 49 percent shares of the public PTT Enterprise Serbia. It offers both NMT and GSM services (Table 3).

The MOBTEL GSM network provides coverage of more than 60 percent of the Serbian territory and 80 percent of its population. Nationwide coverage was achieved by the end of 1999. The number of GSM customers increased by 150 percent during 1998, and further strong growth is predicted to 1,400,000 subscribers in year 2002. At this moment, apart from telephone service, data transmission, roaming, prepaid services, e-mail, and fax, value-added services provided include calling line identification and restriction; call forwarding, waiting, and holding; voice mail; messaging; and different data services.

Telekom Serbia, as a GSM operator, under the terms of its license was obligated to start commercial service in urban territory, including all bigger cities. This GSM network, which started at the end of 1998 with the installation of a 60,000-capacity system, had 11,500 subscribers then and 100,000 subscribers at the end of 1999; 350,000 subscribers are planned to be reached by the end of 2000. Coverage is now provided to about 15 percent of the territory and 30 percent of the population. Nationwide coverage is anticipated at the end of 2001. Telecom Serbia offers both prepaid and post-paid services, with three tariffs. Additional services offered by Telecom Serbia are voice mail, call forwarding, short messaging, waiting and hold, and calling line identification or restricting.

There are two mobile operators licensed in Montenegro: ProMonte and Telecom Montenegro. ProMonte, with 91 percent private capital and 9 percent Telecom Montenegro capital, received its GSM license in January 1996. The ProMonte GSM network started with 3762 subscribers and grew to 13,000 in 1997, 20,232 in 1998, and 38,000 in 1999 (Table 4.). Currently its GSM network provides coverage to 80 percent of the country's population and will be expanded to cover 93 percent by the year 2000.

The Public PTT Enterprise Serbia its launched public paging system in 1996 with 8650 subscribers and grew to 25,000 subscribers in 1999. Private operators operate two public paging systems in Montenegro.

## THE INTERNET

At the beginning of 1999 there were more than 30 Internet providers in Yugoslavia at about 60 locations, of which one-fourth were in Belgrade. According to provider records, there were more than 70,000 Internet accounts registered in Serbia. The biggest provider in Serbia is EUnet. Access is provided on the basis of switched circuits, with V.34 (33.6 kb/s) and V.90 (56 kb/s). Public PTT Enterprise Serbia launched a WAN based on TCP/IP called POSTNET. It is an intranet for PTT Enterprise Serbia and the Internet for external subscribers.

## PRICING POLICY

The tariff system for the public switched telephone network (PSTN) related to zone distances is applied in Yugoslav telecommunications. Connection fees, monthly subscription, and three-minute local call charges for the last five years (1995–1999) are given in Table 5. Due to the difficult economic situation in the country and social policy, prices for local calls are kept very low, but prices for trunk and especially international calls are very high, and there is no policy to adopt the current trends of "death of distances." As the result of such pricing, income from international traffic is used to cover low charges for local traffic services. There is a sig-

| Ownership: | |
|---|---|
| Private capital | 51% |
| Public PTT Enterprise Serbia | 49% |
| **Networks:** | |
| 1. NMT | 10,000 subscribers |
| 2. GSM 900 | 225,000 subscribers |
| • Average increase | >150% |
| • Coverage | 60% of Serbian territory |
| • Roaming | 33 operators |

■ Table 3. *MOBTEL profile: 31 December 1999.*

| Ownership: | |
|---|---|
| Private capital | 91% |
| Telecom Montenegro | 9% |
| **Networks:** | |
| GSM 900 | 38,000 subscribers |
| Average increase | >130% |
| • Coverage | 80% of Montenegrin territory |
| • Roaming | 32 operators |

■ Table 4. *ProMonte profile: 31 December 1999.*

| Years | Connection fee (US$) | Monthly subscription (US$) | 3-minute local call (US$) | |
|---|---|---|---|---|
| | | | Residential | Business |
| 1995 | 300 | 1 | 0.011 | 0.022 |
| 1996 | 250 | 1 | 0.011 | 0.022 |
| 1997 | 200 | 1 | 0.011 | 0.022 |
| 1998 | 200 | 1 | 0.011 | 0.022 |
| 1999 | 200 | 1 | 0.011 | 0.022 |

■ Table 5. *An overview of pricing policy.*

nificant imbalance between incoming and outgoing international traffic in favor of incoming. The emerging refilling and callback procedures, damaging expected income, are present.

## TELECOM COMPANIES AND R&D ORGANIZATIONS

The Federal Republic of Yugoslavia has made science and technology a key factor in the recovery of economy, productivity, national product growth, and long-term social development. For that purpose, a policy of science and technology development in the country has been formulated as a framework of policies of others involved in this area and the groundwork for elaboration and application of legal, planning, and other instruments (1 percent of the gross domestic product, GDP, is allocated for science) [2]. Development and diffusion of information technologies (IT) are given top priority in overall economic development. There are several research organizations in the country dealing with telecommunications development: Faculties of Electrical Engineering in Belgrade, Novi Sad, Nis, and Podgorica; and Institutes Mihajlo Pupin, IRITEL, and IMTEL, all in Belgrade.

The telecommunications industry is located in Belgrade. The main manufacturers are VF-TEL, A Siemens Company, and Pupin Telecom. Two cable factories in Jagodina and Novi Sad, producing all types of copper and optical (imported fiber) cables, represent the cable industry.

## A VISION FOR THE NEXT MILLENNIUM

Development of telecommunications and information networks, services, and capacities in the next three years are reviewed in Table 6.

A new digital network of incumbent operators will be developed with the following objectives [3]:
• To achieve a flat structure with three segments — customer premises network (CPN), access network (AN), and core network (CN) from the existing five-level strong hierarchical network
• To implement broadband services and applications
• To fasciliate interpretation of the information society
• To introduce principles of telecommunications network management for better quality of service (QoS)
• To be an infrastructure for other operators and service providers
• To ensure universal service obligations
• To be compatible with the European infrastructure

In the first phase of national digital telecommunications network development, ending in the year 2005, there will be three switching node levels: a national level with seven nodes, two international exchanges, and a regional level with 75 nodes.

The future transport network should be fully designed for the deployment of synchronous digital hierarchy (SDH) technology compatibly replacing plesiohronous digital hierarchy (PDH) solutions. Strategy for the introduction of SDH is based on a top-down approach, with SDH equipment first implemented at the national, then at the regional, and finally at the local transport network level.

Plans through 2005, from a technological point of view, include exclusive implementation of optical cables at all transport network levels (national, regional, and local). Two powerful border-crossing systems are planned for each neighbor country (Fig. 2.). There is a tendency for optical cable implementation, on a wide basis, in the AN as well. The first asynchronous transfer mode (ATM) network trial is being installed in Serbia, and new plans for implementing ATM are under consideration.

Special attention should be paid to the local loop strategy due to low teledensity and old infrastructure. The main reason is the effort to build an information society through policy: the more people have access to information and communications infrastructure, the richer the society.

The emerging services and determination to build the information society have put the strategy for local loop development in focus. The present situation of low teledensity and old copper infrastructure make the decisions on AN scenar-

*The emerging services and the determination to built the Information Society have put the strategy for local loop development in focus.*

|  |  | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|
| MTL (in millions) | | 2.09 | 2.22 | 2.34 | 2.43 | 2.67 | 2.86 | 3.19 |
| Teledensity (%) | | 19.8 | 21 | 22 | 23 | 25.2 | 27 | 30 |
| ISDN (subs.) | BRA | | 5000 | 6992 | 7332 | 9832 | 10832 | 13900 |
| | PRA | | 187 | 269 | 304 | 394 | 454 | 554 |
| GSM 900 subscribers | | 6570 | 65,702 | 174,379 | 373,000 | 700,000 | 1 mill | 1.7 mill |
| GSM services | | | roaming | telefax, data | PrePaid | voice-mail, fax-mail, Internet | HSCSD VPN GSMPro | |
| DCS 1800 | | | | | | Yes | Yes | Yes |
| UMTS | | | | | | | Yes | Yes |
| Internet subscribers | | | 30,000 | 60,000 | 100,000 | 200,000 | 300,000 | 500,000 |
| NT-based networks | | | | | 5,000 | 10,000 | 17,000 | 25,000 |
| PC desktops | | | | | 150,000 | 300,000 | 500,000 | 700,000 |

Note:
MTL -            Main telephone line
HSCSD -       High-speed circuit-switched data
VPN -            Virtual private network
GSMPro -     GSM Professional Mobile Radio

■ Table 6. *Yugoslav infotelecom development profile.*

ios urgent. The first step is enhancement of the existing infrastructure with digital subscriber loop technologies and wireless local loop for a "green field." Among considered scenarios are fiber in the loop and radio in the loop (RITL) [4, 5].

## CONCLUSION

The lack of investment funds is a big obstacle to the ambitious plans for Yugoslav telecommunications to be a part of the European information infrastructure. The regulatory regime is prepared in the telecom sector for different partnership forms and financial mechanisms, such as:
- Joint ventures
- Build-lease-transfer, especially applicable projects involving additions to existing networks
- Build-operate-transfer, possibly to turn ownership of the project over to another local owner
- Vendor and supplier financing used for equipment
- High yield debt, suitable for institutional investors in high-risk market portions

However, both the unstable situation in the region and the need to define licensing and interconnection conditions could delay private investment in telecommunications.

## REFERENCES

[1] N. Gospic, B. Odadzic, and M. Jankovic, "Yugoslav Telecoms and the European Infrastructure," *Global Commun. Interactive '97*, 1997.
[2] Fed'l. Ministry for Dev. Sci. and Environment, "Science and Technology in FR Yugoslavia," Belgrade, 1997.
[3] M. Dukic and D. Paunovic, "Development Trends of Modern Telecommunications," in Serbian, *Tehnika*, vol. 54, no. 4, 1999.
[4] M. Jankovic and Z. Petrovic, "Provision of Multimedia Services: The Key to Deployment of Access Network Architectures in Developing Countries," *IEEE Commun. Mag.*, vol. 36, no. 11, Nov. 1998.
[5] M. Pejanovic and N. Gospic, "Strategy for Implementation of Local Information Infrastructure in Developing Countries," *Telecom '99*, Development Summit, Geneva, Switzerland, 1999.

## BIOGRAPHIES

NATASA GOSPIC (ngospic@ptt.yu) received B.Sc. and M.Sc. degrees from the University of Belgrade, Faculty of Electrical Engineering, and a Ph.D degree from the Faculty of Transport and Traffic Engineering. She is assistant general director of the Community of Yugoslav PTT. She also works for the International Telecommunication Union as a consultant on Central and Eastern European countries, the former USSR, and other developing countries, and has been a lecturer at 20 seminars organized by ITU. She is the author of two monographs and 33 scientific and expert papers.

MILAN JANKOVIC (ljiljamj@eunet.yu) received B.Sc. (1975), M.Sc. (1990), and Ph.D (1999) degrees from the University of Belgrade, Faculty of Electrical Engineering, Department of Communication. After 14 years in the telecommunication industry introducing new technologies and products, he joined the Community of Yugoslav PTT as project manager in R&D department, responsible for development and implementation of appropriate access network architectures. He is a member of EURESCOM Projects P816, "Implementation Frameworks for Integrated Wireless — Optical Access Networks" and P921, "UMTS Radio Access."

BORISLAV ODADZIC (zjptt@eunet.yu), senior advisor of the R&D Department, received B.Sc. and M.Sc. degrees from the Faculty of Electrical Engineering, University of Belgrade, and a Ph.D. degree from the Technical Faculty, Mihajlo Pupin, Novi Sad University. Formerly he was engaged in the field of radio wave propagation and radio systems, introducing new services and applications, as well as a teleinformatic system for distant education. He is the author of over 40 scientific papers.