IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>Defendant. | **Civil Action Number 1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts |

## **][PROPOSED] ORDER**

THIS MATTER HAVING COME BEFORE THE COURT upon the Motion of Defendant Community of Yugoslav Posts Telegraphs and Telephones to Dismiss or in the Alternative to Compel Arbitration, and it appearing to the Court that the Court has subject matter jurisdiction in this matter and personal jurisdiction over the defendant, it is hereby

ORDERED that the Motion is denied.

Ordered this _____ day of _____, 2006.

_____
Judge Richard W. Roberts
United States District Judge