IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>                   Plaintiff,<br><br>v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>                   Defendant. | Civil Action Number<br>**1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts, U.S.D.J. |

## PLAINTIFF'S MOTION FOR ORAL HEARING

Plaintiff Intelsat Global Sales and Marketing, Ltd. respectfully requests oral argument on Defendant's Motion to Dismiss the Complaint, or in the Alternative, to Compel Arbitration.

Dated:  December 27, 2006                    Respectfully submitted,

                                                  INTELSAT GLOBAL SALES AND
                                                  MARKETING, LTD.
                                                  By Counsel


                                                  _____/s/ David I. Bledsoe_
                                                  David I. Bledsoe
                                                  Bar Number 422596
                                                  300 North Washington Street, Suite 708
                                                  Alexandria, VA  22314
                                                  703-379-9424

- 2 -

703-684-1851(fax)

## CERTIFICATE OF SERVICE

I certify that on December 12, 2006, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing:

Kevin B. Clark, D.C. Bar No. 289421
Joseph G. Davis, D.C. Bar No. 441479
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006

By: /s David I. Bledsoe_____

David I. Bledsoe