IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>Defendant. | **Civil Action Number**<br>**1:06CV00897 (RWR)**<br><br>Hon. Richard W. Roberts, U.S.D.J. |

## JOINT MOTION TO EXTEND TIME TO FILE A JOINT DISCOVERY PLAN

Defendant Community of Yugoslav Posts Telegraphs and Telephones ("CYPTT") and Plaintiff Intelsat Global Sales and Marketing, Ltd. ("Intelsat") respectfully submit this joint motion to extend the time to file a joint discovery plan in the above-captioned action. In support of this motion, the parties state as follows:

1. On May 29, 2006, Intelsat filed a complaint in this matter.

2. On November 28, 2006, CYPTT filed a Motion to Dismiss the Complaint or, in the Alternative, Compel Arbitration.

3. On December 27, 2006, Intelsat filed its Memorandum in Opposition to CYPTT's Motion to Dismiss the Complaint or, in the Alternative, Compel Arbitration.

4. On January 16, 2007, CYPTT filed its Reply in Support of CYPTT's Motion to Dismiss the Complaint or, in the Alternative, Compel Arbitration.

5. On January 28, 2008, the Court signed an order denying CYPTT's Motion to Dismiss the Complaint or, in the Alternative, Compel Arbitration, without prejudice to CYPTT's

1461468.1

ability to renew the motion after completion of jurisdictional discovery. The January 28 Order required the parties to submit a joint discovery plan concerning personal jurisdiction by February 28, 2008.

6. CYPTT and Intelsat are in the advanced stages of discussion regarding a settlement of this dispute. In order to permit the completion of these discussions, Intelsat and CYPTT seek an extension of the time to file a joint discovery plan regarding personal jurisdiction.

7. The parties therefore seek a thirty-day extension of the time to file the joint discovery plan, to and including March 31, 2008.

For these reasons, the parties respectfully request that the Court extend the time to file the joint discovery plan to March 31, 2008.

1461468.1

Dated: February 27, 2008        Respectfully submitted,

COMMUNITY OF YUGOSLAV POSTS
TELEGRAPHS AND TELEPHONES

By: _____/s/_____/

Kevin B. Clark, D.C. Bar No. 289421
Joseph G. Davis, D.C. Bar No. 441479
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.:   (202) 303-1000
Fax:   (202) 303-2000

INTELSAT GLOBAL SALES AND
MARKETING, LTD.

By: _____/s/_____/

David I. Bledsoe, D.C. Bar No. 422596
400 North Washington Street
Suite 400
Alexandria, VA 22314
Tel.:   (703) 379-9424
Fax:   (703) 684-1851