IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>Defendant. | Civil Action Number<br>1:06CV00897 (RWR)<br><br>Hon. Richard W. Roberts, U.S.D.J. |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Extend Time to File a Joint Discovery Plan, it is on this _____ day of _____, 2008,

**ORDERED** that the parties' Motion be, and hereby is, Granted, and it is

**FURTHER ORDERED**, that the parties' submit their joint discovery plan by March 31, 2008.

_____
United States District Court Judge

Dated: