IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>COMMUNITY OF YUGOSLAV POSTS TELEGRAPHS AND TELEPHONES<br><br>        Defendant. | **Civil Action Number**<br>**1:06CV00897 (RWR)**<br>Hon. Richard W. Roberts |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

COMMUNITY OF YUGOSLAV POSTS
TELEGRAPHS AND TELEPHONES
By Counsel

INTELSAT GLOBAL SALES AND
MARKETING, LTD.
By Counsel

_____/s/_____
Kevin B. Clark, D.C. Bar No. 289421
Joseph G. Davis, D.C. Bar No. 441479
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
(202)861-3900
(202) 223-2085 (fax)
Attorneys for Defendant

_____/s/_____
David I. Bledsoe
Bar No. 422596
300 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)
Counsel for Plaintiff

WASH1\4910168.1